# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons; and JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>THOMAS DART, Sheriff of Cook County,<br><br>Defendant-Respondent. | Case No. 20-cv-2134 |

## PLAINTIFFS' MOTION FOR AN EXPEDITED HEARING ON MOTION FOR A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Plaintiff-Petitioner Anthony Mays and Plaintiff-Petitioner Judia Jackson, as the next friend of Kenneth Foster, on behalf of themselves and the classes they seek to represent, hereby respectfully move this Court for an expedited hearing on their Emergency Motion for a Temporary Restraining Order or Preliminary Injunction on April 6, 2020. In support of their request, Plaintiffs state as follows:

1. Plaintiffs, individuals currently jailed by Sheriff Dart at the Cook County Jail, face imminent danger and irreparable harm from the rapid and unavoidable spread of the novel coronavirus, also referred to as COVID-19.

2. Jails are congregate settings that inherently make social distancing and other imperative protective measures impossible.

3. At the time of this filing, at least 167 detainees and 46 staff members in the Jail have tested positive for the novel coronavirus that causes COVID-19—though the Sheriff has not updated that figure for several days.

4. The dangerously high number of positive cases of COVID-19 at the jail demonstrates the imminent risk that all individuals confined there face. It is imperative that immediate action be taken to protect their lives and constitutional rights.

5. Plaintiffs have filed a class action lawsuit seeking protection of their federal rights under the Constitution. Plaintiffs seek release for a subclass of vulnerable detainees at particular risk of harm or death from COVID-19, an injunction requiring the Sheriff to implement constitutionally sufficient procedures to protect Plaintiffs' health and safety at the jail, and an injunction requiring the Sheriff to transfer prisoners exposed to COVID-19 to a safe location, among other relief.

6. Plaintiffs also have filed an Emergency Motion for a Temporary Restraining Order or Preliminary Injunction. Plaintiffs urgently seek release of vulnerable detainees whose medical conditions and age make them particularly vulnerable to serious health complications and possibly death from COVID-19, transfer of other detainees who have been exposed to COVID-19, and an order requiring the Sheriff to emergently implement constitutionally sufficient procedures to protect Plaintiffs' health and safety at the jail.

7. Prior to filing these actions, on April 3, 2020, Plaintiffs' counsel gave notice of their intent to file this lawsuit and motion to General Counsel for the Cook County Sheriff's Office, as well as the Division Chief and Supervisor of the Special Litigation Section, and the Division Chief of the Complex Litigation Division, of the Cook County State's Attorney's Office.

8. The circumstances for Plaintiffs could not be more dire. Given this extremely urgent situation, Plaintiffs hereby request that this Court schedule an expedited hearing on Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction on April 6, 2020.

WHEREFORE, Plaintiffs, by their undersigned counsel, respectfully request that this Court grant their motion and schedule a hearing on Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction on April 6, 2020.

Respectfully submitted,

/s/ Alexa Van Brunt
*Counsel for Plaintiffs*

Locke E. Bowman
Alexa A. Van Brunt
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 E. Chicago Avenue, Chicago, IL 60611
(312) 503-0884

Stephen Weil
Sarah Grady
Loevy & Loevy
311 N. Aberdeen Street, #3
Chicago, IL 60607
(312) 243-5900

Charles Gerstein (*pro hac vice* application forthcoming)
Alec Karakatsanis (*pro hac vice* application forthcoming)
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009
(202) 894-6128

**CERTIFICATE OF SERVICE**

      I, Alexa Van Brunt, an attorney, hereby certify that on April 3, 2020, I caused a copy of the foregoing to be filed using the Court's CM/ECF system. I further certify that I, or another one of Plaintiffs' attorneys, will promptly serve a copy of the same on General Counsel for the Cook County Sheriff's Office, as well as the Division Chief and Supervisor of the Special Litigation Section, and the Division Chief of the Complex Litigation Division, of the Cook County State's Attorney's Office via email.

                                                /s/ Alexa Van Brunt
                                                *Counsel for Plaintiffs*