# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons; and JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons,<br><br>　　　　Plaintiffs-Petitioners,<br><br>　　　v.<br><br>THOMAS DART, Sheriff of Cook County,<br><br>　　　　Defendant-Respondent. | Case No. 1:20-cv-2134 |

## DECLARATION OF STPEHEN H. WEIL

I, Stephen H. Weil, counsel for the Plaintiffs in the above-captioned case, state that the following is true and correct to the best of my knowledge:

1.　I am an attorney with the law firm of Loevy & Loevy in Chicago. I submit this declaration in support of the Plaintiffs' motion for class certification.

2.　Loevy & Loevy regularly engages in complex litigation, including complex class actions, many of which raise claims under 42 U.S.C. § 1983 for violations of constitutional rights. Loevy & Loevy has the resources and experience necessary to conduct litigation of this nature, and has experience prosecuting class actions of similar size, scope, and complexity to this case.

3.　Attorneys at Loevy & Loevy have been appointed numerous times as class counsel, including in Marconi v. City of Joliet, Case No. 10-MR-0165 (Circuit of Will

County, Ill.) (class action alleging violations of collective bargaining agreement and the Illinois Constitution brought by employees of the City of Joliet); Aranda v. Carribbean Cruise Line, No. 12 C 4096 (N.D. Ill.) (class action alleging violations of the TCPA by consumers); Dobbey v. Jeffreys, No. 13 C 1068 (N.D. Ill.) (class action seeking injunctive relief to remedy unconstitutional conditions of confinement at Stateville Correctional Center); Dunn v. City of Chicago, No. 04 C 6804 (N.D. Ill.) (class action alleging unconstitutional treatment of detainees in Chicago Police Department lockups); Flood v. Dominguez, No. 08 C 0153 (N.D. Ind.) (class action alleging unconstitutional conditions at the Lake County Jail); Solon v. Midwest Medical Records Association, No. 04-CH-7119 (Cook Cnty. Cir. Ct.) (consumer class action); Ross v. Gossett, No. 15 C 0309 (S.D. Ill.) (class action alleging unconstitutional shakedown procedures at four downstate Illinois prisons); Throgmorton v. Reynolds, No. 12 C 3087 (C.D. Ill.) (class action alleging unconstitutional strip search at Lincoln Correctional Center); Young v. County of Cook, No. 06 C 0552 (N.D. Ill.) (class action alleging unconstitutional strip search of detainees at Cook County Jail).

4. I have been an attorney for 15 years, and practicing as a civil rights litigator focused on the criminal legal system since 2014.

5. I am a member in good standing of the bar of State of Illinois.

6. Loevy & Loevy has sufficient funds available to finance the costs of this litigation, and the ongoing monitoring required to protect the interests of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 3, 2020

/s/ *Stephen H. Weil*

_____

Stephen H. Weil
Loevy & Loevy
311 N. Aberdeen Street
Third Floor
Chicago, IL 60607
312-243-5900
weil@loevy.com