**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons; and JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons, | ) ) ) ) ) | |
| | ) | |
| Plaintiffs-Petitioners, | ) ) | Case No. 20-cv-2134 |
| v. | ) ) | |
| THOMAS DART, Sheriff of Cook County, | ) ) | |
| Defendant-Respondent. | ) | |

## DECLARATION OF ALEXA A. VAN BRUNT

I, Alexa Van Brunt, counsel for the Plaintiffs in the above-captioned case, state that the following is true and correct to the best of my knowledge:

1.        I am a Clinical Assistant Professor of Law at the Northwestern University Pritzker School of Law, and Director of  the Roderick and Solange MacArthur Justice Center Clinic and Northwestern. I submit this declaration in support of the Plaintiffs' motion for class certification.

2.        The Roderick and Solange MacArthur Justice Center is a nationally-renowned civil rights litigation firm, with offices in five states including Chicago, which is the organization's headquarters. The non-profit organization is dedicated to eradicating injustice in the criminal system, and advocating for de-incarceration, racial justice, and fairness in policing, pre-trial detention, the operation of prisons and jails, and post-incarceration practices.  The MacArthur Justice Center has been at the forefront of efforts to dismantle the death penalty, ensure the release of youth sentenced to spend the rest of their lives in prison, and seek

compensation for those wrongfully convicted as a result of egregious state and law enforcement misconduct.

3.     I have been an attorney for 11 years, and practicing as a civil rights litigator focused on the criminal legal system since 2010.

4.     For the past ten years, my law practice has focused almost exclusively on protecting the rights of children and adults in the Illinois criminal justice system, particularly those who are subject to law enforcement misconduct or constitutional violations in the State's jails and prisons. I have brought civil rights actions in both federal and state courts in the State and nationwide.

5.     I have previously brought class action litigation challenging the detention of pretrial detainees in the Cook County Jail based on their inability to afford cash bail bond (*Robinson v. Martin et al.*, 2016 CH 13587 (Cir. Ct. Ck. Cty.)). With Locke Bowman, one of my co-counsel in this suit, I recently authored a law review article concerning the unconstitutional use of cash bond in pretrial legal systems. *See* Alexa Van Brunt and Locke E. Bowman, *Toward a Just Model of Pretrial Release: A History of Bail Reform and a Prescription for What's Next*, 108 J. Crim. L. & Criminology 701 (2018).

6.     I have participated as lead counsel in class action suits challenging parole revocation procedures in the State of Illinois, including: *Morales v. Monreal*, No. 13cv7572 (N.D.Ill); *King v. Walker*, No. 06cv204 (N.D. Ill); and *M.H. v. Monreal et al.*, No. 12cv8523 (N.D. Ill.). All three settled after negotiations with the State of Illinois, and resulted in significant procedural protections for parolees in Illinois. The *M.H.* and *Morales* settlements, in particular, resulted in the appointment of state-funded counsel to adults and youth facing the revocation of

their parole. In May 2017, I received the Federal Bar Association's Award for Excellence in Pro Bono Service for the *Morales* litigation.

7.  I have also served as lead counsel on a variety of wrongful conviction compensation and police misconduct damages suits in federal court, including litigation brought on behalf of the victims of the Jon Burge police torture scandal and other police misconduct in Chicago and throughout the State of Illinois. *See, e.g., Johnson v. Cassidy et al.*, No. 18-cv-1062, *Finch v. City of Wichita*, No. 18-cv-1018-JWB-ADM (D. Kan.), *Taylor v. City of Chicago et al.*, No. 14cv737 (N.D. Ill.); *Taylor v. Kachiroubas et al.*, No. 12cv8321 (N.D. Ill.); *Swift v. City of Chicago et al.*, 12-L-012995 (Cir. Ct. Ck. Cty. 2012), *Wilson v. O' Brien et al.*, No. 07cv3994 (N.D. Ill.); *Kitchen v. Burge*, No. 10cv4093 (N.D. Ill.); *Beaman v. Souk et al.*, No. 10cv1019 (C.D. Ill.); and *Cannon v. Burge et al.*, No. 05cv2192 (N.D. Ill.). Almost all of these have resulted in multi-million dollar settlements in favor of the plaintiffs.

8.  In addition, I have served as trial counsel in other civil rights suits addressing the following issues: conflicts of interest within the Cook County State's Attorney's Office in connection with the David Koschman homicide (*In re Petition for Appointment of Special Prosecutor*, No. 2011 Misc. 46 (Cir. Ct. Ck. Cty.)); prisoners' rights in Illinois correctional facilities (*e.g.*, *Fontano v. Godinez et al.*, No. 12cv3042 (C.D. Ill.); *Hudson v. Preckwinkle et. al.*, No. 13cv8752 (N.D. Ill.)); and post-conviction relief for men who were convicted based on coerced and tortured confessions obtained under the Jon Burge regime (*Class Action Petition for Relief Under the Illinois Post-Conviction Hearing Act*, Nos 91 CR 21451, 84 C 01010801 (Cir. Ct. Ck. Cty)).

9.  Prior to working at the MacArthur Justice Center, I attended Stanford Law School, where I received a J.D. with Distinction in 2009. I thereafter clerked for the Hon. Myron

H. Thompson in the Middle District of Alabama. Prior to law school I worked as a social worker and project manager at Bronx Community Solutions, part of the Center on Court Innovation, located in the Bronx Courthouse in New York.

10.     I am a member in good standing of the bar of State of Illinois.

11.     The MacArthur Justice Center has sufficient funds available to finance the costs of this litigation, and the ongoing monitoring required to protect the interests of the class.

I declare under penalty of perjury that the foregoing is true and correct.


Date: April 3, 2020

_____
Alexa A. Van Brunt, ARDC #6301074
Roderick and Solange MacArthur Justice Center
Northwestern University Pritkzer School of Law
375 E. Chicago Avenue, 8th Floor
Chicago, Illinois 60611
(312) 503-1336