IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MAYS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. DART, Sheriff of Cook County, <br><br> Defendant. | Case No. 20-CV-2134 <br><br> Hon. Matthew F. Kennelly, in his capacity as Emergency Judge <br><br> Hon. Robert W. Gettleman, District Court Judge <br><br> Hon. M. David Weisman, Magistrate Judge |

## DEFENDANTS' MOTION FOR LEAVE TO FILE OVERSIZED RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION

Defendant Thomas J. Dart, Sheriff of Cook County, by and through his undersigned attorneys, and for his Motion for Leave to File Oversized Response to Plaintiff's Emergency Motion for Temporary Restraining Order or Preliminary Injunction, states as follows:

1. On April 3, 2020, this Court ordered Defendant to file his response to Plaintiffs' Motion for Temporary Restraining Order or Preliminary Injunction by no later than 8:00 pm on April 6, 2020. Dkt. #10. The order directed Defendant to include in his response "a description of any steps defendant has taken and is taking to protect

detainees from contracting the Coronavirus and to care for detainees who have already contracted the virus." *Id*.

2. Local Rule 7.1 provides that no party shall file a brief in excess of 15 pages without prior Court approval.

3. In order to comply with this Court's order to discuss steps taken at the Cook County Jail to address the COVID-19 pandemic, and to address the legal issues raised by the relief Plaintiff's Motion seeks, Defendant respectfully requests this Court grant him leave to file an oversize brief of 19 pages.

4. Plaintiffs stated in their Motion for Leave to File an Oversize brief to respond to the Court's order regarding the applicability to 18 U.S.C. § 3626 to their claims that they have no objection to a request by Defendant to file an oversize brief. Dkt. #26, pg. 2.

WHEREFORE, Defendant respectfully requests this Court grant him leave to file an oversize 19-page response to Plaintiffs' Temporary Restraining Order or Preliminary Injunction.

Respectfully submitted,

**HINSHAW & CULBERTSON**

/s/ *Gretchen Harris Sperry*
Gretchen Harris Sperry

Robert T. Shannon
James M. Lydon
Adam R. Vaught
Gretchen Harris Sperry
Lari A. Dierks
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
gsperry@hinshawlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 6, 2020, I electronically filed the forgoing **DEFENDANTS' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF** with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will accomplish service electronically on all counsel of record.

<u>*/s/ Gretchen Harris Sperry*</u>