IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons; and JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons<br><br>Plaintiffs-Petitioners,<br><br>v<br><br>THOMAS DART, Sheriff of Cook County,<br><br>Defendant-Respondent | Case No. 20-cv-2134 |

## DECLARATION OF MICHAEL MILLER

I, Michael Miller, pursuant to 28 U.S.C. § 1746, declare as follows:

1. That I am currently employed by the Cook County Sheriff's Office ("CCSO") as the First Assistant Executive Director for the Cook County Department of Corrections ("CCDOC"). I have been employed in this role since 2012.

2. Prior to my appointment as First Assistant Executive Director ("AED"), I worked in CCDOC in various capacities dating back to approximately 1990. Over thirty years of service at the CCSO, I have served as a Correctional Officer, Correctional Sergeant, Correctional Lieutenant, Captain, Chief, Superintendent, and Assistant Executive Director.

3. As the First AED, I am responsible for overseeing all CCDOC operations. CCDOC is the largest single-site pretrial correctional facility in the country and employs over 3,000 sworn and civilian staff.

4. I am familiar with the CCSO's efforts to combat and prevent the spread of the Novel Coronavirus ("COVID-19"), which has impacted the international community since the first case was identified in December 2019.

5. The facts set forth in this declaration are drawn from information I have received in my work with the CCSO in response to the COVID-19 pandemic. It does not contain all of the facts that I know about the matters discussed below.

**Background**

6. As early as January 2020 the CCSO began planning to activate emergency operational and staffing protocols, in the event that the public health crisis and a state of emergency would inevitably impact standard operating procedures.

7. As early as January 24, 2020 the CCDOC began screening incoming detainees for flu-like symptoms.

8. On or before March 12, 2020 the CCSO began sending daily notices to all staff, in addition to directions from supervisors on every shift, regarding Center for Disease Control ("CDC") guidelines on preventing the spread of the virus and handwashing.

**COVID-19 State of Emergency**

9. On March 9, 2020, Governor Pritzker declared Illinois a disaster area because of the dangers of COVID-19. As of March 9, 2020, there were 5710 detainees in physical custody at the Cook County Jail. There were approximately 422 confirmed COVID-19 cases in Illinois at that time.

10. On or about March 12, 2020 the CCSO implemented the following preventative measures:

    a. The CCSO Critical Incident Command Center ("CICC") was activated to monitor all COVID-19 factors that could affect aspects of the CCSO.
    b. All visitors, vendors, volunteers, attorneys, and contractors were screened for symptoms of COVID-19, including taking temperatures. Anyone exhibiting symptoms was denied entry and encouraged to seek medical attention.
    c. CCDOC began creating receiving units for detainees to be held for their first week in custody to monitor for symptoms of COVID-19. Those who showed no symptoms after seven days would be moved to general population units. These receiving units have been active for at least fourteen (14) days as of this declaration.
    d. Visits with detainees were limited to one person, once a week, for 15 minutes. CCDOC expanded access to phone calls and video visitation across the compound.
    e. CCDOC increased cleaning and sanitation efforts throughout the facility.
    f. Cermak Health Services began actively educating detainees about COVID-19 so they can report symptoms they may experience or observe. Detainees were also educated on how to stop the spread of infection through frequent handwashing and other good hygiene practices.

11. On or about March 13, 2020, all tours of CCDOC and large gatherings within the facility were suspended. Outside food for detainees was banned.

12. On or about March 15, 2020, all in-person detainee visits were suspended. Attorneys and clergy members were directed to schedule in-person visits sparingly, and any essential visitors would be subject to screening for symptoms. Currently, confidential attorney visits may still occur 7 days per week during the day and will be accommodated behind visitor glass.

13. On or about March 16, 2020 CCDOC began preparing the empty Mental Health Transition Center barracks for additional isolation housing for detainees.

14. On March 17, 2020 the Cook County Board of Commissioners declared a State of Emergency related to the COVID-19 pandemic.

2. On March 20, 2020 the Governor of Illinois issued an executive order for citizens to shelter-in-place. CCSO instituted the following precautionary measures to address COVID-19:

    a. Continued efforts to obtain and distribute Personal Protective Equipment ("PPE").

    b. Established additional areas at the jail to be used for separation and quarantine, including opening previously closed buildings and requesting tents for outdoor areas.

    c. Began screening all new detainees and persons arrested by the Sheriff's Office with the Cook County Health COVID-19 questionnaire, including temperature checks.

    d. Continued use of receiving tiers where new detainees coming into the CCDOC are housed together for seven days of observation. If detainees do not show symptoms of the virus after seven days, they are reviewed by Cermak Health Services for clearance to be moved to general population. This waiting period has expanded to 14 days as of April 6, 2020.

    e. Created contingency plans in the event of staff shortages.

    f. Increased availability of cleaning supplies across all departments.

    g. Continued working with other stakeholders to reduce transportation of detainees to court.

    h. Began airing messages for detainees on televisions across the compound regarding the symptoms of COVID-19 and proper hand washing techniques.

    i. Began airing messages for detainees on televisions regarding court closures and contacting attorneys to address any concerns.

    j. Began posting messages to families on our website regarding canceling of visits and information regarding the bond process.

3. The CCSO disseminates information and directives for detainees and staff on a daily basis regarding screening, social distancing, obtaining supplies, and who to contact with any concerns. As of April 2, 2020 the CCSO began issuing daily information regarding tiers designated as isolation or quarantine tiers.

4. CCDOC is in constant, daily communication with Cermak Health Services regarding medical treatment for detainees and implementation of CDC guidelines, and use of video-conferencing for medical appointments unrelated to COVID-19.

5. CCDOC is in constant, daily communications with our various collective bargaining units and their union representatives to ensure that staff are safe and their concerns are heard.

15. CCSO has worked with other criminal justice stakeholders including the Cook County Office of the Chief Judge, Cook County Public Defender, and Cook County State's Attorney to assist them in identifying cases where detainees can be released from CCDOC, as well as procedural matters than can be held via video-conferencing to reduce movement and increase social distancing.

16. The CCDOC detains criminal defendants who are remanded to the custody of DOC by the Circuit Court. As such, the DOC cannot control the number of detainees housed in the Jail.

17. Supporting exhibits attached to this declaration reflect the current breakdown of every tier or dorm in the Jail. The spreadsheet shows the tier/ dorm, its maximum occupancy, current occupancy and the percentage the tier or dorm is filled.

18. CCDOC has implemented major changes to the manner in which detainees are housed due to prevent the spread of COVID-19. These major changes include:

    a. On March 15, all arrestees brought to Criminal Court for a bond hearing were screened for symptoms of the virus including a temperature check. Symptomatic arrestees were refused admittance to lockup and/or CCDOC until evaluated by medical personnel in the custody of the arresting agency.

    b. On March 20, all criminal defendants remanded to the custody of the Sheriff for detention in the Jail were "separated" from the remainder of the jail population is separate tiers or dorms with all other remanded defendants from that day of the week. Each day, the new detainees were assigned into a different tier or dorm separate from the remainder of the Jail. Those detainees remain separated for at least 7 days for symptom observation. This waiting period has been extended to 14 days as of April 6, 2020. Supporting exhibits attached hereto reflect, as of April 6, 2020 at 2:00pm, the number of detainees currently housed in a separate tier for the first 14 days of their detention in DOC. Those detainees are assigned in the dorm units in Division 2, Dorm 3 and single cells in Division 5, first floor. Currently, none of those tiers exceed 50% occupancy or, to put it another way, detainees fill less than half of the beds.

    c. Prior to the COVID outbreak, DOC operations made every effort to safely consolidate and minimize the number of tiers and, if possible, entire Divisions in operation to maintain efficiencies while ensuring safety and security. The Sheriff ordered that effort be made to single cell all detainees, if safe and secure, when he declared the impending pandemic an emergency. In cooperation with Cermak, Cook County Facilities Management and the Unions representing the sworn officers, previously closed Tiers and Divisions have been re-opened to maximize the ability of detainees to distance themselves from one another. Currently, the following previously closed or repurposed areas have been re-opened to house detainees:

      i. Division 5, first floor, to separate new detainees;

      ii. Division 4, 9 tiers to help single cell detainees from Division 11; and

      iii. The Mental Health Transition Center, repurposed to hold a maximum of 500 isolated COVID-19 symptomatic or positive detainees (if necessary and separate from each other).

    d. Providing a single cell to every detainee, or if in a dorm setting not exceeding 50% occupancy, is an on-going process, subject to our ability to open previous closed areas safely and securely. As of April 6, 2020, 111 (or 60%) of those 186 tiers/areas where at least one detainee is housed are at 50% occupancy or lower (i.e. the tier capacity is 48 and there are 24 housed on it). 26 (or 14%) of those 186 tiers/areas are at 90% occupancy or higher.

19. To reduce the potential spread of the virus, we implemented a process to quarantine and isolate tiers, designate them as such and install certain rules as it relates to each.

    a. Quarantine tiers are tiers where a detainee resided at the time of the onset of their symptoms. The symptomatic detainee is treated and removed from the tier and taken to an Isolation Tier at the direction of medical staff. The remainder of the tier is identified as under Quarantine. Once identified, the following occurs:

      i. Pursuant to sanitation related processes, the tier and personal area of the symptomatic detainee is cleaned.

      ii. The tier is locked down in the sense that no new detainees will be housed there and no current detainee will be moved unless subject to release by a court or becomes symptomatic themselves. The only exception is efforts to single cell quarantined individuals from on quarantine tier to another.

      iii. A security alert by DOC staff is entered into CCOMS (the jail management system) for every detainee housed on that tier that they are under a quarantine. The alert will last for 14 days from issuance and is renewed if any new symptomatic detainees are discovered.

      iv. The tier is marked with a large, neon sign with a "Q" at the entrance requiring all staff entering to be properly attired in PPE appropriate for a quarantine tier.

      v. Supporting exhibits attached hereto reflect the tiers currently identified as quarantined in the Jail. All these rules apply at these locations.

    b. Isolation tiers are tiers designated to house symptomatic and positive tested detainees to receive immediate care and be isolated from the rest of the Jail population. Every detainee in an isolation tier has exhibited clear symptoms or has a positive test for COVID-19. However, symptomatic detainees are held in different tiers than known positive COVID detainees. Once identified, the following occurs:

      i. The tier is locked down in the sense that no new detainees will be housed there unless they are recovering from COVID-19. No current, non-symptomatic detainee will be moved there. All positive COVID detainees will remain in isolation until medical staff clear them for a return to the Jail.

      ii. A medical alert by Cermak staff is entered into CCOMS (the jail management system) for every detainee housed on that tier that they under isolation. The alert will last for 14 days from issuance and be renewed as necessary.

      iii. The tier is marked with a large, neon sign with an "I" at the entrance requiring all staff entering to be properly attired in PPE appropriate for an isolation tier.

      iv. Isolation tiers are not single cells as social distancing no longer is recommended.

    c. Supporting exhibits attached hereto reflect the tiers currently identified as isolation tiers in the Jail. All these rules apply at these locations.

    d. Attached hereto is a report created on April 6, 2020 by the CCSO Office of Research, based on data available through the jail management system CCOMS, which shows the number of unique detainees that have been given an isolation alert since February 29, 2020. To be clear, isolation is a medical alert that is not unique to COVID-19 and is used by DOC and Cermak for other medical and correctional reasons. Therefore, not all alerts noted on the attached chart are necessarily attributable to COVID-19.

20. Staff has been screened for symptoms and temperature checks at the beginning of every shift upon entry to the Jail. The "Cook County Department of Corrections Interim Policy and Procedure For Employee Health Screens And Temperature Checks" issued March 28, 2020 is attached hereto as a supporting exhibit. 100 new thermometers are arriving today, April 6, for use in screening employees upon entering the Jail.

21. CCDOC has worked with Harry Grenawitzke since early March, an expert in correctional sanitation conditions who previously served as a monitor within CCDOC with the Department of Justice, to implement best practices to keep the compound as clean and disinfected as possible.

22. CCDOC has worked with Dr. Peter Orris and the University of Illinois Chicago School of Public Health Occupational Health Services Institute. Dr. Orris is an expert in the field of occupational health and has provided daily consultation with CCSO on proper implementation of CDC guidelines and measures to disrupt the spread of COVID-19.

23. All PPE and cleaning products are delivered to the CICC from the Sheriff's Central Warehouse and distributed to the Jail Divisions. The CICC tracks and responds to all requests for PPE, cleaning supplies, and other COVID-19 related materials in order to allocate inventory accordingly. Distribution of supplies from the CICC and compliance

Case: 1:20-cv-02134 Document #: 30-8 Filed: 04/06/20 Page 7 of 17 PageID #:478

with CDC guidelines regarding use of PPE and cleaning supplies is further monitored by sanitation officers and superintendents in each Division of the jail.

24. I have supervised constant action by the CCSO to distribute PPE, hygiene, and sanitation supplies across Sheriff's Office operations, including—and most critically—the CCDOC. The CICC triages all supply and equipment needs submitted by Division, and ensures that all Divisions and tiers are adequately supplied each and every day.

25. The CCSO employs an Environmental Health Specialist and an Environmental Services Coordinator. The Environmental Health Specialist is responsible for overseeing compliance with all existing sanitation policies and procedures, including applicable local, state, and federal regulations. The Environmental Health Specialist coordinates with Divisional Sanitation Officers who are appointed for each CCDOC Division. Those sanitation officers conduct compliance checks, and report results on a daily basis to the Division Superintendent. Superintendents are under my chain of command.

26. As early as January 24, 2020 the CCDOC Environmental Specialist began to activate emergency protocol in response to the COVID-19 crisis, including but not limited to increasing the frequency of cleanings, regular sanitation of intake and identified areas where infected individuals have been present, and acquisition of additional chemicals to ensure prompt and frequent cleaning.

27. In preparation of the COVID-19 crisis and up through the date of this declaration and as a preventative measure, the CCDOC enforced a Preventative Daily Cleaning and Disinfection procedure which increased sanitation procedures across the entire CCDOC. These procedures gave detailed instruction about how to clean and disinfect surfaces in both non-quarantine/non-isolation locations and quarantine/isolation areas. Procedures also extend to the collection of food trays and carts, laundry and central kitchen procedures. In addition, directives were also provided to the organization about Vehicle Cleaning/Disinfection Procedures

28. Throughout the COVID-19 crisis and up through the date of this declaration, I have overseen continued use of enhanced sanitation measures, including interface between the CICC and divisional sanitation officers in order to continue to re-stock necessary supplies and hygiene products for detainees.

29. CCSO is engaged in regular communication with local, state, and federal agencies in order to acquire critical sanitation supplies and PPE, as well as to obtain rapid testing and establish CCDOC as a testing site, including but not limited to: Cook County Emergency Management and Regional Security, Cook County Department of Public Health, Cermak Health Services, City of Chicago Department of Public Health, Illinois Department of Public Health, Illinois Emergency Management Agency, Illinois Office of the Governor, Federal Emergency Management Agency, U.S. Senator Dick Durbin, and U.S. Department of Health and Human Services.

30. As a result of our efforts, Cermak has received approval to commence Abbott rapid testing as of April 7, 2020 for detainees.

31. As a result of our efforts, Roseland Hospital and the CCSO will be establishing Roseland Hospital as an official COVID-19 testing site, available to all staff, as early as April 6, 2020.

32. The CCSO has worked around the clock to maximize the safety and security of CCDOC detainees, its staff, and the public in the midst of an unprecedented, global pandemic.

I, Michael Miller, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this 6th day of April 2020.

First Asst. Executive Director
Michael S. Miller



# COOK COUNTY DEPARTMENT OF CORRECTIONS INTERIM POLICY AND PROCEDURE FOR EMPLOYEE HEALTH SCREENS AND TEMPERATURE CHECKS

**EFFECTIVE DATE:** March 28, 2020

In accordance with the Centers for Disease Control and Prevention (CDC) and the Chicago Department of Public Health (CDPH) recommendations, and to ensure the health and safety of emergency responders, CCSO staff and volunteers, County employees and contractors, and CCDOC detainees, the following procedures described below will be implemented immediately. These procedures will help stop the spread of COVID-19 by providing early identification of employees who may be in the early stages of COVID-19 and just beginning to show symptoms.

1. Employees will assemble prior to their assigned shift in areas designated by Divisional supervisors in preparation for the screening.
2. Employees will assemble in a way that allows for social distancing (standing at least 6 feet apart).
3. Supervisors will conduct a brief, one-by-one screen of every employee consisting of the following:
    a. Ask each employee if they currently have a cough or shortness of breath.
    b. Take the employee's temperature using the infrared forehead thermometer.
4. If the employee answers yes or is observed to have a cough or shortness of breath, they should be sent home.
5. If the employee has a fever over 99.3, but not a cough or shortness of breath, they should be isolated for 2 minutes and then have their temperature checked again. If the reading is still above 99.3, the employee should be sent home. If the reading is 99.3 or below, conduct a third check 2 minutes later and base the decision to allow the employee to work on that reading; 99.3 or less can work, 99.4 or more should go home.
6. Any officer that is instructed to leave must contact the Command Center at 773-674-0169 immediately.
7. The Command Center will notify HR, who will contact the employee to discuss their situation as soon as practicable, explain how they will be compensated for the day, and provide further instructions regarding return to work.
8. Prior to returning to work, employees may be instructed to receive medical clearance from their own health care provider and complete the CCSO's COVID-19 Return to Work Screening Questionnaire. Questions about this process should be directed to CCSO.HR@cookcountyil.gov.

Important Guidelines for Supervisors Conducting Temperature Checks:

1. Make sure the thermometer is calibrated properly.
2. Make sure all PPE is used properly.
    a. Face masks should be affixed properly.
    b. Eye protection should be worn.
    c. Gloves should be worn.
    d. Gowns should be worn.
3. When using the infrared thermometer, the PPE described above does not need to be replaced in between conducting individual temperature checks.
4. If an employee seems ill, determine whether seeking further medical help is appropriate and isolate the individual from others immediately.
5. If there are equipment questions, problems, concerns, or shortages, notify the Command Center immediately at 773-674-0169.

Michael Miller
1st Assistant Executive Director
Cook County Department of Corrections



Isolation Alerts by Date
To: CCSO Executive Staff
Date: April 6, 2020
THIS IS A PRELIMINARY ANALYSIS

This memo presents trends in assigned isolation alerts from February 29, 2020 to present for unique bookings.

*Figure 1* shows the number of isolation alerts by starting date where only the first alert per booking is included.

Figure 1: Number of Isolation Alerts by Date Started



1



*Table 1* shows the number of isolation alerts begun each day where only the first alert per booking is included.

Table 1: Number of Isolation Alerts by Date Started

| Date of Isolation Alert Start | Number Alerts Started |
|---|---|
| 29-Feb | 1 |
| 1-Mar | 6 |
| 2-Mar | 5 |
| 3-Mar | 4 |
| 4-Mar | 7 |
| 5-Mar | 4 |
| 6-Mar | 2 |
| 7-Mar | 4 |
| 8-Mar | 2 |
| 9-Mar | 2 |
| 10-Mar | 1 |
| 11-Mar | 3 |
| 12-Mar | 1 |
| 14-Mar | 4 |
| 15-Mar | 7 |
| 16-Mar | 2 |
| 17-Mar | 6 |
| 18-Mar | 4 |
| 19-Mar | 1 |
| 20-Mar | 6 |
| 21-Mar | 8 |
| 22-Mar | 6 |
| 23-Mar | 9 |
| 24-Mar | 17 |
| 25-Mar | 22 |
| 26-Mar | 18 |
| 27-Mar | 30 |
| 28-Mar | 52 |
| 29-Mar | 9 |
| 30-Mar | 19 |
| 31-Mar | 23 |
| 1-Apr | 21 |
| 2-Apr | 20 |
| 3-Apr | 11 |
| 4-Apr | 11 |
| 5-Apr | 4 |
| 6-Apr | 11 |
| TOTAL | 363 |

2

| Division | Facility | Tier | Capacity | Occupancy (as of 4/6/20) | Percent Occupied | Tier Type | First Quarantine | Projected End Date |
|---|---|---|---|---|---|---|---|---|
| 10 | Division 10 | DIV10-1A | 48 | 46 | 96% | | | |
| 10 | Division 10 | DIV10-1B | 48 | 44 | 92% | | | |
| 10 | Division 10 | DIV10-1C | 48 | 24 | 50% | | | |
| 10 | Division 10 | DIV10-1D | 48 | 38 | 79% | | | |
| 10 | Division 10 | DIV10-2A | 48 | 24 | 50% | | | |
| 10 | Division 10 | DIV10-2B | 48 | 24 | 50% | | | |
| 10 | Division 10 | DIV10-2C | 48 | 24 | 50% | | | |
| 10 | Division 10 | DIV10-2D | 48 | 24 | 50% | | | |
| 10 | Division 10 | DIV10-3A | 48 | 24 | 50% | | | |
| 10 | Division 10 | DIV10-3B | 48 | 24 | 50% | | | |
| 10 | Division 10 | DIV10-3C | 48 | 17 | 35% | Quarantine | 3/31/2020 18:10 | 4/18/2020 |
| 10 | Division 10 | DIV10-3D | 48 | 24 | 50% | | | |
| 10 | Division 10 | DIV10-4A | 48 | 23 | 48% | | | |
| 10 | Division 10 | DIV10-4B | 48 | 24 | 50% | | | |
| 10 | Division 10 | DIV10-4C | 48 | 24 | 50% | | | |
| 10 | Division 10 | DIV10-4D | 48 | 24 | 50% | | | |
| 11 | Division 11 | DIV11-AA | 48 | 24 | 50% | | | |
| 11 | Division 11 | DIV11-AB | 48 | 23 | 48% | | | |
| 11 | Division 11 | DIV11-AC | 48 | 24 | 50% | | | |
| 11 | Division 11 | DIV11-AD | 48 | 24 | 50% | | | |
| 11 | Division 11 | DIV11-AF | 48 | 23 | 48% | | | |
| 11 | Division 11 | DIV11-AG | 48 | 37 | 77% | Quarantine | 3/31/2020 15:30 | 4/18/2020 |
| 11 | Division 11 | DIV11-AH | 48 | 24 | 50% | | | |
| 11 | Division 11 | DIV11-AJ | 48 | 24 | 50% | | | |
| 11 | Division 11 | DIV11-BA | 48 | 19 | 40% | | | |
| 11 | Division 11 | DIV11-BB | 48 | 24 | 50% | | | |
| 11 | Division 11 | DIV11-BC | 48 | 24 | 50% | | | |
| 11 | Division 11 | DIV11-BD | 48 | 23 | 48% | | | |
| 11 | Division 11 | DIV11-BF | 48 | 30 | 63% | Quarantine | 3/26/2020 12:07 | 4/13/2020 |
| 11 | Division 11 | DIV11-BG | 48 | 25 | 52% | | | |
| 11 | Division 11 | DIV11-BH | 48 | 38 | 79% | | | |
| 11 | Division 11 | DIV11-BJ | 48 | 24 | 50% | | | |
| 11 | Division 11 | DIV11-CA | 48 | 46 | 96% | | | |
| 11 | Division 11 | DIV11-CB | 48 | 46 | 96% | Quarantine | 3/31/2020 17:48 | 4/15/2020 |
| 11 | Division 11 | DIV11-CC | 48 | 46 | 96% | | | |
| 11 | Division 11 | DIV11-CD | 48 | 40 | 83% | Quarantine | 3/26/2020 12:42 | 4/18/2020 |
| 11 | Division 11 | DIV11-CF | 48 | 41 | 85% | Quarantine | 3/26/2020 12:13 | 4/16/2020 |
| 11 | Division 11 | DIV11-CG | 48 | 48 | 100% | | | |
| 11 | Division 11 | DIV11-CH | 48 | 47 | 98% | | | |
| 11 | Division 11 | DIV11-CJ | 48 | 36 | 75% | Quarantine | 3/31/2020 7:21 | 4/18/2020 |
| 11 | Division 11 | DIV11-DA | 48 | 41 | 85% | Quarantine | 3/31/2020 18:07 | 4/18/2020 |

| Div | Location | ID | Cap | Count | Pct | Status | Start | End |
|---|---|---|---|---|---|---|---|---|
| 11 | Division 11 | DIV11-DB | 48 | 24 | 50% | | | |
| 11 | Division 11 | DIV11-DC | 48 | 44 | 92% | | | |
| 11 | Division 11 | DIV11-DD | 48 | 43 | 90% | Quarantine | 3/29/2020 9:02 | 4/15/2020 |
| 11 | Division 11 | DIV11-DF | 48 | 22 | 46% | | | |
| 11 | Division 11 | DIV11-DG | 48 | 39 | 81% | | | |
| 11 | Division 11 | DIV11-DH | 48 | 41 | 85% | | | |
| 11 | Division 11 | DIV11-DJ | 48 | 38 | 79% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-A | 48 | 16 | 33% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-B | 48 | 8 | 17% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-C | 48 | 22 | 46% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-D | 48 | 42 | 88% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-E | 48 | 0 | closed | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-F | 48 | 0 | closed | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-G | 48 | 0 | closed | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-H | 48 | 0 | closed | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-M | 48 | 17 | 35% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-N | 48 | 26 | 54% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-O | 48 | 24 | 50% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-P | 44 | 18 | 41% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-R | 48 | 20 | 42% | Quarantine | 4/3/2020 6:51 | 4/18/2020 |
| 2 | Division 2 Dorm 2 | DIV2-D2-S | 44 | 19 | 43% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-T | 48 | 19 | 40% | Quarantine | 4/5/2020 2:00 | 4/18/2020 |
| 2 | Division 2 Dorm 2 | DIV2-D2-U | 44 | 18 | 41% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-V | 48 | 23 | 48% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-W | 44 | 21 | 48% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-AA | 44 | 0 | closed | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-BB | 48 | 19 | 40% | Quarantine | 3/25/2020 23:29 | 4/16/2020 |
| 2 | Division 2 Dorm 3 | DIV2-D3-CC | 48 | 0 | closed | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-DD | 48 | 22 | 46% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-EE | 48 | 15 | 31% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-FF | 48 | 13 | 27% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-GG | 48 | 16 | 33% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-HH | 48 | 0 | closed | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-JJ | 48 | 23 | 48% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-LL | 54 | 18 | 33% | Quarantine | 3/25/2020 10:29 | 4/17/2020 |
| 2 | Division 2 Dorm 4 | DIV2-D4-LU | 54 | 17 | 31% | Quarantine | 3/25/2020 10:29 | 4/17/2020 |
| 2 | Division 2 Dorm 4 | DIV2-D4-ML | 50 | 19 | 38% | Quarantine | 3/25/2020 10:29 | 4/17/2020 |
| 2 | Division 2 Dorm 4 | DIV2-D4-MU | 50 | 14 | 28% | Quarantine | 3/25/2020 10:29 | 4/17/2020 |
| 2 | Division 2 Dorm 4 | DIV2-D4-NL | 63 | 15 | 24% | Quarantine | 3/25/2020 10:29 | 4/17/2020 |
| 2 | Division 2 Dorm 4 | DIV2-D4-NU | 63 | 11 | 17% | Quarantine | 3/25/2020 10:29 | 4/17/2020 |
| 2 | Division 2 Dorm 4 | DIV2-D4-OL | 48 | 13 | 27% | Quarantine | 3/25/2020 10:29 | 4/17/2020 |
| 2 | Division 2 Dorm 4 | DIV2-D4-OU | 48 | 1 | 2% | Quarantine | 3/25/2020 10:29 | 4/17/2020 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | Division 2 Dorm 4 | DIV2-D4-PL | 40 | 25 | 63% | Quarantine | 3/25/2020 10:29 | 4/17/2020 |
| 2 | Division 2 Dorm 4 | DIV2-D4-PU | 40 | 26 | 65% | Quarantine | 3/25/2020 10:29 | 4/17/2020 |
| 2 | Division 2 Dorm 4 | DIV2-D4-QL | 50 | 0 | closed | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-QU | 50 | 0 | closed | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-RL | 37 | 0 | closed | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-RU | 37 | 0 | closed | | | |
| 4 | Division 4 | DIV4-I1 | 48 | 0 | closed | | | |
| 4 | Division 4 | DIV4-I2 | 48 | 19 | 40% | | | |
| 4 | Division 4 | DIV4-J1 | 48 | 20 | 42% | | | |
| 4 | Division 4 | DIV4-J2 | 48 | 0 | closed | | | |
| 4 | Division 4 | DIV4-K1 | 40 | 18 | 45% | | | |
| 4 | Division 4 | DIV4-K2 | 40 | 0 | closed | | | |
| 4 | Division 4 | DIV4-L1 | 40 | 0 | closed | | | |
| 4 | Division 4 | DIV4-L2 | 40 | 0 | closed | | | |
| 4 | Division 4 | DIV4-M1 | 40 | 17 | 43% | | | |
| 4 | Division 4 | DIV4-M2 | 40 | 0 | closed | | | |
| 4 | Division 4 | DIV4-N1 | 40 | 19 | 48% | | | |
| 4 | Division 4 | DIV4-N2 | 40 | 0 | closed | | | |
| 4 | Division 4 | DIV4-P1 | 48 | 15 | 31% | | | |
| 4 | Division 4 | DIV4-P2 | 48 | 0 | closed | | | |
| 4 | Division 4 | DIV4-Q1 | 48 | 0 | closed | | | |
| 4 | Division 4 | DIV4-Q2 | 48 | 0 | closed | | | |
| 5 | Division 5 | DIV5-1A | 44 | 19 | 43% | | | |
| 5 | Division 5 | DIV5-1B | 40 | 14 | 35% | | | |
| 5 | Division 5 | DIV5-1C | 40 | 12 | 30% | Quarantine | 4/2/2020 12:00 | 4/15/2020 |
| 5 | Division 5 | DIV5-1D | 40 | 0 | closed | | | |
| 5 | Division 5 | DIV5-1E | 40 | 0 | closed | | | |
| 5 | Division 5 | DIV5-1F | 44 | 16 | 36% | Quarantine | 4/6/2020 12:00 | 4/18/2020 |
| 5 | Division 5 | DIV5-1G | 44 | 0 | closed | | | |
| 5 | Division 5 | DIV5-1H | 40 | 17 | 43% | | | |
| 5 | Division 5 | DIV5-1J | 40 | 9 | 23% | Quarantine | 3/31/2020 7:34 | 4/12/2020 |
| 5 | Division 5 | DIV5-1K | 40 | 15 | 38% | | | |
| 5 | Division 5 | DIV5-1L | 40 | 0 | closed | | | |
| 5 | Division 5 | DIV5-1M | 44 | 18 | 41% | | | |
| 5 | Division 5 | DIV5-2A | 44 | 5 | 11% | | | |
| 5 | Division 5 | DIV5-2B | 40 | 5 | 13% | | | |
| 5 | Division 5 | DIV5-2C | 40 | 0 | closed | | | |
| 5 | Division 5 | DIV5-2D | 40 | 20 | 50% | Quarantine | 4/4/2020 13:31 | 4/17/2020 |
| 5 | Division 5 | DIV5-2E | 40 | 17 | 43% | Quarantine | 4/3/2020 20:30 | 4/15/2020 |
| 5 | Division 5 | DIV5-2F | 44 | 15 | 34% | | | |
| 5 | Division 5 | DIV5-2G | 44 | 3 | 7% | | | |
| 5 | Division 5 | DIV5-2H | 40 | 0 | closed | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | Division 5 | DIV5-2J | 40 | 0 | closed | | | |
| 5 | Division 5 | DIV5-2K | 40 | 0 | closed | | | |
| 5 | Division 5 | DIV5-2L | 40 | 20 | 50% | | | |
| 5 | Division 5 | DIV5-2M | 44 | 21 | 48% | | | |
| 6 | Division 6 | DIV6-1A | 40 | 20 | 50% | Quarantine | 3/27/2020 12:59 | 4/10/2020 |
| 6 | Division 6 | DIV6-1B | 44 | 22 | 50% | Quarantine | 3/25/2020 20:30 | 4/10/2020 |
| 6 | Division 6 | DIV6-1C | 44 | 21 | 48% | Quarantine | 3/25/2020 20:30 | 4/14/2020 |
| 6 | Division 6 | DIV6-1D | 40 | 29 | 73% | Quarantine | 3/30/2020 13:00 | 4/13/2020 |
| 6 | Division 6 | DIV6-1H | 40 | 20 | 50% | Quarantine | 3/31/2020 12:59 | 4/14/2020 |
| 6 | Division 6 | DIV6-1J | 40 | 20 | 50% | Quarantine | 3/31/2020 14:01 | 4/14/2020 |
| 6 | Division 6 | DIV6-1K | 40 | 30 | 75% | Quarantine | 3/26/2020 23:59 | 4/9/2020 |
| 6 | Division 6 | DIV6-1L | 44 | 36 | 82% | Quarantine | 3/30/2020 13:00 | 4/7/2020 |
| 6 | Division 6 | DIV6-1N | 44 | 34 | 77% | Quarantine | 3/31/2020 14:01 | 4/17/2020 |
| 6 | Division 6 | DIV6-1P | 40 | 20 | 50% | Quarantine | 3/31/2020 13:30 | 4/14/2020 |
| 6 | Division 6 | DIV6-1Q | 40 | 20 | 50% | Quarantine | 3/27/2020 12:59 | 4/9/2020 |
| 6 | Division 6 | DIV6-1R | 40 | 21 | 53% | Quarantine | 3/31/2020 9:03 | 4/15/2020 |
| 6 | Division 6 | DIV6-2A | 40 | 24 | 60% | Quarantine | 3/31/2020 14:01 | 4/12/2020 |
| 6 | Division 6 | DIV6-2B | 44 | 24 | 55% | Quarantine | 3/25/2020 16:23 | 4/14/2020 |
| 6 | Division 6 | DIV6-2C | 44 | 22 | 50% | Quarantine | 3/31/2020 13:30 | 4/17/2020 |
| 6 | Division 6 | DIV6-2D | 40 | 19 | 48% | Quarantine | 3/31/2020 8:55 | 4/17/2020 |
| 6 | Division 6 | DIV6-2H | 40 | 30 | 75% | Quarantine | 3/31/2020 14:01 | 4/14/2020 |
| 6 | Division 6 | DIV6-2J | 40 | 20 | 50% | Quarantine | 3/25/2020 21:00 | 4/13/2020 |
| 6 | Division 6 | DIV6-2K | 40 | 24 | 60% | Quarantine | 3/27/2020 12:59 | 4/17/2020 |
| 6 | Division 6 | DIV6-2L | 44 | 31 | 70% | Quarantine | 3/31/2020 12:29 | 4/16/2020 |
| 6 | Division 6 | DIV6-2N | 44 | 20 | 45% | Quarantine | 3/25/2020 21:00 | 4/13/2020 |
| 6 | Division 6 | DIV6-2P | 40 | 33 | 83% | Quarantine | 3/31/2020 12:59 | 4/11/2020 |
| 6 | Division 6 | DIV6-2Q | 40 | 26 | 65% | Quarantine | 3/27/2020 14:00 | 4/15/2020 |
| 6 | Division 6 | DIV6-2R | 40 | 20 | 50% | Quarantine | 3/25/2020 9:30 | 4/11/2020 |
| 8 | Division 8 Cermak | DIV8-2E | | 14 | | | | |
| 8 | Division 8 Cermak | DIV8-2N | 24 | 10 | 42% | | | |
| 8 | Division 8 Cermak | DIV8-2S | 26 | 25 | 96% | | | |
| 8 | Division 8 Cermak | DIV8-2W | 20 | 12 | 60% | | | |
| 8 | Division 8 Cermak | DIV8-3E | 12 | 7 | 58% | Isolation | 3/26/2020 3:01 | 4/16/2020 |
| 8 | Division 8 Cermak | DIV8-3N | 20 | 12 | 60% | | | |
| 8 | Division 8 Cermak | DIV8-3S | 14 | 9 | 64% | Isolation | 3/28/2020 3:00 | 4/20/2020 |
| 8 | Division 8 Cermak | DIV8-3W | 20 | 10 | 50% | | | |
| 8 RTU | Division 08 RTU | DIV08-2A | 20 | 7 | 35% | Quarantine | 3/27/2020 12:30 | 4/10/2020 |
| 8 RTU | Division 08 RTU | DIV08-2B | 39 | 24 | 62% | | | |
| 8 RTU | Division 08 RTU | DIV08-2E | 20 | 4 | 20% | Isolation | 3/25/2020 19:59 | 4/18/2020 |
| 8 RTU | Division 08 RTU | DIV08-2F | 39 | 34 | 87% | | | |
| 8 RTU | Division 08 RTU | DIV08-2G | 39 | 39 | 100% | Isolation | 3/27/2020 7:59 | 4/19/2020 |
| 8 RTU | Division 08 RTU | DIV08-3A | 20 | 6 | 30% | Isolation | 3/26/2020 18:29 | 4/20/2020 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 RTU | Division 08 RTU | DIV08-3B | 39 | 27 | 69% | | | |
| 8 RTU | Division 08 RTU | DIV08-3C | 39 | 39 | 100% | Isolation | 3/25/2020 15:41 | 4/20/2020 |
| 8 RTU | Division 08 RTU | DIV08-3D | 39 | 37 | 95% | Isolation | 3/25/2020 21:00 | 4/19/2020 |
| 8 RTU | Division 08 RTU | DIV08-3E | 20 | 6 | 30% | Isolation | 3/25/2020 23:59 | 4/20/2020 |
| 8 RTU | Division 08 RTU | DIV08-3F | 39 | 33 | 85% | Quarantine | 3/31/2020 17:59 | 4/16/2020 |
| 8 RTU | Division 08 RTU | DIV08-3G | 39 | 33 | 85% | Quarantine | 3/31/2020 12:59 | 4/20/2020 |
| 8 RTU | Division 08 RTU | DIV08-3H | 39 | 39 | 100% | | | |
| 8 RTU | Division 08 RTU | DIV08-4A | 20 | 13 | 65% | | | |
| 8 RTU | Division 08 RTU | DIV08-4B | 39 | 20 | 51% | Quarantine | 4/2/2020 20:00 | 4/14/2020 |
| 8 RTU | Division 08 RTU | DIV08-4C | 39 | 30 | 77% | | | |
| 8 RTU | Division 08 RTU | DIV08-4D | 39 | 22 | 56% | Quarantine | 4/4/2020 13:00 | 4/17/2020 |
| 8 RTU | Division 08 RTU | DIV08-4E | 20 | 8 | 40% | Isolation | 3/26/2020 11:30 | 4/18/2020 |
| 8 RTU | Division 08 RTU | DIV08-4F | 39 | 33 | 85% | | | |
| 8 RTU | Division 08 RTU | DIV08-4G | 39 | 37 | 95% | | | |
| 8 RTU | Division 08 RTU | DIV08-4H | 39 | 23 | 59% | Quarantine | 3/31/2020 12:27 | 4/13/2020 |
| 8 RTU | Division 08 RTU | DIV08-5A | 20 | 6 | 30% | | | |
| 8 RTU | Division 08 RTU | DIV08-5B | 39 | 27 | 69% | | | |
| 8 RTU | Division 08 RTU | DIV08-5C | 39 | 15 | 38% | Quarantine | 4/4/2020 13:00 | 4/17/2020 |
| 8 RTU | Division 08 RTU | DIV08-5D | 39 | 14 | 36% | | | |
| 8 RTU | Division 08 RTU | DIV08-5E | 20 | 5 | 25% | Isolation | 3/30/2020 20:30 | 4/17/2020 |
| 8 RTU | Division 08 RTU | DIV08-5F | 39 | 28 | 72% | | | |
| 8 RTU | Division 08 RTU | DIV08-5G | 39 | 0 | closed | | | |
| 8 RTU | Division 08 RTU | DIV08-5H | 39 | 23 | 59% | Quarantine | 4/3/2020 20:30 | 4/16/2020 |
| 9 | Division 9 | DIV9-1A | 44 | 43 | 98% | | | |
| 9 | Division 9 | DIV9-1B | 44 | 42 | 95% | | | |
| 9 | Division 9 | DIV9-1C | 44 | 43 | 98% | | | |
| 9 | Division 9 | DIV9-1D | 44 | 40 | 91% | | | |
| 9 | Division 9 | DIV9-1E | 44 | 18 | 41% | | | |
| 9 | Division 9 | DIV9-1F | 44 | 20 | 45% | | | |
| 9 | Division 9 | DIV9-1G | 44 | 20 | 45% | | | |
| 9 | Division 9 | DIV9-1H | 44 | 18 | 41% | | | |
| 9 | Division 9 | DIV9-2A | 44 | 44 | 100% | | | |
| 9 | Division 9 | DIV9-2B | 44 | 43 | 98% | | | |
| 9 | Division 9 | DIV9-2C | 44 | 43 | 98% | | | |
| 9 | Division 9 | DIV9-2D | 44 | 18 | 41% | | | |
| 9 | Division 9 | DIV9-2E | 44 | 37 | 84% | | | |
| 9 | Division 9 | DIV9-2F | 44 | 22 | 50% | | | |
| 9 | Division 9 | DIV9-2G | 44 | 22 | 50% | | | |
| 9 | Division 9 | DIV9-2H | 44 | 15 | 34% | Quarantine | 4/3/2020 11:29 | 4/20/2020 |
| 9 | Division 9 | DIV9-3A | 44 | 42 | 95% | | | |
| 9 | Division 9 | DIV9-3B | 44 | 43 | 98% | | | |
| 9 | Division 9 | DIV9-3C | 44 | 42 | 95% | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | Division 9 | DIV9-3D | 44 | 42 | 95% | Quarantine | 3/29/2020 8:45 | 4/7/2020 |
| 9 | Division 9 | DIV9-3E | 44 | 18 | 41% | | | |
| 9 | Division 9 | DIV9-3F | 44 | 21 | 48% | | | |
| 9 | Division 9 | DIV9-3G | 44 | 22 | 50% | | | |
| 9 | Division 9 | DIV9-3H | 44 | 30 | 68% | Quarantine | 3/26/2020 23:59 | 4/18/2020 |
| 9 | Division 9 | DIV9-LI | 10 | 1 | 10% | | | |
| Boot Camp | Boot Camp | Boot Camp | 500 | 76 | 15% | Isolation | 3/30/2020 20:30 | 4/19/2020 |
| Hospital | Hospital | Hospital | n/a | 24 | n/a | | | |
| Outside Counties | Outside Counties | Outside Counties | n/a | 8 | n/a | | | |