IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Mays et al., | ) | Case No. 20-cv-2134 |
| Plaintiffs, | ) ) | Hon. Matthew F. Kennelly, |
| v. | ) ) | in his capacity as Emergency Judge |
| Thomas J. Dart, Sheriff of Cook County, | ) ) ) | Hon. Robert W. Gettleman, District Court Judge |
| Defendant. | ) ) ) | Hon. M. David Weisman, Magistrate Judge |

**CITY OF CHICAGO'S MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

The City of Chicago respectfully requests that the Court grant the City leave to file the attached *amicus curiae* brief in support of Defendant's Opposition to Plaintiffs' Emergency Motion for a Temporary Restraining Order or Preliminary Injunction.

1. On April 3, 2020, Plaintiffs filed an emergency motion for a temporary restraining order or a preliminary injunction. Plaintiffs requested, among other remedies, an order requiring Sheriff Thomas J. Dart to immediately release all detainees at Cook County Jail who allegedly have a medical condition that makes the detainees more susceptible to COVID-19.

2. On April 6, 2020, Sheriff Dart filed a response opposing Plaintiff's motion.

3. The City believes that the vast majority of detainees released from Cook County Jail would return to Chicago to reside. The City is therefore in a unique position to describe the consequences of granting Plaintiffs' motion. And as explained in the accompanying brief, the City believes that those consequences could be substantial—including risks to the health and safety of City residents.

4. The City requested the parties' consent to this motion. Defendant consented. Plaintiffs objected, expressing concern that the City's brief could delay the Court's ruling.

Accordingly, the City requests that the Court grant the City leave to file the accompanying *amicus curiae* brief.

Dated: April 8, 2020

Respectfully submitted,

By: /s/ Mark A. Flessner
Mark A. Flessner
 Corporation Counsel
Stephen J. Kane
 Deputy Corporation Counsel
City of Chicago Department of Law
121 North LaSalle Street, Room 600
Chicago, Illinois 60602
Tel:   312-744-0220
Fax:   312-744-5185
mark.flessner@cityofchicago.org
stephen.kane@cityofchicago.org

## CERTIFICATE OF SERVICE

I certify that on April 8, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the Court's CM/ECF system, which will automatically send notification of this filing to all counsel of record.

/s/ Stephen J. Kane