# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Anthony Mays, et al.
                Plaintiff,

v.
                Case No.: 1:20–cv–02134
                Honorable Robert W. Gettleman

Dart J Thomas
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 4/14/2020. Plaintiffs are to file their motion for expedited discovery and preliminary injunction by 8:00 p.m. on 4/14/2020. Telephonic status hearing and hearing on motion for expedited discovery before Judge Kennelly set for 4/15/2020 at 3:15 p.m. Defendant has leave to file a written response to plaintiffs' motion for expedited prior to the hearing on 4/15/2020 but none is required. The parties are to use the same call in information that was used on 4/14/2020. For members of the media or public who wish to listen to the hearing, it will be simultaneously played via loudspeaker in Courtroom 2541 at the Dirksen Courthouse, where Judge Kennelly will be sitting. Mailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.