

| Date | Positive Detainees in Isolation in Custody | Convalescent Detainees in Custody |
|---|---|---|
| 3/15/2020 | 0 | |
| 3/16/2020 | 0 | |
| 3/17/2020 | 0 | |
| 3/18/2020 | 0 | |
| 3/19/2020 | 0 | |
| 3/20/2020 | 0 | |
| 3/21/2020 | 0 | |
| 3/22/2020 | 0 | |
| 3/23/2020 | 2 | |
| 3/24/2020 | 3 | |
| 3/25/2020 | 17 | |
| 3/26/2020 | 24 | |
| 3/27/2020 | 38 | |
| 3/28/2020 | 89 | |
| 3/29/2020 | 101 | |
| 3/30/2020 | 134 | |
| 3/31/2020 | 159 | |
| 4/1/2020 | 167 | |
| 4/2/2020 | 167 | |
| 4/3/2020 | 210 | |
| 4/4/2020 | 220 | |
| 4/5/2020 | 234 | |
| 4/6/2020 | 230 | 33 |
| 4/7/2020 | 249 | 34 |
| 4/8/2020 | 251 | 31 |
| 4/9/2020 | 276 | 36 |
| 4/10/2020 | 289 | 36 |
| 4/11/2020 | 265 | 39 |
| 4/12/2020 | 274 | 32 |
| 4/13/2020 | 185 | 129 |
| 4/14/2020 | 179 | 144 |
| 4/15/2020 | 181 | 156 |
| 4/16/2020 | 174 | 168 |
| 4/17/2020 | 180 | 170 |