IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons; and JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons<br><br>Plaintiffs-Petitioners,<br><br>v<br><br>THOMAS DART, Sheriff of Cook County,<br><br>Defendant-Respondent | Case No. 20-cv-2134 |

**SUPPLEMENTAL DECLARATION OF MICHAEL MILLER**

I, Michael Miller, pursuant to 28 U.S.C. § 1746, declare as follows:

1. That I am currently employed by the Cook County Sheriff's Office ("CCSO") as the First Assistant Executive Director for the Cook County Department of Corrections ("CCDOC"). I have been employed in this role since 2019 and have worked in CCDOC for over thirty years.

2. I previously executed a sworn Declaration concerning the CCSO's response to the Novel Coronavirus ("COVID-19") pandemic, filed on April 7, 2020 under Dkt. #31-8. Each and all paragraphs under said declaration are incorporated and re-stated herein

3. I am familiar with the Court's order entered April 9, 2020 requiring the CCSO to report to the Court certain steps taken to combat the spread of COVID-19 in the Cook County Department of Corrections ("CCDOC").

**Background**

4. CCDOC is an incredibly complex operation. On a regular day, rotating shifts of correctional officers and supervisory staff across multiple divisions transfer hundreds of detainees to court hearings, medical appointments, court-mandated and supplemental programming, and more. Detainees are provided three meals per day, essential supplies including bedding, uniforms, toothbrushes, and soap. Commissary deliveries are completed and logged. Inmate grievances and medical requests are collected and processed.

5. CCDOC is required to weigh numerous factors while operating the jail. For example, when classifying a detainee and making a housing determination, multiple factors are considered including but not limited to: criminal charge(s), criminal history and incarceration history, the safety of staff and detainees, security requirements for each detainee, correctional disciplinary history, and mental health needs.

6. As of April 17, 2020 the CCDOC detainee population is 4,233. 98 detainees were released from custody on April 16, 2020. There were 13 newly rearrested people remanded from bond court who were not released on bond or released on electronic monitoring.

7. As of April 17, 2020 at 10:00a.m., there are 180 detainees in CCDOC custody who have tested positive for COVID-19 and are assigned to Isolation tiers. 170 detainees have been moved to Convalescent Tiers, as they are recovering from COVID-19.

8. The CCSO has activated emergency staffing provisions of its Collective Bargaining Agreements in order to assign court services deputies to CCDOC operations. Approximately 123 deputies have been assigned to CCDOC as of April 17, 2020.

**Social Distancing**

9. The CCSO has implemented social distancing policies across the CCDOC compound in a variety of ways. We opened previously closed divisions in order to spread housing assignments across more available space, including: Division 4, Division 5, Bootcamp barracks/Mental Health Transition Center, and Division 2 Dorm 1, Dorm 3, and Dorm 4.

10. As explained in my April 7, 2020 declaration, to reduce the potential spread of the virus, we implemented a process to quarantine and isolate tiers, designate them as such and install certain rules as it relates to each.

    a. **Quarantine Tiers** are tiers where new detainees are assigned after intake and housed for the first fourteen days of their stay. In addition, any tier where a detainee develops symptoms of COVID-19 is immediately designated as a Quarantine Tier. The symptomatic detainee is treated and removed from the tier and taken to an Isolation Tier at the direction of medical staff. The remainder of the tier is identified as under Quarantine.
    b. **Isolation Tiers** are tiers designated to house symptomatic detainees and detainees who have tested positive for COVID-19, to receive immediate care and be isolated from the rest of the jail population. Every detainee in an isolation tier has exhibited clear symptoms or has a positive test for COVID-19. However, symptomatic detainees are held in different tiers than known positive COVID detainees.
    c. **Convalescent Tiers** are tiers designated to house detainees recovering from COVID-19, who were moved to Isolation Tiers for treatment after testing positive, but have now tested negative and are in recovery.

11. CCDOC has transitioned 175 tiers across CCDOC to single cell housing. Only 11 tiers currently do not have single cell housing, due to unique mental health needs of those detainees assigned. Cermak Health Services ("Cermak") traditionally makes housing recommendations regarding such mental health needs, where, for example, an individual must be housed in a dorm setting in light of a psychiatric condition. Approximately 2,521 detainees are housed in single cells as of the date of this declaration.

12. As of April 17, 2020, for dormitory housing, we have spread detainees throughout to allow all dorms to be at 50%, aside from RTU and restricted housing. Approximately 684 detainees are currently housed in four dormitories—Division 2 Dorm 1, Dorm 2, Dorm 3, and Dorm 4—so there are approximately 170-200 detainees per dorm that each normally house 900.

13. Since March 20, 2020, the number of detainees who are housed in single cells has increased by 545%. Since March 20, 2020, the number of detainees who are housed in double cells has decreased by 93%. Miller Declaration Exhibit 1.

14. Miller Declaration Exhibit 2 attached shows the number of detainees in each open tier and division housing the general population, and the percentage those tiers were toward capacity on March 15, 2020 compared to April 17, 2020.

15. Miller Declaration Exhibit 3 attached shows the number of detainees in each open tier and division in Cermak Health Services and RTU, and the percentage those tiers were toward capacity on March 15, 2020 and April 17, 2020.

16. On March 15, 2020 there were 144 living units occupied, 27 dorms, and 117 celled tiers. As of April 17, 2929, there are 192 living units occupied, 49 dorms, and 143 celled tiers. This is a 33% overall increase in the occupied living units. As of April 17, 2020, 94% of celled tiers are single celled.

17. Cermak Health Services, RTU, and Division 2 Dorm 1 Tier DIV2-D1-D contain specialized populations that cannot be housed in other areas of the Jail.

18. CCSO has been providing detainees with education on social distancing since late February 2020, through signage and verbal direction. CCSO has emphasized that detainees should maintain 6-feet of distance from each other. During hours out of their cells or bunk beds in dormitories, the detainees may move about as they wish and may maintain separation between themselves.

19. CCDOC is rotating hours detainees may be in common areas, such that only half of all detainees assigned to a tier are released into the dayroom(s) at one time. Provide the opportunity

20. However, these procedures are subject to change in the event of a safety or security incident, such as fights involving multiple detainees. Detainees involved in such incidents may be sent to special management tiers.

21. CCSO administers the electronic monitoring program for detainees who receive electronic monitoring as a condition of bail. The CCSO can sustain the monitoring of approximately XX individuals through the electronic monitoring program. If the CCSO were required to increase the population in this program it would result in a potential risk to public safety.

**Personal Protective Equipment**

22. The CCSO has continued to work diligently to obtain and distribute personal protective equipment ("PPE") across CCDOC. Deliveries of PPE and distribution to staff—and, where appropriate, detainees—are captured and preserved on stationary cameras.

23. As of April 11, 2020, all detainees assigned to Quarantine Tiers are issued a new mask each day.

24. General population detainees have neither known exposures to people with COVID-19 nor symptoms of COVID-19. Therefore, the CDC does not recommend that they use surgical masks. The CCDOC will also provide the general population of detainees with masks for their comfort and for security purposes to avoid any conflicts related to the provision of masks to other detainees on the Quarantine Tiers, as supplies permit.

25. As of the date of this Declaration, CCDOC has inventoried XXX surgical masks and XXX cloth masks. To illustrate, between April 11 and April 13 the Critical Incident Command Center distributed 13,920 surgical masks across the jail compound. In complying with recent changes to CDC guidance, as affirmed by this court's order, we are utilizing 4,700 surgical masks for detainees per day. We expect to exhaust this supply, at its current rate, on June 7, 2020.

I, Michael Miller, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this 17th day of April 2020.

*/s/ Michael Miller*

# Miller Declaration Exhibit 1



|  | 3/20/20 at 4am | 4/17/20 at 4pm | % Change |
|---|---|---|---|
| Single Celled | 391 | 2,521 | 545% |
| Double Celled | 3,906 | 260 | -93% |
| Housed in Dorm | 1,257 | 1,231 | -2% |
| Housed in Boot Camp | 0 | 172 | n/a |
| Hospitalized | 11 | 27 | 145% |
| Confined Total | 5,565 | 4,211 | -24% |

# Miller Declaration Exhibit 2

| Division | Facility | Tier | Capacity | Occupancy as of 3/15/2020 | Occupancy as of 4/17/2020 | Percent Occupied as of 3/15/2020 | Percent Occupied as of 7/17/2020 | Tier Type | First Quarantine | Projected End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | Division 10 | DIV10-1A | 48 | 48 | 24 | 100% | 50% | | | |
| 10 | Division 10 | DIV10-1B | 48 | 46 | 24 | 96% | 50% | | | |
| 10 | Division 10 | DIV10-2A | 48 | 44 | 24 | 92% | 50% | | | |
| 10 | Division 10 | DIV10-2B | 48 | 0 | 24 | closed | 50% | | | |
| 10 | Division 10 | DIV10-2C | 48 | 46 | 24 | 96% | 50% | | | |
| 10 | Division 10 | DIV10-2D | 48 | 48 | 24 | 100% | 50% | | | |
| 10 | Division 10 | DIV10-3A | 48 | 47 | 24 | 98% | 50% | | | |
| 10 | Division 10 | DIV10-3B | 48 | 45 | 24 | 94% | 50% | | | |
| 10 | Division 10 | DIV10-3D | 48 | 43 | 23 | 90% | 48% | | | |
| 10 | Division 10 | DIV10-4A | 48 | 46 | 24 | 96% | 50% | | | |
| 10 | Division 10 | DIV10-4B | 48 | 47 | 24 | 98% | 50% | | | |
| 10 | Division 10 | DIV10-4C | 48 | 48 | 24 | 100% | 50% | | | |
| 10 | Division 10 | DIV10-4D | 48 | 48 | 23 | 100% | 48% | | | |
| 11 | Division 11 | DIV11-AA | 48 | 42 | 22 | 88% | 46% | | | |
| 11 | Division 11 | DIV11-AB | 48 | 48 | 24 | 100% | 50% | | | |
| 11 | Division 11 | DIV11-AC | 48 | 46 | 20 | 96% | 42% | | | |
| 11 | Division 11 | DIV11-AD | 48 | 48 | 23 | 100% | 48% | | | |
| 11 | Division 11 | DIV11-AF | 48 | 45 | 21 | 94% | 44% | | | |
| 11 | Division 11 | DIV11-BB | 48 | 39 | 20 | 81% | 42% | | | |
| 11 | Division 11 | DIV11-BC | 48 | 44 | 20 | 92% | 42% | | | |
| 11 | Division 11 | DIV11-BD | 48 | 42 | 21 | 88% | 44% | | | |
| 11 | Division 11 | DIV11-BF | 48 | 48 | 23 | 100% | 48% | | | |
| 11 | Division 11 | DIV11-BG | 48 | 45 | 23 | 94% | 48% | | | |
| 11 | Division 11 | DIV11-BJ | 48 | 47 | 23 | 98% | 48% | | | |
| 11 | Division 11 | DIV11-CC | 48 | 47 | 24 | 98% | 50% | | | |
| 11 | Division 11 | DIV11-CH | 48 | 48 | 22 | 100% | 46% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-A | 48 | 38 | 13 | 79% | 27% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-B | 48 | 0 | 8 | closed | 17% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-C | 48 | 0 | 18 | closed | 38% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-D | 48 | 0 | 39 | closed | 81% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-E | 48 | 0 | 22 | closed | 46% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-F | 48 | 0 | 24 | closed | 50% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-G | 48 | 0 | 19 | closed | 40% | | | |
| 2 | Division 2 Dorm 1 | DIV2-D1-H | 48 | 0 | 24 | closed | 50% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-M | 48 | 0 | 15 | closed | 31% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-O | 48 | 41 | 15 | 85% | 31% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-P | 44 | 44 | 17 | 100% | 39% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-S | 44 | 0 | 15 | closed | 34% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-T | 48 | 0 | 18 | closed | 38% | | | |
| 2 | Division 2 Dorm 2 | DIV2-D2-V | 48 | 1 | 13 | 2% | 27% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-AA | 44 | 18 | 20 | 41% | 45% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-BB | 48 | 0 | 22 | closed | 46% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-CC | 48 | 0 | 0 | closed | closed | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-EE | 48 | 0 | 21 | closed | 44% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-FF | 48 | 0 | 19 | closed | 40% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-GG | 48 | 0 | 22 | closed | 46% | | | |
| 2 | Division 2 Dorm 3 | DIV2-D3-HH | 48 | 0 | 10 | closed | 21% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-LL | 54 | 52 | 21 | 96% | 39% | | | |

| Division | Facility | Tier | Capacity | Occupancy as of 3/15/2020 | Occupancy as of 4/17/2020 | Percent Occupied as of 3/15/2020 | Percent Occupied as of 7/17/2020 | Tier Type | First Quarantine | Projected End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Division 2 Dorm 4 | DIV2-D4-LU | 54 | 43 | 1 | 80% | 2% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-ML | 50 | 49 | 15 | 98% | 30% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-MU | 50 | 44 | 11 | 88% | 22% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-NL | 63 | 54 | 10 | 86% | 16% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-NU | 63 | 51 | 9 | 81% | 14% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-OL | 48 | 34 | 24 | 71% | 50% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-OU | 48 | 0 | 0 | closed | closed | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-PL | 40 | 20 | 19 | 50% | 48% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-PU | 40 | 19 | 18 | 48% | 45% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-QL | 50 | 0 | 24 | closed | 48% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-QU | 50 | 0 | 0 | closed | closed | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-RL | 37 | 0 | 26 | closed | 70% | | | |
| 2 | Division 2 Dorm 4 | DIV2-D4-RU | 37 | 0 | 0 | closed | closed | | | |
| 4 | Division 4 | DIV4-I1 | 48 | 0 | 24 | closed | 50% | | | |
| 4 | Division 4 | DIV4-J1 | 48 | 0 | 21 | closed | 44% | | | |
| 4 | Division 4 | DIV4-K1 | 40 | 0 | 16 | closed | 40% | | | |
| 4 | Division 4 | DIV4-L1 | 40 | 0 | 0 | closed | closed | | | |
| 4 | Division 4 | DIV4-L2 | 40 | 0 | 18 | closed | 45% | | | |
| 4 | Division 4 | DIV4-M1 | 40 | 0 | 0 | closed | closed | | | |
| 4 | Division 4 | DIV4-N2 | 40 | 0 | 14 | closed | 35% | | | |
| 4 | Division 4 | DIV4-P1 | 48 | 0 | 18 | closed | 38% | | | |
| 4 | Division 4 | DIV4-P2 | 48 | 0 | 24 | closed | 50% | | | |
| 4 | Division 4 | DIV4-Q1 | 48 | 0 | 20 | closed | 42% | | | |
| 4 | Division 4 | DIV4-Q2 | 48 | 0 | 22 | closed | 46% | | | |
| 5 | Division 5 | DIV5-1A | 44 | 0 | 21 | closed | 48% | | | |
| 5 | Division 5 | DIV5-1B | 40 | 0 | 19 | closed | 48% | | | |
| 5 | Division 5 | DIV5-1E | 40 | 0 | 0 | closed | closed | | | |
| 5 | Division 5 | DIV5-1G | 44 | 0 | 0 | closed | closed | | | |
| 5 | Division 5 | DIV5-1H | 40 | 0 | 16 | closed | 40% | | | |
| 5 | Division 5 | DIV5-1J | 40 | 0 | 11 | closed | 28% | | | |
| 5 | Division 5 | DIV5-1K | 40 | 0 | 18 | closed | 45% | | | |
| 5 | Division 5 | DIV5-1L | 40 | 0 | 19 | closed | 48% | | | |
| 5 | Division 5 | DIV5-2A | 44 | 0 | 5 | closed | 11% | | | |
| 5 | Division 5 | DIV5-2B | 40 | 25 | 0 | 63% | closed | | | |
| 5 | Division 5 | DIV5-2C | 40 | 0 | 0 | closed | closed | | | |
| 5 | Division 5 | DIV5-2F | 44 | 26 | 15 | 59% | 34% | | | |
| 5 | Division 5 | DIV5-2G | 44 | 7 | 0 | 16% | closed | | | |
| 5 | Division 5 | DIV5-2H | 40 | 0 | 0 | closed | closed | | | |
| 5 | Division 5 | DIV5-2J | 40 | 0 | 0 | closed | closed | | | |
| 5 | Division 5 | DIV5-2K | 40 | 0 | 0 | closed | closed | | | |
| 5 | Division 5 | DIV5-2M | 44 | 43 | 14 | 98% | 32% | | | |
| 6 | Division 6 | DIV6-1A | 40 | 38 | 18 | 95% | 45% | | | |
| 6 | Division 6 | DIV6-1B | 44 | 43 | 22 | 98% | 50% | | | |
| 6 | Division 6 | DIV6-1C | 44 | 44 | 22 | 100% | 50% | | | |
| 6 | Division 6 | DIV6-1D | 40 | 40 | 20 | 100% | 50% | | | |
| 6 | Division 6 | DIV6-1H | 40 | 35 | 20 | 88% | 50% | | | |
| 6 | Division 6 | DIV6-1J | 40 | 0 | 19 | closed | 48% | | | |
| 6 | Division 6 | DIV6-1L | 44 | 44 | 22 | 100% | 50% | | | |

| Division | Facility | Tier | Capacity | Occupancy as of 3/15/2020 | Occupancy as of 4/17/2020 | Percent Occupied as of 3/15/2020 | Percent Occupied as of 7/17/2020 | Tier Type | First Quarantine | Projected End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Division 6 | DIV6-1N | 44 | 44 | 22 | 100% | 50% | | | |
| 6 | Division 6 | DIV6-1P | 40 | 38 | 20 | 95% | 50% | | | |
| 6 | Division 6 | DIV6-1Q | 40 | 39 | 19 | 98% | 48% | | | |
| 6 | Division 6 | DIV6-1R | 40 | 37 | 20 | 93% | 50% | | | |
| 6 | Division 6 | DIV6-2B | 44 | 44 | 21 | 100% | 48% | | | |
| 6 | Division 6 | DIV6-2C | 44 | 44 | 22 | 100% | 50% | | | |
| 6 | Division 6 | DIV6-2D | 40 | 40 | 19 | 100% | 48% | | | |
| 6 | Division 6 | DIV6-2H | 40 | 40 | 20 | 100% | 50% | | | |
| 6 | Division 6 | DIV6-2J | 40 | 40 | 21 | 100% | 53% | | | |
| 6 | Division 6 | DIV6-2K | 40 | 40 | 20 | 100% | 50% | | | |
| 6 | Division 6 | DIV6-2L | 44 | 43 | 22 | 98% | 50% | | | |
| 6 | Division 6 | DIV6-2N | 44 | 43 | 22 | 98% | 50% | | | |
| 6 | Division 6 | DIV6-2P | 40 | 40 | 20 | 100% | 50% | | | |
| 6 | Division 6 | DIV6-2Q | 40 | 40 | 24 | 100% | 60% | | | |
| 6 | Division 6 | DIV6-2R | 40 | 38 | 25 | 95% | 63% | | | |
| 9 | Division 9 | DIV9-1A | 44 | 44 | 19 | 100% | 43% | | | |
| 9 | Division 9 | DIV9-1B | 44 | 44 | 22 | 100% | 50% | | | |
| 9 | Division 9 | DIV9-1D | 44 | 39 | 18 | 89% | 41% | | | |
| 9 | Division 9 | DIV9-1E | 44 | 35 | 19 | 80% | 43% | | | |
| 9 | Division 9 | DIV9-1F | 44 | 15 | 21 | 34% | 48% | | | |
| 9 | Division 9 | DIV9-1G | 44 | 34 | 22 | 77% | 50% | | | |
| 9 | Division 9 | DIV9-2A | 44 | 44 | 22 | 100% | 50% | | | |
| 9 | Division 9 | DIV9-2B | 44 | 43 | 19 | 98% | 43% | | | |
| 9 | Division 9 | DIV9-2D | 44 | 44 | 22 | 100% | 50% | | | |
| 9 | Division 9 | DIV9-2E | 44 | 37 | 37 | 84% | 84% | | | |
| 9 | Division 9 | DIV9-2F | 44 | 32 | 20 | 73% | 45% | | | |
| 9 | Division 9 | DIV9-2G | 44 | 0 | 22 | closed | 50% | | | |
| 9 | Division 9 | DIV9-3A | 44 | 42 | 22 | 95% | 50% | | | |
| 9 | Division 9 | DIV9-3B | 44 | 43 | 22 | 98% | 50% | | | |
| 9 | Division 9 | DIV9-3C | 44 | 43 | 22 | 98% | 50% | | | |
| 9 | Division 9 | DIV9-3E | 44 | 21 | 22 | 48% | 50% | | | |
| 9 | Division 9 | DIV9-3G | 44 | 43 | 22 | 98% | 50% | | | |
| 9 | Division 9 | DIV9-3H | 44 | 43 | 21 | 98% | 48% | | | |
| 9 | Division 9 | DIV9-LI | 10 | 1 | 1 | 10% | 10% | | | |
| 10 | Division 10 | DIV10-1C | 48 | 47 | 24 | 98% | 50% | Quarantine | 4/9/2020 16:26 | 5/1/2020 |
| 10 | Division 10 | DIV10-1D | 48 | 45 | 22 | 94% | 46% | Quarantine | 4/16/2020 19:59 | 4/30/2020 |
| 10 | Division 10 | DIV10-3C | 48 | 47 | 20 | 98% | 42% | Quarantine | 3/31/2020 18:10 | 4/30/2020 |
| 11 | Division 11 | DIV11-AG | 48 | 47 | 24 | 98% | 50% | Quarantine | 3/31/2020 15:30 | 4/29/2020 |
| 11 | Division 11 | DIV11-AH | 48 | 47 | 24 | 98% | 50% | Quarantine | 4/12/2020 11:29 | 5/1/2020 |
| 11 | Division 11 | DIV11-AJ | 48 | 47 | 23 | 98% | 48% | Quarantine | 4/9/2020 6:55 | 5/1/2020 |
| 11 | Division 11 | DIV11-BA | 48 | 48 | 24 | 100% | 50% | Quarantine | 4/15/2020 11:59 | 5/1/2020 |
| 11 | Division 11 | DIV11-BH | 48 | 46 | 24 | 96% | 50% | Quarantine | 4/13/2020 7:59 | 4/30/2020 |
| 11 | Division 11 | DIV11-CA | 48 | 48 | 24 | 100% | 50% | Quarantine | 4/10/2020 21:59 | 4/30/2020 |
| 11 | Division 11 | DIV11-CB | 48 | 48 | 24 | 100% | 50% | Quarantine | 3/31/2020 17:48 | 4/27/2020 |
| 11 | Division 11 | DIV11-CD | 48 | 47 | 24 | 98% | 50% | Quarantine | 3/26/2020 12:42 | 4/24/2020 |
| 11 | Division 11 | DIV11-CF | 48 | 48 | 24 | 100% | 50% | Quarantine | 3/26/2020 12:13 | 4/30/2020 |
| 11 | Division 11 | DIV11-CG | 48 | 48 | 24 | 100% | 50% | Quarantine | 4/9/2020 7:26 | 4/30/2020 |
| 11 | Division 11 | DIV11-CJ | 48 | 48 | 30 | 100% | 63% | Quarantine | 3/31/2020 7:21 | 4/29/2020 |

| Division | Facility | Tier | Capacity | Occupancy as of 3/15/2020 | Occupancy as of 4/17/2020 | Percent Occupied as of 3/15/2020 | Percent Occupied as of 7/17/2020 | Tier Type | First Quarantine | Projected End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Division 11 | DIV11-DA | 48 | 47 | 24 | 98% | 50% | Quarantine | 3/31/2020 18:07 | 4/27/2020 |
| 11 | Division 11 | DIV11-DB | 48 | 47 | 24 | 98% | 50% | Quarantine | 4/7/2020 14:57 | 5/1/2020 |
| 11 | Division 11 | DIV11-DC | 48 | 47 | 24 | 98% | 50% | Quarantine | 4/9/2020 9:30 | 5/1/2020 |
| 11 | Division 11 | DIV11-DD | 48 | 47 | 23 | 98% | 48% | Quarantine | 3/29/2020 9:02 | 5/1/2020 |
| 11 | Division 11 | DIV11-DF | 48 | 45 | 24 | 94% | 50% | Quarantine | 4/10/2020 0:59 | 4/27/2020 |
| 11 | Division 11 | DIV11-DG | 48 | 46 | 24 | 96% | 50% | Quarantine | 4/9/2020 9:30 | 4/30/2020 |
| 11 | Division 11 | DIV11-DH | 48 | 47 | 24 | 98% | 50% | Quarantine | 4/13/2020 6:43 | 4/27/2020 |
| 11 | Division 11 | DIV11-DJ | 48 | 46 | 24 | 96% | 50% | Quarantine | 4/13/2020 6:36 | 4/29/2020 |
| 2 | Division 2 Dorm 2 | DIV2-D2-N | 48 | 0 | 23 | closed | 48% | Quarantine | 4/4/2020 21:29 | 4/30/2020 |
| 2 | Division 2 Dorm 2 | DIV2-D2-R | 48 | 0 | 24 | closed | 50% | Quarantine | 4/3/2020 6:51 | 4/30/2020 |
| 2 | Division 2 Dorm 2 | DIV2-D2-U | 44 | 0 | 19 | closed | 43% | Quarantine | 4/8/2020 10:30 | 4/30/2020 |
| 2 | Division 2 Dorm 2 | DIV2-D2-W | 44 | 0 | 25 | closed | 57% | Quarantine | 4/15/2020 17:53 | 5/1/2020 |
| 2 | Division 2 Dorm 3 | DIV2-D3-DD | 48 | 0 | 22 | closed | 46% | Quarantine | 4/15/2020 19:29 | 4/30/2020 |
| 2 | Division 2 Dorm 3 | DIV2-D3-JJ | 48 | 0 | 19 | closed | 40% | Quarantine | 4/4/2020 17:59 | 4/25/2020 |
| 4 | Division 4 | DIV4-I2 | 48 | 0 | 16 | closed | 33% | Quarantine | 4/16/2020 15:59 | 4/30/2020 |
| 4 | Division 4 | DIV4-J2 | 48 | 0 | 9 | closed | 19% | Quarantine | 4/15/2020 12:29 | 5/1/2020 |
| 4 | Division 4 | DIV4-K2 | 40 | 0 | 15 | closed | 38% | Quarantine | 4/9/2020 20:59 | 4/23/2020 |
| 4 | Division 4 | DIV4-M2 | 40 | 0 | 14 | closed | 35% | Quarantine | 4/15/2020 17:11 | 4/29/2020 |
| 4 | Division 4 | DIV4-N1 | 40 | 0 | 16 | closed | 40% | Quarantine | 4/9/2020 11:59 | 4/23/2020 |
| 5 | Division 5 | DIV5-1C | 40 | 3 | 18 | 8% | 45% | Quarantine | 4/2/2020 12:00 | 4/30/2020 |
| 5 | Division 5 | DIV5-1D | 40 | 0 | 17 | closed | 43% | Quarantine | 4/15/2020 19:59 | 4/30/2020 |
| 5 | Division 5 | DIV5-1F | 44 | 0 | 17 | closed | 39% | Quarantine | 4/6/2020 12:00 | 4/30/2020 |
| 5 | Division 5 | DIV5-1M | 44 | 0 | 20 | closed | 45% | Quarantine | 4/6/2020 1:00 | 4/30/2020 |
| 5 | Division 5 | DIV5-2D | 40 | 25 | 9 | 63% | 23% | Quarantine | 4/4/2020 13:31 | 4/28/2020 |
| 5 | Division 5 | DIV5-2E | 40 | 19 | 14 | 48% | 35% | Quarantine | 4/3/2020 20:30 | 4/25/2020 |
| 5 | Division 5 | DIV5-2L | 40 | 36 | 16 | 90% | 40% | Quarantine | 4/9/2020 8:03 | 4/26/2020 |
| 6 | Division 6 | DIV6-1K | 40 | 34 | 20 | 85% | 50% | Quarantine | 3/26/2020 23:59 | 4/30/2020 |
| 6 | Division 6 | DIV6-2A | 40 | 40 | 20 | 100% | 50% | Quarantine | 3/31/2020 14:01 | 4/30/2020 |
| 9 | Division 9 | DIV9-1C | 44 | 41 | 23 | 93% | 52% | Quarantine | 4/9/2020 7:17 | 4/26/2020 |
| 9 | Division 9 | DIV9-1H | 44 | 38 | 20 | 86% | 45% | Quarantine | 4/15/2020 7:15 | 4/29/2020 |
| 9 | Division 9 | DIV9-2C | 44 | 44 | 24 | 100% | 55% | Quarantine | 4/9/2020 16:23 | 4/23/2020 |
| 9 | Division 9 | DIV9-2H | 44 | 37 | 12 | 84% | 27% | Quarantine | 4/3/2020 11:29 | 4/21/2020 |
| 9 | Division 9 | DIV9-3D | 44 | 41 | 29 | 93% | 66% | Quarantine | 3/29/2020 8:45 | 4/30/2020 |
| 9 | Division 9 | DIV9-3F | 44 | 0 | 22 | closed | 50% | Quarantine | 4/15/2020 22:30 | 4/30/2020 |
| Hospital | Hospital | Hospital | n/a | 13 | 27 | n/a | n/a | | | |
| Outside Counties | Outside Counties | Outside Counties | n/a | 8 | 8 | n/a | n/a | | | |

# Miller Declaration Exhibit 3

| Division | Facility | Tier | Capacity | Occupancy as if 3/15/2020 | Occupancy as of 4/17/2020 | Percent Occupied as of 3/15/2020 | Percent Occupied as of 4/17/2020 | Tier Type | First Quarantine | Projected End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 8 | Division 8 Cermak | DIV8-2E | n/a | 14 | 13 | n/a | n/a | | | |
| 8 | Division 8 Cermak | DIV8-2N | 24 | 27 | 4 | 113% | 17% | | | |
| 8 | Division 8 Cermak | DIV8-2S | 26 | 29 | 23 | 112% | 88% | | | |
| 8 | Division 8 Cermak | DIV8-2W | 20 | 12 | 11 | 60% | 55% | | | |
| 8 | Division 8 Cermak | DIV8-3E | 12 | 6 | 3 | 50% | 25% | Isolation | | 4/24/2020 |
| 8 | Division 8 Cermak | DIV8-3N | 20 | 14 | 14 | 70% | 70% | | | |
| 8 | Division 8 Cermak | DIV8-3S | 14 | 12 | 4 | 86% | 29% | Isolation | 3/28/2020 3:00 | 4/30/2020 |
| 8 | Division 8 Cermak | DIV8-3W | 20 | 14 | 11 | 70% | 55% | Isolation | 3/30/2020 19:00 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-2A | 20 | 10 | 8 | 50% | 40% | | | |
| 8 RTU | Division 08 RTU | DIV08-2B | 39 | 21 | 12 | 54% | 31% | Quarantine | 4/16/2020 19:00 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-2E | 20 | 18 | 10 | 90% | 50% | Isolation | 3/25/2020 19:59 | 5/1/2020 |
| 8 RTU | Division 08 RTU | DIV08-2F | 39 | 32 | 38 | 82% | 97% | | | |
| 8 RTU | Division 08 RTU | DIV08-2G | 39 | 28 | 39 | 72% | 100% | | | |
| 8 RTU | Division 08 RTU | DIV08-3A | 20 | 18 | 7 | 90% | 35% | Isolation | 3/26/2020 18:29 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-3B | 39 | 39 | 22 | 100% | 56% | Quarantine | 4/7/2020 12:30 | 4/23/2020 |
| 8 RTU | Division 08 RTU | DIV08-3C | 39 | 38 | 38 | 97% | 97% | Isolation | 3/25/2020 15:41 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-3D | 39 | 39 | 39 | 100% | 100% | Isolation | 3/25/2020 21:00 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-3E | 20 | 16 | 6 | 80% | 30% | Isolation | 3/25/2020 23:59 | 5/1/2020 |
| 8 RTU | Division 08 RTU | DIV08-3F | 39 | 39 | 28 | 100% | 72% | Quarantine | 3/31/2020 17:59 | 4/25/2020 |
| 8 RTU | Division 08 RTU | DIV08-3G | 39 | 38 | 24 | 97% | 62% | Quarantine | 3/31/2020 12:59 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-3H | 39 | 39 | 35 | 100% | 90% | Quarantine | 3/31/2020 9:41 | 5/1/2020 |
| 8 RTU | Division 08 RTU | DIV08-4A | 20 | 16 | 14 | 80% | 70% | | | |
| 8 RTU | Division 08 RTU | DIV08-4B | 39 | 11 | 20 | 28% | 51% | Quarantine | 4/2/2020 20:00 | 4/29/2020 |
| 8 RTU | Division 08 RTU | DIV08-4C | 39 | 39 | 37 | 100% | 95% | | | |
| 8 RTU | Division 08 RTU | DIV08-4D | 39 | 38 | 20 | 97% | 51% | | | |
| 8 RTU | Division 08 RTU | DIV08-4E | 20 | 12 | 5 | 60% | 25% | Isolation | 3/26/2020 11:30 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-4F | 39 | 38 | 31 | 97% | 79% | Quarantine | 4/1/2020 20:01 | 5/1/2020 |
| 8 RTU | Division 08 RTU | DIV08-4G | 39 | 38 | 27 | 97% | 69% | Quarantine | 4/8/2020 11:29 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-4H | 39 | 39 | 28 | 100% | 72% | Quarantine | 3/31/2020 12:27 | 5/1/2020 |
| 8 RTU | Division 08 RTU | DIV08-5A | 20 | 12 | 7 | 60% | 35% | | | |
| 8 RTU | Division 08 RTU | DIV08-5B | 39 | 36 | 25 | 92% | 64% | | | |
| 8 RTU | Division 08 RTU | DIV08-5C | 39 | 10 | 17 | 26% | 44% | Isolation | 4/4/2020 13:00 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-5D | 39 | 28 | 11 | 72% | 28% | | | |
| 8 RTU | Division 08 RTU | DIV08-5E | 20 | 9 | 2 | 45% | 10% | Isolation | 3/30/2020 20:30 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-5F | 39 | 38 | 22 | 97% | 56% | Quarantine | 4/9/2020 0:59 | 4/30/2020 |
| 8 RTU | Division 08 RTU | DIV08-5G | 39 | 23 | 9 | 59% | 23% | | | |
| 8 RTU | Division 08 RTU | DIV08-5H | 39 | 36 | 29 | 92% | 74% | Quarantine | 4/3/2020 20:30 | 4/27/2020 |
| Boot Camp | Boot Camp | Boot Camp | 500 | 0 | 172 | closed | 34% | Isolation | 3/30/2020 20:30 | 5/1/2020 |