# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons; and JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons,

    Plaintiffs-Petitioners,

v.

THOMAS J. DART, Sheriff of Cook County,

    Defendant-Respondent.

Case No. 1:20-cv-2134

The Hon. Matthew F. Kennelly
Emergency Judge

The Hon. Robert Gettleman
Presiding Judge

| Exhibit | Description |
|---|---|
| A | Declaration of Dr. Homer Venters |
| B | Declaration of Dr. Amir Moheb Mohareb |
| C | Declaration of Dr. Laura Rasmussin-Torvik |
| D | Declarations of Cook County Jail Detainees Bryant Blake, Kevin Watson, Charles Bocock, Javier Montanez, Jeffrey Ferguson, Dominick Wing, Lamonte Powell, Dante McGee, Eric Blake, Deon Baker, Michael Jorgensen, Isaac Correcillias-Correa, and Joshua Barbee |
| E | *Basank, et al. v. Decker, et al.*, No. 20 C 2518, Dkt. 11 (S.D.N.Y. Mar. 26, 2020); and *Flores, et al. v. Barr, et al.*, No. 85 C 4544, Dkt. 740 (C.D. Cal. Mar. 28, 2020) |
| F | *Savino, et al. v. Souza*, No. 20 C 10617, Dkt. 44-45 (D. Mass. Apr. 4, 2020); Dkt. 77 (D. Mass. Apr. 10, 2020); and Dkt. 86 (D. Mass. Apr. 15, 2020) |