# EXHIBIT C

<u>Declaration of Laura Rasmussen-Torvik, PhD, MPH</u>

1. My name is Laura Rasmussen-Torvik.   I am the Chief of Epidemiology in the Department of Preventive Medicine at Northwestern University.  I have a PhD in Epidemiology and have held a faculty position at Northwestern for over 10 years.  My CV is attached to this declaration.

2. I was asked by Plaintiffs' counsel in *Mays v. Dart* to review daily counts of  positive COVID-19 detainees in isolation and convalescent detainees in recovery at the Cook County jail to comment on COVID-19 transmission and trends at the Cook County jail. However, I am unable to comment on these topics based on these statistics alone.

3. We cannot truly understand trends only by looking at daily cumulative confirmed case counts—which are typically presented in aggregate and not broken down into those in isolation and recovery (or positive and "no longer positive" as presented on the Cook County Sheriff's office website https://www.cookcountysheriff.org/covid-19-cases-at-ccdoc/ ).  In order to begin to understand trends in COVID-19 in a location, we need to understand how many tests are conducted each day, and how many of these tests are positive each day.  The less testing you do on a given day, the fewer positive tests you will have; however, this does not necessarily indicate that there are fewer cases of disease presenting in the population on that day.

4. For the Cook County Jail, it is important to provide this information both for detainees and correctional officers.  Per the Cook County Sheriff's website on April 18, it appears that cumulatively 445 detainees have been tested for COVID-19 and 350 have tested positive—a positive test result rate of over 78%.   Per the Illinois Department of Health on April 18 in all of Illinois (https://www.dph.illinois.gov/covid19/covid19-statistics), 137,404 COVID-19 tests had been performed with 29,160 results—a positive rate of 21%.

5. At a press conference about COVID-19 on March 30th, Michael Ryan, executive director of the WHO Health Emergencies Program, stated that "If 80-90% of the people test positive, you are probably missing a lot of cases," and "we would certainly like to see countries testing at the level of ten negative tests to one positive, as a general benchmark of a system that's doing enough testing to pick up all cases."

6. To understand the trends at the Cook County Jail, it is also necessary to understand how "no longer positive" detainees or "convalescent" detainees are classified.   The CDC does not use the terms "no longer positive" or "convalescent", but instead provides guidance about when people who have tested positive can discontinue isolation based on a) test based or b) symptom based strategy.  https://www.cdc.gov/coronavirus/2019-ncov/hcp/disposition-in-home-patients.html

7. Because of both widespread issues with access to testing and the lengthy clinical course of COVID-19 (particularly in more severe cases), in addition to daily tests and positive tests, health departments are tracking the number of COVID-19+ patients (as well as

COVID-19 "persons under investigation" or PUI) who are (1) hospitalized but not in the ICU and (2) who are hospitalized in the ICU, in order to understand disease trends.

8. On April 18, the Illinois Department of Health reported 3,148 total COVID + PUI in hospitals but not in the ICU, and 1,192 COVID + PUI patients in the ICU (https://www.dph.illinois.gov/covid19/hospitalization-utilization) across Illinois. To understand COVID-19 trends at the Cook County Jail it would be important to know daily counts of the number of detainees hospitalized (including in the hospital facilities on the premises of the Jail) and the number requiring ICU care.

9. Given recent evidence of spread of COVID-19 from people without any symptoms (https://www.cdc.gov/mmwr/volumes/69/wr/mm6914e1.htm) it is critical that all Illinoisans continue to practice social distancing, remaining 6 feet apart, practicing appropriate hand hygiene, and utilizing cloth masks whenever possible in order to control the spread of this disease.

I declare under penalty of perjury that the foregoing information I have provided is true and correct to the best of my knowledge, information, memory, and belief.

April 19, 2020                          /s/ Laura Rasmussen-Torvik
Evanston, Illinois                      Laura Rasmussen-Torvik

1/2/20

**Laura J. Rasmussen-Torvik, PhD, MPH, FAHA**

Business Address: 680 N. Lake Shore Drive, Suite 1400, Chicago, IL, 60611
Business Phone: 312-503-3596
Email: ljrtorvik@northwestern.edu

**EDUCATION**
College
- AB, Dartmouth College, Biogenetics (History minor), 2000

**TRAINING**
- MPH, University of Minnesota School of Public Health, Epidemiology, 2004
- PhD, University of Minnesota, Epidemiology (Genetics minor), 2007
- Post-Doctoral Fellowship, University of Minnesota, Cardiovascular Disease Epidemiology, 2010

**ACADEMIC APPOINTMENTS**
- Chief, Division of Epidemiology, Department of Preventive Medicine, Northwestern University Feinberg School of Medicine, 2019-present
- Associate Professor, Department of Preventive Medicine, Northwestern University Feinberg School of Medicine, 2019-present
  - Division of Epidemiology (primary appointment)
  - Division of Health and Biomedical Informatics (secondary appointment)
  - Division of Public Health Practice (secondary appointment)
- Assistant Professor, Department of Preventive Medicine, Northwestern University Feinberg School of Medicine, 2010-2019
  - Division of Epidemiology (primary appointment)
  - Division of Health and Biomedical Informatics (secondary appointment)
  - Division of Public Health Practice (secondary appointment)
- Member, Center for Genetic Medicine, Northwestern University Feinberg School of Medicine, 2010-present
- MPH Concentration Director, Northwestern University Feinberg School of Medicine, 2015-2017
- Member, Center for Education in the Health Sciences, Northwestern University Feinberg School of Medicine, 2015-present

**HONORS AND AWARDS**
A. Elected Society Memberships
- Phi Beta Kappa, Dartmouth College, 2000
- FAHA, American Heart Association, 2014

B. International/National/Regional
- US Public Health Service Traineeship, 2002-2003

C. University
- Center for Diabetes Research Travel Award, University of Minnesota, 2008
- Feinberg School of Medicine, Outstanding Teacher, 2017
- Program in Public Health, Teaching Excellence Award, 2017 and 2018

**INSTITUTIONAL SERVICE** (Committees, Councils, Task Forces)
  A. University
  - KL2 Training Grant Executive Committee, Northwestern University, 2015-present

  B. School
  - NUgene Core Committee, Northwestern University Feinberg School of Medicine, 2010-present
  - Junior Faculty Research Advisory Council, Northwestern University Feinberg School of Medicine 2011-2015
  - MSEB Evaluation and Examination Committee, Northwestern University Feinberg School of Medicine 2011-2017 (co-chair 2011-2014)
  - Research Cores Committee, Northwestern University Feinberg School of Medicine 2013-2016
  - MPH Executive Committee, Northwestern University Feinberg School of Medicine, 2014-present

  C. Department
  - Department Executive Committee, Northwestern University Feinberg School of Medicine Department of Preventive Medicine, 2019-present

**COMMUNITY / PUBLIC SERVICE**
  - Northwestern Medicine Scholars Program at Westinghouse Prep, 2012
  - Jump Rope for Heart (AHA), Evanston, IL, 2016

**PARTICIPATION IN PROFESSIONAL SOCIETIES AND EXTRAMURAL ORGANIZATIONS**
  A. Professional Society Memberships
  - AHA, Council on Epidemiology and Prevention, 2005-present
  - AHA, Council in Functional Genomics and Translational Biology, 2010-present
  - Society for Epidemiologic Research, 2012-present
  - International Genetic Epidemiology Society, 2016-present

  B. Leadership and Service (leadership positions held, committee service, etc.)
  - Member, Early Career Committee of the AHA Epidemiology and Prevention, 2012-2014
  - Early Career Representative, AHA Epidemiology and Prevention Council Publications Committee, 2012-2014
  - Member, Molecular Determinants of Cardiovascular Health Joint Committee of the Functional Genomics and Translational Biology and Epidemiology and Prevention Councils, 2015-present
  - Member, AHA Epidemiology and Prevention Council Membership Committee, 2016-present

**EDITORIAL AND MANUSCRIPT REVIEW RESPONSIBILITIES**
  - Journal Statistics and Methods Reviewer: *JAMA Open*
  - Journal Manuscript Reviewer: *Circulation, Annals of Human Genetics, American Journal of Cardiology, Obesity, Arthritis and Rheumatism, Metabolism: Clinical and Experimental, Translational Research, Cancer Epidemiology, Biomarkers, and Prevention, JAMA, American Journal of Epidemiology, Circulation: Cardiovascular Genetics, Diabetes, Cardiology, Hypertension, International Journal of Obesity, PLOS Genetics, PLOS Medicine, PLOS One, BMC Medical Genomics, Diabetes Care*
  - Internal Manuscript Reviewer: ARIC, MESA, CARDIA, and CHS Studies
  - Abstract Reviewer: American Heart Association, Society for Epidemiologic Research, American Diabetes Association, Association for Clinical and Translational Science

**GRANT REVIEW RESPONSIBILITIES**
  - Early Career Reviewer, NIH CASE Study Section, February 2014
  - Study Section Member, AHA GTOE Pop1 Study Section, 2016
  - Study Section Member, AHA, Precision Medicine Artificial Intelligence and Machine Learning, 2019

**GRANT AWARDS AND CLINICAL TRIALS**

    A.  Current

- Agency:  American Heart Association
ID: 19SFRN34850101
Title: Integration of genomics into clinical care for SCD
PI:  Rasmussen-Torvik
Effort: 1.8 Calendar
Current Year Direct Cost: $181,890
Project Total Costs: $880,000
Project Period:  07/01/2019 - 06/30/2023

- Agency: National Center for Chronic Disease Prev. and Health Promotion
ID: U18DP006120
Title: Effect of ACA Medicaid Expansion on Diabetes: Diagnosis, Treatment, Patient compliance, and Health Outcomes
PI:  Black
Role: Co-I
Effort: 1.8 Calendar
Current Year Direct Cost: $376,223
Project Total Costs: $2,191,533
Project Period:  09/30/15 – 09/29/20

- Agency: National Center for Advancing Translational Sciences
ID: 5UL1TR001422
Title: Northwestern University Clinical and Translational Science Institute (NUCATS)
PI:  Lloyd-Jones
Role: Co-Director RAMP
Effort: 0.9 Calendar
Current Year Direct Cost: $4,891,236
Project Period:  07/15/19 – 06/30/24

- Agency:  National Human Genome Research Institute
ID: U01HG008673
Title: Genomic Medicine at Northwestern: Discovery and Implementation
PI:  Chisholm
Role: Co-I
Effort: 1.2 Calendar
Current Year Direct Cost: $539,021
Project Total Costs: $3,403,555
Project Period:  09/01/15 – 05/31/20

- Agency:  National Inst. of Child Health & Human Development
ID: U54HD085601
Title: Optimizing Medication Management for Mothers with Depression during Pregnancy (OPTI-MOM)
PI:  Wisner
Role: Co-I and Pilot PI
Effort: 2.1 Calendar
Current Year Direct Cost: $476,122
Project Total Costs: $3,772,069

Project Period:  08/01/15 – 06/30/20

- Agency:  National Heart Lung and Blood Institute
ID: 2R01HL107577
Title: Determinants, Trajectories, and Consequences of Abnormal Cardiac Mechanics
PI:  Shah
Role: Co-I
Effort: 0.6 Calendar
Current Year Direct Cost: $482,548
Project Total Costs: $2,745,518
Project Period:  07/05/16 – 04/30/20

- Agency:  National Institute of Child Health and Development
ID: 1R01HD089455-01-A1
Title: Molecular Basis of Altered Drug Metabolism During Pregnancy
PI:  Wisner
Role: Co-I
Effort: 0.6 Calendar
Current Year Direct Cost: $236,680
Project Total Costs: $1,495,316
Project Period:  08/10/17 – 06/30/22

- Agency:  National Institute of Neurological Disorders and Stroke
ID: U54NS108874
Title: Channelopathy-Associated Epilepsy Research Center
PI:  George
Role: Co-I
Effort: 0.6 Calendar
Current Year Direct Cost: $112,247
Project Total Costs: $2,542,337
Project Period:  09/30/18 – 05/31/19

- Agency:  National Heart, Lung, and Blood Institute
ID: 75N92020D00004
Title: Multi-Ethnic Study of Atherosclerosis (MESA) - Field Center
PI:  Allen
Role: Co-I
Effort: 0.35 Calendar
Current Year Direct Cost: $441,894
Project Period:  12/19/19 – 12/18/24

- Agency:  National Heart, Lung, and Blood Institute
ID: 1U01HL146408-01
Title: The American Lung Association (ALA) Cohort
PI:  Kalhan
Role: Co-I
Effort: 0.6 Calendar
Current Year Direct Cost: $2,633,107
Project Total Costs: $ 24,800,693.00
Project Period:  06/15/2019 – 04/30/2020

4

B.   Pending

▪   Agency:  National Human Genome Research Institute
ID: U01HG011169
Title: Northwestern Genomic Risk Assessment and Management Program
MPI:  Rasmussen-Torvik
Effort: 4.0 Calendar
Current Year Direct Cost: $680,000
Project Total Costs: $5,632,301
Project Period: 04/01/2020-03/31/2025

C.   Past

▪   Agency:  NMH/Friends of Prentice Foundation
ID: Agmt 12/13/17
Title: Elucidating Neonatal Discontinuation Syndrome in Infants Exposed to Antidepressants
PI: Rasmussen-Torvik
Effort: 0 Calendar
Project Total Costs: $50,000
Project Period: 09/01/17-08/31/19
Agency: PCORI via Chicago Community Trust

▪   Agency:  PCORI
ID: PCORI-PFA-2015
Title: PCORnet Bariatric Surgery
PI:  Arterburn
Role: Subcontract PI
Effort: 0.60 Calendar
Current Year Direct Cost: $16,344
Project Total Costs: $47,294
Project Period:  02/01/16-01/31/18

▪   Agency:  National Institute on Minority Health and Health Disparities
ID: U54MD010723
Title: African American Cardiovascular pharmacogenetic CONsorTium (ACCOuNT): discovery and translation
PI:  Perera
Role: Co-I
Effort: 0.6 Calendar
Current Year Direct Cost: $1,178,917
Project Total Costs: $9,525,128
Project Period:  8/19/2016 – 5/31/2021

▪   Agency:  National Center for Advancing Translational Sciences
ID: UL1TR000150
Title: NU Multidiciplinary Clinical and Translational Science Scholar Program (KL2)
PI:  Lloyd-Jones   KL2: Scholar Rasmussen-Torvik

Role: KL2 Scholar
Effort: 9.0 Calendar
Project Total Costs: $4,195,948
Project Period: 05/01/12-04/30/14

- Agency: National Human Genome Research Institute
ID: U01HG006388
Title: eMERGE2-PGx Supplement
PI: Chisholm
Role: Co-I
Effort: 1.2 Calendar
Project Total Costs: $590,560
Project Period: 08/01/12 – 07/31/15

- Agency: National Human Genome Research Institute
ID: U01HG006388
Title: A Personalized Genomic Medicine Pilot Program Using NUgene eMERGE Experience
PI: Chisholm
Role: Co-I
Effort: 0.6 Calendar
Project Total Costs: $3,528,143
Project Period: 08/15/11 – 07/31/15

- Agency: PCORI via Chicago Community Trust
ID: CDRN-1306-04737
Title: Chicago Area Patient Centered Outcomes Research Network (CAPriCORN)
PI: Mazany
Role: Co-I
Effort: 0.6 Calendar
Project Total Costs: $6,615,576
Project Period: 03/01/14 – 8/31/15

- Agency: National Heart Lung and Blood Institute
ID: 1R01HL107577
Title: Study of Cardiac Mechanics in Systemic Hypertension
PI: Shah
Role: Co-I
Effort: 0.6 Calendar
Project Total Costs: $1,395,162
Project Period: 05/21/11 – 03/31/16

- Agency: American Heart Association
ID: 15CVGPSD27260148
Title: Molecular Determinants of Hypertensive Heart Failure with preserved ejection fraction (HFpEF): Genomics, Transcriptomics, and Proteomics
PI: Shah
Role: Co-I
Effort: 0.6 Calendar
Project Total Costs: $159,990
Project Period: 12/01/15 – 11/30/16

6

- Agency:  National Human Genome Research Institute
ID: U01HG004609
Title: Genome-wide Studies from the NUgene Biorespository
PI:  Chisholm
Role: Co-I
Effort: 2.4 Calendar
Project Total Costs: $4,239,880
Project Period:  9/27/07-7/31/11

- Agency:  Northwestern Memorial Foundation
ID: 2013 DGTRI
Title: The association of targeted exonic variants and post-surgical weight loss
PI:  Rasmussen-Torvik
Effort: 0.12 Calendar
Project Total Costs: $25,000
Project Period: 01/01/13 – 12/31/14

- Agency:  National Heart Lung and Blood Institute
ID: N01-HC-48049
Title: Longitudinal Studies of Coronary Heart Disease Risk Factor in Young Adults (CARDIA)
PI:  Liu
Role:  Co-I
Effort: 0.6 Calendar
Project Period: 12/30/83 – 06/30/13

- Agency:  National Heart Lung and Blood Institute
ID: N01-HC-95164
Title: Multi-Ethnic Study of Atherosclerosis (MESA): Field Center
PI:  Liu
Role:  Co-I
Effort: 0.6 Calendar
Project Period: 01/15/99 – 08/14/15


**INVITED LECTURES**

A.  International/National
- CVD Epidemiology and Electronic Health Records, Presented at Tel Aviv University, Tel Aviv, Israel, April 29th, 2014
- Moderator, Jeremiah and Rose Stamler Award for Young Investigators. Presented at American Heart Association 2015 Epidemiology and Lifestyle Council Meeting. Baltimore, MD, March 5th  2015
- Outcomes in eMERGE PGx, Presented at Genomic Medicine Meeting X (Hosted by NHGRI Office of Population Genomics), Silver Spring, Maryland, May 3rd, 2017
- Clinical Translation of NGS, Panel Member: Front Line Genomics Special Interest Group, Boston, MA, 6/12/18
- The PCORnet Bariatric Study: Preliminary Results from a Large PCORnet Demonstration Project, presented at NIH/PCORnet Collaboratory Grand Rounds (webinar), August 17th, 2018.
- Pharmacoepidemiology and Implementation Science Studies:  How Can they Guide my Prescribing Practice? Presented at Obstetric-Fetal Pharmacology:  Practical Prescribing and Research Methods Update, Chicago, IL, November 2nd, 2018.
- MESA ROR:  discussions to date in multi-center study.   TOPMed Steering Committee Meeting.  Tysons, VA, April 24-25, 2019.

B. Regional
- The eMERGE PGx project: The Northwestern Experience, Presented at the NorthShore Research Bioinformatics Seminar, Evanston, IL March 4th, 2014
- Northwestern EHR/Epidemiology Research, Presented at the Sinai Urban Health Institute Epidemiology Seminar, Chicago, IL, May 26th, 2016

C. Local
- GWAS resources in the Department of Preventive Medicine, Department of Preventive Medicine Cardiovascular Epidemiology Seminar, July 13th, 2012
- Demographic predictors of weight loss after bariatric surgery, Department of Preventive Medicine Cardiovascular Epidemiology Seminar, June 14th, 2013
- eMERGE-PGx: The Northwestern Experience, Department of Preventive Medicine Cardiovascular Epidemiology Seminar March 13th, 2015
- Return of research WGS results to biobank participants: issues and challenges, Department of Preventive Medicine Cardiovascular Epidemiology Seminar June 23rd, 2017

D. Multi-Center Study
- PGx update, eMERGE study steering committee meeting, February 26th, 2013
- PGx update, eMERGE study steering committee meeting, June 3rd, 2013
- PGx update, eMERGE study steering committee meeting, October 7th, 2013
- Clinical and research genotyping in eMERGE, eMERGE III planning meeting, NHGRI, January 22nd, 2014
- PGx update, eMERGE study steering committee meeting, January 23rd, 2014
- PGx update, eMERGE study steering committee meeting, June 23rd, 2014
- Overlap of Diastolic Dysfunction definitions in CARDIA, CARDIA steering committee meeting, Oct 16th, 2014
- PGx update, eMERGE study steering committee meeting, Dec 4th, 2014
- PGx update, eMERGE study steering committee meeting, March 30th, 2015
- PGx update, eMERGE study steering committee meeting, June 29th, 2015
- PGx update, eMERGE study steering committee meeting, September 16th, 2015
- OPTIMOM Pilot Design, OPRC Network steering committee meeting, October 5th, 2015
- PGx update, eMERGE study steering committee meeting, April 4th, 2016
- Sample selection for Northwestern ACA project, NEXT-D2 steering committee meeting, June 28th, 2016
- PGx update, eMERGE study steering committee meeting, October 6th, 2016
- OPTIMOM Pilot Modifications. OPRC Network steering committee meeting, October 20th, 2016
- PGx update, eMERGE study steering committee meeting, Feb 1st, 2017
- Challenges of Diabetes Definitions for Northwestern ACA project, NEXT-D2 steering committee meeting, Sept 7th, 2017
- PGx update, eMERGE study steering committee meeting, Oct 10th, 2017
- PGx update, eMERGE study steering committee meeting, Jan 26th, 2018
- PGx update, eMERGE study steering committee meeting, Oct 26th, 2018
- PGx update, eMERGE study steering committee meeting, Jan 17th, 2019
- Expansion of OPTI-MOM Pilot Study, OPRC Network steering committee meeting, March 5th, 2019

**PUBLICATIONS AND SCHOLARLY WORK**

A. Peer-reviewed Original Investigations

1.      Day JW, Ricker K, Jacobsen JF, **Rasmussen** LJ, Dick KA, Kress W, Schneider C, Koch MC, Beilman GJ, Harrison AR, Dalton JC, Ranum LP. Myotonic dystrophy type 2: molecular, diagnostic and clinical spectrum. Neurology. 2003;60(4):657-64. Epub 2003/02/26. doi: 10.1212/01.wnl.0000054481.84978.f9. PubMed PMID: 12601109.

2.      **Rasmussen-Torvik** LJ, North KE, Gu CC, Lewis CE, Wilk JB, Chakravarti A, Chang YP, Miller MB, Li N, Devereux RB, Arnett DK. A population association study of angiotensinogen polymorphisms and haplotypes with left ventricular phenotypes. Hypertension. 2005;46(6):1294-9. Epub 2005/11/16. doi: 10.1161/01.HYP.0000192653.17209.84. PubMed PMID: 16286570.

3.      Folsom AR, Cushman M, Heckbert SR, Ohira T, **Rasmussen-Torvik** L, Tsai MY. Factor VII coagulant activity, factor VII -670A/C and -402G/A polymorphisms, and risk of venous thromboembolism. J Thromb Haemost. 2007;5(8):1674-8. Epub 2007/08/01. doi: 10.1111/j.1538-7836.2007.02620.x. PubMed PMID: 17663738.

4.      **Rasmussen-Torvik** LJ, Cushman M, Tsai MY, Zhang Y, Heckbert SR, Rosamond WD, Folsom AR. The association of alpha-fibrinogen Thr312Ala polymorphism and venous thromboembolism in the LITE study. Thromb Res. 2007;121(1):1-7. Epub 2007/04/17. doi: 10.1016/j.thromres.2007.02.008. PubMed PMID: 17433418; PMCID: PMC2679171.

5.      **Rasmussen-Torvik** LJ, McAlpine DD. Genetic screening for SSRI drug response among those with major depression: great promise and unseen perils. Depress Anxiety. 2007;24(5):350-7. Epub 2006/11/11. doi: 10.1002/da.20251. PubMed PMID: 17096399.

6.      **Rasmussen-Torvik** LJ, Pankow JS, Jacobs DR, Steffen LM, Moran AM, Steinberger J, Sinaiko AR. Heritability and genetic correlations of insulin sensitivity measured by the euglycaemic clamp. Diabet Med. 2007;24(11):1286-9. Epub 2007/10/25. doi: 10.1111/j.1464-5491.2007.02271.x. PubMed PMID: 17956454.

7.      **Rasmussen-Torvik** LJ, Pankow JS, Jacobs DR, Jr., Sinaiko AR. Preliminary report: No association between TCF7L2 rs7903146 and euglycemic-clamp-derived insulin sensitivity in a mixed-age cohort. Metabolism. 2009;58(10):1369-71. Epub 2009/07/04. doi: 10.1016/j.metabol.2009.04.023. PubMed PMID: 19573884; PMCID: PMC2748141.

8.      **Rasmussen-Torvik** LJ, Pankow JS, Jacobs DR, Jr., Steinberger J, Moran A, Sinaiko AR. The association of SNPs in ADIPOQ, ADIPOR1, and ADIPOR2 with insulin sensitivity in a cohort of adolescents and their parents. Hum Genet. 2009;125(1):21-8. Epub 2008/11/28. doi: 10.1007/s00439-008-0595-4. PubMed PMID: 19037660; PMCID: PMC2881545.

9.      **Rasmussen-Torvik** LJ, Pankow JS, Jacobs DR, Jr., Steinberger J, Moran AM, Sinaiko AR. Influence of waist on adiponectin and insulin sensitivity in adolescence. Obesity (Silver Spring). 2009;17(1):156-61. Epub 2008/12/25. doi: 10.1038/oby.2008.482. PubMed PMID: 19107128; PMCID: PMC2862502.

10.     **Rasmussen-Torvik** LJ, Pankow JS, Peacock JM, Borecki IB, Hixson JE, Tsai MY, Kabagambe EK, Arnett DK. Suggestion for linkage of chromosome 1p35.2 and 3q28 to plasma adiponectin concentrations in the GOLDN Study. BMC Med Genet. 2009;10:39. Epub 2009/05/12. doi: 10.1186/1471-2350-10-39. PubMed PMID: 19426517; PMCID: PMC2691741.

11.     Bi M, Kao WH, Boerwinkle E, Hoogeveen RC, **Rasmussen-Torvik** LJ, Astor BC, North KE, Coresh J, Kottgen A. Association of rs780094 in GCKR with metabolic traits and incident diabetes and cardiovascular disease: the ARIC Study. PLoS One. 2010;5(7):e11690. Epub 2010/07/28. doi: 10.1371/journal.pone.0011690. PubMed PMID: 20661421; PMCID: PMC2908550.

12.     **Rasmussen-Torvik** LJ, Alonso A, Li M, Kao W, Kottgen A, Yan Y, Couper D, Boerwinkle E, Bielinski SJ, Pankow JS. Impact of repeated measures and sample selection on genome-wide association studies of fasting glucose. Genet

9

Epidemiol. 2010;34(7):665-73. Epub 2010/09/15. doi: 10.1002/gepi.20525. PubMed PMID: 20839289; PMCID: PMC2964401.

13.     **Rasmussen-Torvik** LJ, Yatsuya H, Selvin E, Alonso A, Folsom AR. Demographic and cardiovascular risk factors modify association of fasting insulin with incident coronary heart disease and ischemic stroke (from the Atherosclerosis Risk In Communities Study). Am J Cardiol. 2010;105(10):1420-5. Epub 2010/05/11. doi: 10.1016/j.amjcard.2009.12.065. PubMed PMID: 20451688; PMCID: PMC2883917.

14.     Manning AK, LaValley M, Liu CT, Rice K, An P, Liu Y, Miljkovic I, **Rasmussen-Torvik** L, Harris TB, Province MA, Borecki IB, Florez JC, Meigs JB, Cupples LA, Dupuis J. Meta-analysis of gene-environment interaction: joint estimation of SNP and SNP x environment regression coefficients. Genet Epidemiol. 2011;35(1):11-8. Epub 2010/12/25. doi: 10.1002/gepi.20546. PubMed PMID: 21181894; PMCID: PMC3312394.

15.     **Rasmussen-Torvik** LJ, Li M, Kao WH, Couper D, Boerwinkle E, Bielinski SJ, Folsom AR, Pankow JS. Association of a fasting glucose genetic risk score with subclinical atherosclerosis: The Atherosclerosis Risk in Communities (ARIC) study. Diabetes. 2011;60(1):331-5. Epub 2010/11/03. doi: 10.2337/db10-0839. PubMed PMID: 21036910; PMCID: PMC3012190.

16.     Wassel CL, Pankow JS, **Rasmussen-Torvik** LJ, Li N, Taylor KD, Guo X, Goodarzi MO, Palmas WR, Post WS. Associations of SNPs in ADIPOQ and subclinical cardiovascular disease in the multi-ethnic study of atherosclerosis (MESA). Obesity (Silver Spring). 2011;19(4):840-7. Epub 2010/10/12. doi: 10.1038/oby.2010.229. PubMed PMID: 20930713; PMCID: PMC3510267.

17.     Zuvich RL, Armstrong LL, Bielinski SJ, Bradford Y, Carlson CS, Crawford DC, Crenshaw AT, de Andrade M, Doheny KF, Haines JL, Hayes MG, Jarvik GP, Jiang L, Kullo IJ, Li R, Ling H, Manolio TA, Matsumoto ME, McCarty CA, McDavid AN, Mirel DB, Olson LM, Paschall JE, Pugh EW, Rasmussen LV, **Rasmussen-Torvik** LJ, Turner SD, Wilke RA, Ritchie MD. Pitfalls of merging GWAS data: lessons learned in the eMERGE network and quality control procedures to maintain high data quality. Genet Epidemiol. 2011;35(8):887-98. Epub 2011/11/30. doi: 10.1002/gepi.20639. PubMed PMID: 22125226; PMCID: PMC3592376.

18.     Bielinski SJ, Pankow JS, **Rasmussen-Torvik** LJ, Bailey K, Li M, Selvin E, Couper D, Vazquez G, Brancati F. Strength of association for incident diabetes risk factors according to diabetes case definitions: the Atherosclerosis Risk in Communities Study. Am J Epidemiol. 2012;175(5):466-72. Epub 2012/01/17. doi: 10.1093/aje/kwr326. PubMed PMID: 22247044; PMCID: PMC3282875.

19.     Kho AN, Hayes MG, **Rasmussen-Torvik** L, Pacheco JA, Thompson WK, Armstrong LL, Denny JC, Peissig PL, Miller AW, Wei WQ, Bielinski SJ, Chute CG, Leibson CL, Jarvik GP, Crosslin DR, Carlson CS, Newton KM, Wolf WA, Chisholm RL, Lowe WL. Use of diverse electronic medical record systems to identify genetic risk for type 2 diabetes within a genome-wide association study. J Am Med Inform Assoc. 2012;19(2):212-8. Epub 2011/11/22. doi: 10.1136/amiajnl-2011-000439. PubMed PMID: 22101970; PMCID: PMC3277617.

20.     Lutsey PL, **Rasmussen-Torvik** LJ, Pankow JS, Alonso A, Smolenski DJ, Tang W, Coresh J, Volcik KA, Ballantyne CM, Boerwinkle E, Folsom AR. Relation of lipid gene scores to longitudinal trends in lipid levels and incidence of abnormal lipid levels among individuals of European ancestry: the Atherosclerosis Risk in Communities (ARIC) study. Circ Cardiovasc Genet. 2012;5(1):73-80. Epub 2011/11/08. doi: 10.1161/CIRCGENETICS.111.959619. PubMed PMID: 22057756; PMCID: PMC3288431.

21.     Prizment AE, Gross M, **Rasmussen-Torvik** L, Peacock JM, Anderson KE. Genes related to diabetes may be associated with pancreatic cancer in a population-based case-control study in Minnesota. Pancreas. 2012;41(1):50-3. Epub 2011/10/22. doi: 10.1097/MPA.0b013e3182247625. PubMed PMID: 22015968; PMCID: PMC3241825.

22.     **Rasmussen-Torvik** LJ, Guo X, Bowden DW, Bertoni AG, Sale MM, Yao J, Bluemke DA, Goodarzi MO, Chen YI, Vaidya D, Raffel LJ, Papanicolaou GJ, Meigs JB, Pankow JS. Fasting glucose GWAS candidate region analysis across ethnic groups in the Multiethnic Study of Atherosclerosis (MESA). Genet Epidemiol. 2012;36(4):384-91. Epub 2012/04/18. doi: 10.1002/gepi.21632. PubMed PMID: 22508271; PMCID: PMC3507617.

23.     **Rasmussen-Torvik** LJ, Pacheco JA, Wilke RA, Thompson WK, Ritchie MD, Kho AN, Muthalagu A, Hayes MG, Armstrong LL, Scheftner DA, Wilkins JT, Zuvich RL, Crosslin D, Roden DM, Denny JC, Jarvik GP, Carlson CS, Kullo IJ, Bielinski SJ, McCarty CA, Li R, Manolio TA, Crawford DC, Chisholm RL. High density GWAS for LDL cholesterol in African Americans using electronic medical records reveals a strong protective variant in APOE. Clin Transl Sci. 2012;5(5):394-9. Epub 2012/10/17. doi: 10.1111/j.1752-8062.2012.00446.x. PubMed PMID: 23067351; PMCID: PMC3521536.

24.     **Rasmussen-Torvik** LJ, Pankow JS, Jacobs DR, Jr., Steinberger J, Moran A, Sinaiko AR. Development of associations among central adiposity, adiponectin and insulin sensitivity from adolescence to young adulthood. Diabet Med. 2012;29(9):1153-8. Epub 2012/06/08. doi: 10.1111/j.1464-5491.2012.03726.x. PubMed PMID: 22672197; PMCID: PMC3418404.

25.     **Rasmussen-Torvik** LJ, Wassel CL, Ding J, Carr J, Cushman M, Jenny N, Allison MA. Associations of body mass index and insulin resistance with leptin, adiponectin, and the leptin-to-adiponectin ratio across ethnic groups: the Multi-Ethnic Study of Atherosclerosis (MESA). Ann Epidemiol. 2012;22(10):705-9. Epub 2012/08/30. doi: 10.1016/j.annepidem.2012.07.011. PubMed PMID: 22929534; PMCID: PMC3459265.

26.     Vassy JL, Durant NH, Kabagambe EK, Carnethon MR, **Rasmussen-Torvik** LJ, Fornage M, Lewis CE, Siscovick DS, Meigs JB. A genotype risk score predicts type 2 diabetes from young adulthood: the CARDIA study. Diabetologia. 2012;55(10):2604-12. Epub 2012/07/12. doi: 10.1007/s00125-012-2637-7. PubMed PMID: 22782289; PMCID: PMC3434294.

27.     Ding K, de Andrade M, Manolio TA, Crawford DC, **Rasmussen-Torvik** LJ, Ritchie MD, Denny JC, Masys DR, Jouni H, Pachecho JA, Kho AN, Roden DM, Chisholm R, Kullo IJ. Genetic variants that confer resistance to malaria are associated with red blood cell traits in African-Americans: an electronic medical record-based genome-wide association study. G3 (Bethesda). 2013;3(7):1061-8. Epub 2013/05/23. doi: 10.1534/g3.113.006452. PubMed PMID: 23696099; PMCID: PMC3704235.

28.     **Rasmussen-Torvik** LJ, Shay CM, Abramson JG, Friedrich CA, Nettleton JA, Prizment AE, Folsom AR. Ideal cardiovascular health is inversely associated with incident cancer: the Atherosclerosis Risk In Communities study. Circulation. 2013;127(12):1270-5. Epub 2013/03/20. doi: 10.1161/CIRCULATIONAHA.112.001183. PubMed PMID: 23509058; PMCID: PMC3685848.

29.     Raynor LA, Pankow JS, **Rasmussen-Torvik** LJ, Tang W, Prizment A, Couper DJ. Pleiotropy and pathway analyses of genetic variants associated with both type 2 diabetes and prostate cancer. Int J Mol Epidemiol Genet. 2013;4(1):49-60. Epub 2013/04/09. PubMed PMID: 23565322; PMCID: PMC3612454.

30.     Vardeny O, Gupta DK, Claggett B, Burke S, Shah A, Loehr L, **Rasmussen-Torvik** L, Selvin E, Chang PP, Aguilar D, Solomon SD. Insulin resistance and incident heart failure the ARIC study (Atherosclerosis Risk in Communities). JACC Heart Fail. 2013;1(6):531-6. Epub 2014/01/24. doi: 10.1016/j.jchf.2013.07.006. PubMed PMID: 24455475; PMCID: PMC3893700.

31.     Hughes-Austin JM, Wassel CL, Jimenez J, Criqui MH, Ix JH, **Rasmussen-Torvik** LJ, Budoff MJ, Jenny NS, Allison MA. The relationship between adiposity-associated inflammation and coronary artery and abdominal aortic calcium

11

differs by strata of central adiposity: The Multi-Ethnic Study of Atherosclerosis (MESA). Vasc Med. 2014;19(4):264-71. Epub 2014/06/08. doi: 10.1177/1358863X14537545. PubMed PMID: 24907349; PMCID: PMC4258162.

32.     Muthalagu A, Pacheco JA, Aufox S, Peissig PL, Fuehrer JT, Tromp G, Kho AN, **Rasmussen-Torvik** LJ. A rigorous algorithm to detect and clean inaccurate adult height records within EHR systems. Appl Clin Inform. 2014;5(1):118-26. Epub 2014/04/16. doi: 10.4338/ACI-2013-09-RA-0074. PubMed PMID: 24734128; PMCID: PMC3974252.

33.     **Rasmussen-Torvik** LJ, Stallings SC, Gordon AS, Almoguera B, Basford MA, Bielinski SJ, Brautbar A, Brilliant MH, Carrell DS, Connolly JJ, Crosslin DR, Doheny KF, Gallego CJ, Gottesman O, Kim DS, Leppig KA, Li R, Lin S, Manzi S, Mejia AR, Pacheco JA, Pan V, Pathak J, Perry CL, Peterson JF, Prows CA, Ralston J, Rasmussen LV, Ritchie MD, Sadhasivam S, Scott SA, Smith M, Vega A, Vinks AA, Volpi S, Wolf WA, Bottinger E, Chisholm RL, Chute CG, Haines JL, Harley JB, Keating B, Holm IA, Kullo IJ, Jarvik GP, Larson EB, Manolio T, McCarty CA, Nickerson DA, Scherer SE, Williams MS, Roden DM, Denny JC. Design and anticipated outcomes of the eMERGE-PGx project: a multicenter pilot for preemptive pharmacogenomics in electronic health record systems. Clin Pharmacol Ther. 2014;96(4):482-9. Epub 2014/06/25. doi: 10.1038/clpt.2014.137. PubMed PMID: 24960519; PMCID: PMC4169732.

34.     Selvaraj S, Aguilar FG, Martinez EE, Beussink L, Kim KY, Peng J, **Rasmussen-Torvik** L, Sha J, Irvin MR, Gu CC, Lewis CE, Hunt SC, Arnett DK, Shah SJ. Association of comorbidity burden with abnormal cardiac mechanics: findings from the HyperGEN study. J Am Heart Assoc. 2014;3(3):e000631. Epub 2014/05/02. doi: 10.1161/JAHA.113.000631. PubMed PMID: 24780206; PMCID: PMC4309045.

35.     Vassy JL, Hivert MF, Porneala B, Dauriz M, Florez JC, Dupuis J, Siscovick DS, Fornage M, **Rasmussen-Torvik** LJ, Bouchard C, Meigs JB. Polygenic type 2 diabetes prediction at the limit of common variant detection. Diabetes. 2014;63(6):2172-82. Epub 2014/02/13. doi: 10.2337/db13-1663. PubMed PMID: 24520119; PMCID: PMC4030114.

36.     Baldridge AS, Pacheco JA, Aufox SA, Kim KY, Silverstein JC, Denham W, Hungness E, Smith ME, Allen NB, Greenland P, **Rasmussen-Torvik** LJ. Factors Associated With Long-Term Weight Loss Following Bariatric Surgery Using 2 Methods for Repeated Measures Analysis. Am J Epidemiol. 2015;182(3):235-43. Epub 2015/06/21. doi: 10.1093/aje/kwv039. PubMed PMID: 26093003; PMCID: PMC4517695.

37.     Bielinski SJ, Pathak J, Carrell DS, Takahashi PY, Olson JE, Larson NB, Liu H, Sohn S, Wells QS, Denny JC, **Rasmussen-Torvik** LJ, Pacheco JA, Jackson KL, Lesnick TG, Gullerud RE, Decker PA, Pereira NL, Ryu E, Dart RA, Peissig P, Linneman JG, Jarvik GP, Larson EB, Bock JA, Tromp GC, de Andrade M, Roger VL. A Robust e-Epidemiology Tool in Phenotyping Heart Failure with Differentiation for Preserved and Reduced Ejection Fraction: the Electronic Medical Records and Genomics (eMERGE) Network. J Cardiovasc Transl Res. 2015;8(8):475-83. Epub 2015/07/22. doi: 10.1007/s12265-015-9644-2. PubMed PMID: 26195183; PMCID: PMC4651838.

38.     Dauriz M, Porneala BC, Guo X, Bielak LF, Peyser PA, Durant NH, Carnethon MR, Bonadonna RC, Bonora E, Bowden DW, Florez JC, Fornage M, Hivert MF, Jacobs DR, Jr., Kabagambe EK, Lewis CE, Murabito JM, **Rasmussen-Torvik** LJ, Rich SS, Vassy JL, Yao J, Carr JJ, Kardia SL, Siscovick D, O'Donnell CJ, Rotter JI, Dupuis J, Meigs JB. Association of a 62 Variants Type 2 Diabetes Genetic Risk Score With Markers of Subclinical Atherosclerosis: A Transethnic, Multicenter Study. Circ Cardiovasc Genet. 2015;8(3):507-15. Epub 2015/03/26. doi: 10.1161/CIRCGENETICS.114.000740. PubMed PMID: 25805414; PMCID: PMC4472563.

39.     De R, Verma SS, Drenos F, Holzinger ER, Holmes MV, Hall MA, Crosslin DR, Carrell DS, Hakonarson H, Jarvik G, Larson E, Pacheco JA, **Rasmussen-Torvik** LJ, Moore CB, Asselbergs FW, Moore JH, Ritchie MD, Keating BJ, Gilbert-Diamond D. Identifying gene-gene interactions that are highly associated with Body Mass Index using Quantitative Multifactor Dimensionality Reduction (QMDR). BioData Min. 2015;8:41. Epub 2015/12/18. doi: 10.1186/s13040-015-0074-0. PubMed PMID: 26674805; PMCID: PMC4678717.

40.     **Rasmussen-Torvik** LJ, Baldridge AS, Pacheco JA, Aufox SA, Kim KY, Silverstein JC, Denham EW, Hungness E, Smith ME, Greenland P. rs4771122 Predicts Multiple Measures of Long-Term Weight Loss After Bariatric Surgery. Obes Surg. 2015;25(11):2225-9. Epub 2015/09/05. doi: 10.1007/s11695-015-1872-7. PubMed PMID: 26337695; PMCID: PMC4598314.

41.     Wassel CL, **Rasmussen-Torvik** LJ, Callas PW, Denenberg JO, Durda JP, Reiner AP, Smith NL, Allison MA, Rosendaal FR, Criqui MH, Cushman M. A genetic risk score comprising known venous thromboembolism loci is associated with chronic venous disease in a multi-ethnic cohort. Thromb Res. 2015;136(5):966-73. Epub 2015/10/08. doi: 10.1016/j.thromres.2015.09.016. PubMed PMID: 26442836; PMCID: PMC4718662.

42.     Aguilar FG, Selvaraj S, Martinez EE, Katz DH, Beussink L, Kim KY, Ping J, **Rasmussen-Torvik** L, Goyal A, Sha J, Irvin MR, Arnett DK, Shah SJ. Archeological Echocardiography: Digitization and Speckle Tracking Analysis of Archival Echocardiograms in the HyperGEN Study. Echocardiography. 2016;33(3):386-97. Epub 2015/11/04. doi: 10.1111/echo.13095. PubMed PMID: 26525308; PMCID: PMC4775325.

43.     Allen NB, Lloyd-Jones D, Hwang SJ, **Rasmussen-Torvik** L, Fornage M, Morrison AC, Baldridge AS, Boerwinkle E, Levy D, Cupples LA, Fox CS, Thanassoulis G, Dufresne L, Daviglus M, Johnson AD, Reis J, Rotter J, Palmas W, Allison M, Pankow JS, O'Donnell CJ. Genetic loci associated with ideal cardiovascular health: A meta-analysis of genome-wide association studies. Am Heart J. 2016;175:112-20. Epub 2016/05/18. doi: 10.1016/j.ahj.2015.12.022. PubMed PMID: 27179730; PMCID: PMC4873714.

44.     Avram MJ, Stika CS, **Rasmussen-Torvik** LJ, Ciolino JD, Pinheiro E, George AL, Jr., Wisner KL. Rationale and design for an investigation to optimize selective serotonin reuptake inhibitor treatment for pregnant women with depression. Clin Pharmacol Ther. 2016;100(1):31-3. Epub 2016/04/03. doi: 10.1002/cpt.375. PubMed PMID: 27037844.

45.     Bush WS, Crosslin DR, Owusu-Obeng A, Wallace J, Almoguera B, Basford MA, Bielinski SJ, Carrell DS, Connolly JJ, Crawford D, Doheny KF, Gallego CJ, Gordon AS, Keating B, Kirby J, Kitchner T, Manzi S, Mejia AR, Pan V, Perry CL, Peterson JF, Prows CA, Ralston J, Scott SA, Scrol A, Smith M, Stallings SC, Veldhuizen T, Wolf W, Volpi S, Wiley K, Li R, Manolio T, Bottinger E, Brilliant MH, Carey D, Chisholm RL, Chute CG, Haines JL, Hakonarson H, Harley JB, Holm IA, Kullo IJ, Jarvik GP, Larson EB, McCarty CA, Williams MS, Denny JC, **Rasmussen-Torvik** LJ, Roden DM, Ritchie MD. Genetic variation among 82 pharmacogenes: The PGRNseq data from the eMERGE network. Clin Pharmacol Ther. 2016;100(2):160-9. Epub 2016/02/10. doi: 10.1002/cpt.350. PubMed PMID: 26857349; PMCID: PMC5010878.

46.     Freed BH, Daruwalla V, Cheng JY, Aguilar FG, Beussink L, Choi A, Klein DA, Dixon D, Baldridge A, **Rasmussen-Torvik** LJ, Maganti K, Shah SJ. Prognostic Utility and Clinical Significance of Cardiac Mechanics in Heart Failure With Preserved Ejection Fraction: Importance of Left Atrial Strain. Circ Cardiovasc Imaging. 2016;9(3). Epub 2016/03/05. doi: 10.1161/CIRCIMAGING.115.003754. PubMed PMID: 26941415; PMCID: PMC4780261.

47.     Jackson KL, Mbagwu M, Pacheco JA, Baldridge AS, Viox DJ, Linneman JG, Shukla SK, Peissig PL, Borthwick KM, Carrell DA, Bielinski SJ, Kirby JC, Denny JC, Mentch FD, Vazquez LM, **Rasmussen-Torvik** LJ, Kho AN. Performance of an electronic health record-based phenotype algorithm to identify community associated methicillin-resistant Staphylococcus aureus cases and controls for genetic association studies. BMC Infect Dis. 2016;16(1):684. Epub 2016/11/20. doi: 10.1186/s12879-016-2020-2. PubMed PMID: 27855652; PMCID: PMC5114817.

48.     Keaton JM, Hellwege JN, Ng MC, Palmer ND, Pankow JS, Fornage M, Wilson JG, Correa A, **Rasmussen-Torvik** LJ, Rotter JI, Chen YD, Taylor KD, Rich SS, Wagenknecht LE, Freedman BI, Bowden DW. Genome-Wide Interaction with Insulin Secretion Loci Reveals Novel Loci for Type 2 Diabetes in African Americans. PLoS One. 2016;11(7):e0159977. Epub 2016/07/23. doi: 10.1371/journal.pone.0159977. PubMed PMID: 27448167; PMCID: PMC4957757.

49.     Kershaw KN, Liu K, Goff DC, Jr., Lloyd-Jones DM, **Rasmussen-Torvik** LJ, Reis JP, Schreiner PJ, Garside DB, Sidney S. Description and initial evaluation of incorporating electronic follow-up of study participants in a longstanding multisite cohort study. BMC Med Res Methodol. 2016;16(1):125. Epub 2016/09/25. doi: 10.1186/s12874-016-0226-z. PubMed PMID: 27664124; PMCID: PMC5035484.

50.     **Rasmussen-Torvik** LJ, De Chavez PJD, Kershaw KN, Montag SE, Knutson KL, Kim KA, Zee PC, Carnethon MR. The Mediation of Racial Differences in Hypertension by Sleep Characteristics: Chicago Area Sleep Study. Am J Hypertens. 2016;29(12):1353-7. Epub 2016/08/20. doi: 10.1093/ajh/hpw093. PubMed PMID: 27538722; PMCID: PMC5966848.

51.     Van Driest SL, Wells QS, Stallings S, Bush WS, Gordon A, Nickerson DA, Kim JH, Crosslin DR, Jarvik GP, Carrell DS, Ralston JD, Larson EB, Bielinski SJ, Olson JE, Ye Z, Kullo IJ, Abul-Husn NS, Scott SA, Bottinger E, Almoguera B, Connolly J, Chiavacci R, Hakonarson H, **Rasmussen-Torvik** LJ, Pan V, Persell SD, Smith M, Chisholm RL, Kitchner TE, He MM, Brilliant MH, Wallace JR, Doheny KF, Shoemaker MB, Li R, Manolio TA, Callis TE, Macaya D, Williams MS, Carey D, Kapplinger JD, Ackerman MJ, Ritchie MD, Denny JC, Roden DM. Association of Arrhythmia-Related Genetic Variants With Phenotypes Documented in Electronic Medical Records. JAMA. 2016;315(1):47-57. Epub 2016/01/10. doi: 10.1001/jama.2015.17701. PubMed PMID: 26746457; PMCID: PMC4758131.

52.     Karavites LC, Kane AK, Zaveri S, Xu Y, Helenowski I, Hansen N, Bethke KP, **Rasmussen-Torvik** LJ, Khan SA. Tamoxifen Acceptance and Adherence among Patients with Ductal Carcinoma In Situ (DCIS) Treated in a Multidisciplinary Setting. Cancer Prev Res (Phila). 2017;10(7):389-97. Epub 2017/06/01. doi: 10.1158/1940-6207.CAPR-17-0029. PubMed PMID: 28559459.

53.     Keaton JM, Hellwege JN, Ng MCY, Palmer ND, Pankow JS, Fornage M, Wilson JG, Correa A, **Rasmussen-Torvik** LJ, Rotter JI, Chen YI, Taylor KD, Rich SS, Wagenknecht LE, Freedman BI, Bowden DW. Genome-Wide Interaction with Selected Type 2 Diabetes Loci Reveals Novel Loci for Type 2 Diabetes in African Americans. Pac Symp Biocomput. 2017;22:242-53. Epub 2016/11/30. doi: 10.1142/9789813207813_0024. PubMed PMID: 27896979; PMCID: PMC5146756.

54.     Nadkarni GN, Galarneau G, Ellis SB, Nadukuru R, Zhang J, Scott SA, Schurmann C, Li R, **Rasmussen-Torvik** LJ, Kho AN, Hayes MG, Pacheco JA, Manolio TA, Chisholm RL, Roden DM, Denny JC, Kenny EE, Bottinger EP. Apolipoprotein L1 Variants and Blood Pressure Traits in African Americans. J Am Coll Cardiol. 2017;69(12):1564-74. Epub 2017/03/25. doi: 10.1016/j.jacc.2017.01.040. PubMed PMID: 28335839; PMCID: PMC5479565.

55.     **Rasmussen-Torvik** LJ, Almoguera B, Doheny KF, Freimuth RR, Gordon AS, Hakonarson H, Hawkins JB, Husami A, Ivacic LC, Kullo IJ, Linderman MD, Manolio TA, Obeng AO, Pellegrino R, Prows CA, Ritchie MD, Smith ME, Stallings SC, Wolf WA, Zhang K, Scott SA. Concordance between Research Sequencing and Clinical Pharmacogenetic Genotyping in the eMERGE-PGx Study. J Mol Diagn. 2017;19(4):561-6. Epub 2017/05/16. doi: 10.1016/j.jmoldx.2017.04.002. PubMed PMID: 28502727; PMCID: PMC5500823.

56.     **Rasmussen-Torvik** LJ, Colangelo LA, Lima JAC, Jacobs DR, Rodriguez CJ, Gidding SS, Lloyd-Jones DM, Shah SJ. Prevalence and Predictors of Diastolic Dysfunction According to Different Classification Criteria: The Coronary Artery Risk Development in Young in Adults Study. Am J Epidemiol. 2017;185(12):1221-7. Epub 2017/04/30. doi: 10.1093/aje/kww214. PubMed PMID: 28453616; PMCID: PMC5860331.

57.     Safarova MS, Fan X, Jarvik GP, Leppig KA, **Rasmussen-Torvik** LJ, Pendergrass S, Sturm A, Namjou B, Shah A, Carroll R, Chung WK, Wei WQ, Stein M, Williams MS, Roden DM, Denny JC, Kullo IJ. A Phenome-Wide Association Study to Assess Pleiotropic Effects of LPA. Circulation. 2017;136:2. PubMed PMID: WOS:000437035906372.

58.     Toh S, **Rasmussen-Torvik** LJ, Harmata EE, Pardee R, Saizan R, Malanga E, Sturtevant JL, Horgan CE, Anau J, Janning CD, Wellman RD, Coley RY, Cook AJ, Courcoulas AP, Coleman KJ, Williams NA, McTigue KM, Arterburn D, McClay

J, Collaborative PCBS. The National Patient-Centered Clinical Research Network (PCORnet) Bariatric Study Cohort: Rationale, Methods, and Baseline Characteristics. JMIR Res Protoc. 2017;6(12):e222. Epub 2017/12/07. doi: 10.2196/resprot.8323. PubMed PMID: 29208590; PMCID: PMC5736875.

59.     Yang A, Ciolino JD, Pinheiro E, **Rasmussen-Torvik** LJ, Sit DKY, Wisner KL. Neonatal Discontinuation Syndrome in Serotonergic Antidepressant-Exposed Neonates. J Clin Psychiatry. 2017;78(5):605-11. Epub 2017/06/02. doi: 10.4088/JCP.16m11044. PubMed PMID: 28570796.

60.     Hylind R, Smith M, **Rasmussen-Torvik** L, Aufox S. Great expectations: patient perspectives and anticipated utility of non-diagnostic genomic-sequencing results. J Community Genet. 2018;9(1):19-26. Epub 2017/06/29. doi: 10.1007/s12687-017-0314-8. PubMed PMID: 28656483; PMCID: PMC5752650.

61.     Keaton JM, Gao C, Guan M, Hellwege JN, Palmer ND, Pankow JS, Fornage M, Wilson JG, Correa A, **Rasmussen-Torvik** LJ, Rotter JI, Chen YI, Taylor KD, Rich SS, Wagenknecht LE, Freedman BI, Ng MCY, Bowden DW. Genome-wide interaction with the insulin secretion locus MTNR1B reveals CMIP as a novel type 2 diabetes susceptibility gene in African Americans. Genet Epidemiol. 2018;42(6):559-70. Epub 2018/04/25. doi: 10.1002/gepi.22126. PubMed PMID: 29691896; PMCID: PMC6160319.

62.     Lane-Cordova AD, Tedla YG, Carnethon MR, Montag SE, Dude AM, **Rasmussen-Torvik** LJ. Pre-pregnancy blood pressure and body mass index trajectories and incident hypertensive disorders of pregnancy. Pregnancy Hypertens. 2018;13:138-40. Epub 2018/09/05. doi: 10.1016/j.preghy.2018.06.003. PubMed PMID: 30177041.

63.     Liotta EM, Romanova AL, Lizza BD, **Rasmussen-Torvik** LJ, Kim M, Francis B, Sangha RS, Carroll TJ, Ganger D, Ladner DP, Naidech AM, Paparello JJ, Prabhakaran S, Sorond FA, Maas MB. Osmotic Shifts, Cerebral Edema, and Neurologic Deterioration in Severe Hepatic Encephalopathy. Crit Care Med. 2018;46(2):280-9. Epub 2018/01/18. doi: 10.1097/CCM.0000000000002831. PubMed PMID: 29341965; PMCID: PMC5774236.

64.     Loomis SJ, Li M, Maruthur NM, Baldridge AS, North KE, Mei H, Morrison A, Carson AP, Pankow JS, Boerwinkle E, Scharpf R, **Rasmussen-Torvik** LJ, Coresh J, Duggal P, Kottgen A, Selvin E. Genome-Wide Association Study of Serum Fructosamine and Glycated Albumin in Adults Without Diagnosed Diabetes: Results From the Atherosclerosis Risk in Communities Study. Diabetes. 2018;67(8):1684-96. Epub 2018/05/31. doi: 10.2337/db17-1362. PubMed PMID: 29844224; PMCID: PMC6054442.

65.     Reges O, Greenland P, Dicker D, Leibowitz M, Hoshen M, Gofer I, **Rasmussen-Torvik** LJ, Balicer RD. Association of Bariatric Surgery Using Laparoscopic Banding, Roux-en-Y Gastric Bypass, or Laparoscopic Sleeve Gastrectomy vs Usual Care Obesity Management With All-Cause Mortality. JAMA. 2018;319(3):279-90. Epub 2018/01/18. doi: 10.1001/jama.2017.20513. PubMed PMID: 29340677; PMCID: PMC5833565.

66.     Volpi S, Bult CJ, Chisholm RL, Deverka PA, Ginsburg GS, Jacob HJ, Kasapi M, McLeod HL, Roden DM, Williams MS, Green ED, Rodriguez LL, Aronson S, Cavallari LH, Denny JC, Dressler LG, Johnson JA, Klein TE, Leeder JS, Piquette-Miller M, Perera M, **Rasmussen-Torvik** LJ, Rehm HL, Ritchie MD, Skaar TC, Wagle N, Weinshilboum R, Weitzel KW, Wildin R, Wilson J, Manolio TA, Relling MV. Research Directions in the Clinical Implementation of Pharmacogenomics: An Overview of US Programs and Projects. Clin Pharmacol Ther. 2018;103(5):778-86. Epub 2018/02/21. doi: 10.1002/cpt.1048. PubMed PMID: 29460415; PMCID: PMC5902434.

67.     Wei WQ, Li X, Feng Q, Kubo M, Kullo IJ, Peissig PL, Karlson EW, Jarvik GP, Lee MTM, Shang N, Larson EA, Edwards T, Shaffer CM, Mosley JD, Maeda S, Horikoshi M, Ritchie M, Williams MS, Larson EB, Crosslin DR, Bland ST, Pacheco JA, **Rasmussen-Torvik** LJ, Cronkite D, Hripcsak G, Cox NJ, Wilke RA, Stein CM, Rotter JI, Momozawa Y, Roden DM, Krauss RM, Denny JC. LPA Variants Are Associated With Residual Cardiovascular Risk in Patients Receiving Statins. Circulation.

2018;138(17):1839-49. Epub 2018/04/29. doi: 10.1161/CIRCULATIONAHA.117.031356. PubMed PMID: 29703846; PMCID: PMC6202211.

68.     Barata L, Feitosa MF, Bielak LF, Halligan B, Baldridge AS, Guo X, Yerges-Armstrong LM, Smith AV, Yao J, Palmer ND, VanWagner LB, Carr JJ, Chen YI, Allison M, Budoff MJ, Handelman SK, Kardia SLR, Mosley TH, Jr., Ryan K, Harris TB, Launer LJ, Gudnason V, Rotter JI, Fornage M, **Rasmussen-Torvik** LJ, Borecki IB, O'Connell JR, Peyser PA, Speliotes EK, Province MA. Insulin Resistance Exacerbates Genetic Predisposition to Nonalcoholic Fatty Liver Disease in Individuals Without Diabetes. Hepatol Commun. 2019;3(7):894-907. Epub 2019/07/25. doi: 10.1002/hep4.1353. PubMed PMID: 31334442; PMCID: PMC6601321.

69.     Khan SS, Kim KA, Peng J, Aguilar FG, Selvaraj S, Martinez EE, Baldridge AS, Sha J, Irvin MR, Broeckel U, Arnett DK, **Rasmussen-Torvik** LJ, Shah SJ. Clinical correlates and heritability of cardiac mechanics: The HyperGEN study. Int J Cardiol. 2019;274:208-13. Epub 2018/07/27. doi: 10.1016/j.ijcard.2018.07.057. PubMed PMID: 30045819; PMCID: PMC6242726.

70.     Rasmussen LV, Smith ME, Almaraz F, Persell SD, **Rasmussen-Torvik** LJ, Pacheco JA, Chisholm RL, Christensen C, Herr TM, Wehbe FH, Starren JB. An ancillary genomics system to support the return of pharmacogenomic results. J Am Med Inform Assoc. 2019;26(4):306-10. Epub 2019/02/20. doi: 10.1093/jamia/ocy187. PubMed PMID: 30778576; PMCID: PMC6402311.

71.     **Rasmussen-Torvik** LJ, Reges O, Greenland P, Dicker D, Leibowitz M, Senderey AB, Hoshen M, Balicer RD. All-Cause Mortality Following Bariatric Surgery in Smokers and Non-smokers. Obes Surg. 2019;29(12):3854-9. Epub 2019/07/07. doi: 10.1007/s11695-019-04055-4. PubMed PMID: 31278656.

72.     Safarova MS, Satterfield BA, Fan X, Austin EE, Ye Z, Bastarache L, Zheng N, Ritchie MD, Borthwick KM, Williams MS, Larson EB, Scrol A, Jarvik GP, Crosslin DR, Leppig K, **Rasmussen-Torvik** LJ, Pendergrass SA, Sturm AC, Namjou B, Shah AS, Carroll RJ, Chung WK, Wei WQ, Feng Q, Stein CM, Roden DM, Manolio TA, Schaid DJ, Denny JC, Hebbring SJ, de Andrade M, Kullo IJ. A phenome-wide association study to discover pleiotropic effects of PCSK9, APOB, and LDLR. NPJ Genom Med. 2019;4:3. Epub 2019/02/19. doi: 10.1038/s41525-019-0078-7. PubMed PMID: 30774981; PMCID: PMC6370860.

73.     Stanaway IB, Hall TO, Rosenthal EA, Palmer M, Naranbhai V, Knevel R, Namjou-Khales B, Carroll RJ, Kiryluk K, Gordon AS, Linder J, Howell KM, Mapes BM, Lin FTJ, Joo YY, Hayes MG, Gharavi AG, Pendergrass SA, Ritchie MD, de Andrade M, Croteau-Chonka DC, Raychaudhuri S, Weiss ST, Lebo M, Amr SS, Carrell D, Larson EB, Chute CG, **Rasmussen-Torvik** LJ, Roy-Puckelwartz MJ, Sleiman P, Hakonarson H, Li R, Karlson EW, Peterson JF, Kullo IJ, Chisholm R, Denny JC, Jarvik GP, e MN, Crosslin DR. The eMERGE genotype set of 83,717 subjects imputed to ~40 million variants genome wide and association with the herpes zoster medical record phenotype. Genet Epidemiol. 2019;43(1):63-81. Epub 2018/10/10. doi: 10.1002/gepi.22167. PubMed PMID: 30298529; PMCID: PMC6375696.

74.     Unkart JT, Allison MA, Criqui MH, McDermott MM, Wood AC, Folsom AR, Lloyd-Jones D, **Rasmussen-Torvik** LJ, Allen N, Burke G, Szklo M, Cushman M, McClelland RL, Wassel CL. Life's Simple 7 and Peripheral Artery Disease: The Multi-Ethnic Study of Atherosclerosis. Am J Prev Med. 2019;56(2):262-70. Epub 2018/12/17. doi: 10.1016/j.amepre.2018.09.021. PubMed PMID: 30553692; PMCID: PMC6422346.

75.     Zhang X, Veturi Y, Verma S, Bone W, Verma A, Lucas A, Hebbring S, Denny JC, Stanaway IB, Jarvik GP, Crosslin D, Larson EB, **Rasmussen-Torvik** L, Pendergrass SA, Smoller JW, Hakonarson H, Sleiman P, Weng C, Fasel D, Wei WQ, Kullo I, Schaid D, Chung WK, Ritchie MD. Detecting potential pleiotropy across cardiovascular and neurological diseases using univariate, bivariate, and multivariate methods on 43,870 individuals from the eMERGE network. Pac Symp Biocomput. 2019;24:272-83. Epub 2019/03/14. PubMed PMID: 30864329; PMCID: PMC6457436.

A2.  Peer-Reviewed Original Investigations (Consortium)

*Some of my work as a genetic epidemiologist has involved participation in the large GWAS-meta analyses required to assemble sufficient sample size for detection of common genetic variants associated with common diseases.   I have explained my role in each of these large consortium with an * after the citation.*

1.      Billings LK, Hsu YH, Ackerman RJ, Dupuis J, Voight BF, **Rasmussen-Torvik** LJ, Hercberg S, Lathrop M, Barnes D, Langenberg C, Hui J, Fu M, Bouatia-Naji N, Lecoeur C, An P, Magnusson PK, Surakka I, Ripatti S, Christiansen L, Dalgard C, Folkersen L, Grundberg E, Investigators M, Consortium D, Mu TC, Investigators A, Consortium G, Eriksson P, Kaprio J, Ohm Kyvik K, Pedersen M, Borecki IB, Province MA, Balkau B, Froguel P, Shuldiner AR, Palmer LJ, Wareham N, Meneton P, Johnson T, Pankow JS, Karasik D, Meigs JB, Kiel DP, Florez JC. Impact of common variation in bone-related genes on type 2 diabetes and related traits. Diabetes. 2012;61(8):2176-86. doi: 10.2337/db11-1515. PubMed PMID: 22698912; PMCID: 3402303.  *I performed the GWAS analyses in the ARIC study for this paper.*

2.      Dastani Z, Hivert MF, Timpson N, Perry JR, Yuan X, Scott RA, Henneman P, Heid IM, Kizer JR, Lyytikainen LP, Fuchsberger C, Tanaka T, Morris AP, Small K, Isaacs A, Beekman M, Coassin S, Lohman K, Qi L, Kanoni S, Pankow JS, Uh HW, Wu Y, Bidulescu A, **Rasmussen-Torvik** LJ, Greenwood CM, Ladouceur M, Grimsby J, Manning AK, Liu CT, Kooner J, Mooser VE, Vollenweider P, Kapur KA, Chambers J, Wareham NJ, Langenberg C, Frants R, Willems-Vandijk K, Oostra BA, Willems SM, Lamina C, Winkler TW, Psaty BM, Tracy RP, Brody J, Chen I, Viikari J, Kahonen M, Pramstaller PP, Evans DM, St Pourcain B, Sattar N, Wood AR, Bandinelli S, Carlson OD, Egan JM, Bohringer S, van Heemst D, Kedenko L, Kristiansson K, Nuotio ML, Loo BM, Harris T, Garcia M, Kanaya A, Haun M, Klopp N, Wichmann HE, Deloukas P, Katsareli E, Couper DJ, Duncan BB, Kloppenburg M, Adair LS, Borja JB, Consortium D, Consortium M, Investigators G, Mu TC, Wilson JG, Musani S, Guo X, Johnson T, Semple R, Teslovich TM, Allison MA, Redline S, Buxbaum SG, Mohlke KL, Meulenbelt I, Ballantyne CM, Dedoussis GV, Hu FB, Liu Y, Paulweber B, Spector TD, Slagboom PE, Ferrucci L, Jula A, Perola M, Raitakari O, Florez JC, Salomaa V, Eriksson JG, Frayling TM, Hicks AA, Lehtimaki T, Smith GD, Siscovick DS, Kronenberg F, van Duijn C, Loos RJ, Waterworth DM, Meigs JB, Dupuis J, Richards JB, Voight BF, Scott LJ, Steinthorsdottir V, Dina C, Welch RP, Zeggini E, Huth C, Aulchenko YS, Thorleifsson G, McCulloch LJ, Ferreira T, Grallert H, Amin N, Wu G, Willer CJ, Raychaudhuri S, McCarroll SA, Hofmann OM, Segre AV, van Hoek M, Navarro P, Ardlie K, Balkau B, Benediktsson R, Bennett AJ, Blagieva R, Boerwinkle E, Bonnycastle LL, Bostrom KB, Bravenboer B, Bumpstead S, Burtt NP, Charpentier G, Chines PS, Cornelis M, Crawford G, Doney AS, Elliott KS, Elliott AL, Erdos MR, Fox CS, Franklin CS, Ganser M, Gieger C, Grarup N, Green T, Griffin S, Groves CJ, Guiducci C, Hadjadj S, Hassanali N, Herder C, Isomaa B, Jackson AU, Johnson PR, Jorgensen T, Kao WH, Kong A, Kraft P, Kuusisto J, Lauritzen T, Li M, Lieverse A, Lindgren CM, Lyssenko V, Marre M, Meitinger T, Midthjell K, Morken MA, Narisu N, Nilsson P, Owen KR, Payne F, Petersen AK, Platou C, Proenca C, Prokopenko I, Rathmann W, Rayner NW, Robertson NR, Rocheleau G, Roden M, Sampson MJ, Saxena R, Shields BM, Shrader P, Sigurdsson G, Sparso T, Strassburger K, Stringham HM, Sun Q, Swift AJ, Thorand B, Tichet J, Tuomi T, van Dam RM, van Haeften TW, van Herpt T, van Vliet-Ostaptchouk JV, Walters GB, Weedon MN, Wijmenga C, Witteman J, Bergman RN, Cauchi S, Collins FS, Gloyn AL, Gyllensten U, Hansen T, Hide WA, Hitman GA, Hofman A, Hunter DJ, Hveem K, Laakso M, Morris AD, Palmer CN, Rudan I, Sijbrands E, Stein LD, Tuomilehto J, Uitterlinden A, Walker M, Watanabe RM, Abecasis GR, Boehm BO, Campbell H, Daly MJ, Hattersley AT, Pedersen O, Barroso I, Groop L, Sladek R, Thorsteinsdottir U, Wilson JF, Illig T, Froguel P, van Duijn CM, Stefansson K, Altshuler D, Boehnke M, McCarthy MI, Soranzo N, Wheeler E, Glazer NL, Bouatia-Naji N, Magi R, Randall J, Elliott P, Rybin D, Dehghan A, Hottenga JJ, Song K, Goel A, Lajunen T, Doney A, Cavalcanti-Proenca C, Kumari M, Timpson NJ, Zabena C, Ingelsson E, An P, O'Connell J, Luan J, Elliott A, McCarroll SA, Roccasecca RM, Pattou F, Sethupathy P, Ariyurek Y, Barter P, Beilby JP, Ben-Shlomo Y, Bergmann S, Bochud M, Bonnefond A, Borch-Johnsen K, Bottcher Y, Brunner E, Bumpstead SJ, Chen YD, Chines P, Clarke R, Coin LJ, Cooper MN, Crisponi L, Day IN, de Geus EJ, Delplanque J, Fedson AC, Fischer-Rosinsky A, Forouhi NG, Franzosi MG, Galan P, Goodarzi MO, Graessler J, Grundy S, Gwilliam R, Hallmans G, Hammond N, Han X, Hartikainen AL, Hayward C, Heath SC, Hercberg S, Hillman DR, Hingorani AD, Hui J, Hung J, Kaakinen M, Kaprio J, Kesaniemi YA, Kivimaki M, Knight B, Koskinen S, Kovacs P, Kyvik KO, Lathrop GM, Lawlor DA, Le Bacquer O, Lecoeur C, Li Y, Mahley R, Mangino M, Martinez-Larrad MT, McAteer JB, McPherson R,

Meisinger C, Melzer D, Meyre D, Mitchell BD, Mukherjee S, Naitza S, Neville MJ, Orru M, Pakyz R, Paolisso G, Pattaro C, Pearson D, Peden JF, Pedersen NL, Pfeiffer AF, Pichler I, Polasek O, Posthuma D, Potter SC, Pouta A, Province MA, Rayner NW, Rice K, Ripatti S, Rivadeneira F, Rolandsson O, Sandbaek A, Sandhu M, Sanna S, Sayer AA, Scheet P, Seedorf U, Sharp SJ, Shields B, Sigurethsson G, Sijbrands EJ, Silveira A, Simpson L, Singleton A, Smith NL, Sovio U, Swift A, Syddall H, Syvanen AC, Tonjes A, Uitterlinden AG, van Dijk KW, Varma D, Visvikis-Siest S, Vitart V, Vogelzangs N, Waeber G, Wagner PJ, Walley A, Ward KL, Watkins H, Wild SH, Willemsen G, Witteman JC, Yarnell JW, Zelenika D, Zethelius B, Zhai G, Zhao JH, Zillikens MC, Consortium D, Consortium G, Global BPC, Borecki IB, Meneton P, Magnusson PK, Nathan DM, Williams GH, Silander K, Bornstein SR, Schwarz P, Spranger J, Karpe F, Shuldiner AR, Cooper C, Serrano-Rios M, Lind L, Palmer LJ, Hu FBs, Franks PW, Ebrahim S, Marmot M, Kao WH, Pramstaller PP, Wright AF, Stumvoll M, Hamsten A, Procardis C, Buchanan TA, Valle TT, Rotter JI, Penninx BW, Boomsma DI, Cao A, Scuteri A, Schlessinger D, Uda M, Ruokonen A, Jarvelin MR, Peltonen L, Mooser V, Sladek R, investigators M, Consortium G, Musunuru K, Smith AV, Edmondson AC, Stylianou IM, Koseki M, Pirruccello JP, Chasman DI, Johansen CT, Fouchier SW, Peloso GM, Barbalic M, Ricketts SL, Bis JC, Feitosa MF, Orho-Melander M, Melander O, Li X, Li M, Cho YS, Go MJ, Kim YJ, Lee JY, Park T, Kim K, Sim X, Ong RT, Croteau-Chonka DC, Lange LA, Smith JD, Ziegler A, Zhang W, Zee RY, Whitfield JB, Thompson JR, Surakka I, Spector TD, Smit JH, Sinisalo J, Scott J, Saharinen J, Sabatti C, Rose LM, Roberts R, Rieder M, Parker AN, Pare G, O'Donnell CJ, Nieminen MS, Nickerson DA, Montgomery GW, McArdle W, Masson D, Martin NG, Marroni F, Lucas G, Luben R, Lokki ML, Lettre G, Launer LJ, Lakatta EG, Laaksonen R, Kyvik KO, Konig IR, Khaw KT, Kaplan LM, Johansson A, Janssens AC, Igl W, Hovingh GK, Hengstenberg C, Havulinna AS, Hastie ND, Harris TB, Haritunians T, Hall AS, Groop LC, Gonzalez E, Freimer NB, Erdmann J, Ejebe KG, Doring A, Dominiczak AF, Demissie S, Deloukas P, de Faire U, Crawford G, Chen YD, Caulfield MJ, Boekholdt SM, Assimes TL, Quertermous T, Seielstad M, Wong TY, Tai ES, Feranil AB, Kuzawa CW, Taylor HA, Jr., Gabriel SB, Holm H, Gudnason V, Krauss RM, Ordovas JM, Munroe PB, Kooner JS, Tall AR, Hegele RA, Kastelein JJ, Schadt EE, Strachan DP, Reilly MP, Samani NJ, Schunkert H, Cupples LA, Sandhu MS, Ridker PM, Rader DJ, Kathiresan S. Novel loci for adiponectin levels and their influence on type 2 diabetes and metabolic traits: a multi-ethnic meta-analysis of 45,891 individuals. PLoS Genet. 2012;8(3):e1002607. doi: 10.1371/journal.pgen.1002607. PubMed PMID: 22479202; PMCID: 3315470. *I performed the GWAS analyses in the MESA study for this paper.*

3.      Liu CT, Ng MC, Rybin D, Adeyemo A, Bielinski SJ, Boerwinkle E, Borecki I, Cade B, Chen YD, Djousse L, Fornage M, Goodarzi MO, Grant SF, Guo X, Harris T, Kabagambe E, Kizer JR, Liu Y, Lunetta KL, Mukamal K, Nettleton JA, Pankow JS, Patel SR, Ramos E, **Rasmussen-Torvik** L, Rich SS, Rotimi CN, Sarpong D, Shriner D, Sims H, Zmuda JM, Redline S, Kao WH, Siscovick D, Florez JC, Rotter JI, Dupuis J, Wilson JG, Bowden DW, Meigs JB. Transferability and fine-mapping of glucose and insulin quantitative trait loci across populations: CARe, the Candidate Gene Association Resource. Diabetologia. 2012;55(11):2970-84. doi: 10.1007/s00125-012-2656-4. PubMed PMID: 22893027; PMCID: 3804308. *I was the CARDIA representative for this paper.*

4.      Manning AK, Hivert MF, Scott RA, Grimsby JL, Bouatia-Naji N, Chen H, Rybin D, Liu CT, Bielak LF, Prokopenko I, Amin N, Barnes D, Cadby G, Hottenga JJ, Ingelsson E, Jackson AU, Johnson T, Kanoni S, Ladenvall C, Lagou V, Lahti J, Lecoeur C, Liu Y, Martinez-Larrad MT, Montasser ME, Navarro P, Perry JR, **Rasmussen-Torvik** LJ, Salo P, Sattar N, Shungin D, Strawbridge RJ, Tanaka T, van Duijn CM, An P, de Andrade M, Andrews JS, Aspelund T, Atalay M, Aulchenko Y, Balkau B, Bandinelli S, Beckmann JS, Beilby JP, Bellis C, Bergman RN, Blangero J, Boban M, Boehnke M, Boerwinkle E, Bonnycastle LL, Boomsma DI, Borecki IB, Bottcher Y, Bouchard C, Brunner E, Budimir D, Campbell H, Carlson O, Chines PS, Clarke R, Collins FS, Corbaton-Anchuelo A, Couper D, de Faire U, Dedoussis GV, Deloukas P, Dimitriou M, Egan JM, Eiriksdottir G, Erdos MR, Eriksson JG, Eury E, Ferrucci L, Ford I, Forouhi NG, Fox CS, Franzosi MG, Franks PW, Frayling TM, Froguel P, Galan P, de Geus E, Gigante B, Glazer NL, Goel A, Groop L, Gudnason V, Hallmans G, Hamsten A, Hansson O, Harris TB, Hayward C, Heath S, Hercberg S, Hicks AA, Hingorani A, Hofman A, Hui J, Hung J, Jarvelin MR, Jhun MA, Johnson PC, Jukema JW, Jula A, Kao WH, Kaprio J, Kardia SL, Keinanen-Kiukaanniemi S, Kivimaki M, Kolcic I, Kovacs P, Kumari M, Kuusisto J, Kyvik KO, Laakso M, Lakka T, Lannfelt L, Lathrop GM, Launer LJ, Leander K, Li G, Lind L, Lindstrom J, Lobbens S, Loos RJ, Luan J, Lyssenko V, Magi R, Magnusson PK, Marmot M, Meneton P, Mohlke KL, Mooser V, Morken MA, Miljkovic I, Narisu N, O'Connell J, Ong KK, Oostra BA, Palmer LJ, Palotie A, Pankow JS, Peden JF, Pedersen NL, Pehlic M, Peltonen L, Penninx B, Pericic M, Perola M, Perusse L, Peyser PA, Polasek O, Pramstaller PP, Province MA, Raikkonen K, Rauramaa R, Rehnberg E, Rice K, Rotter JI, Rudan I, Ruokonen A, Saaristo T, Sabater-Lleal M, Salomaa V, Savage DB, Saxena R, Schwarz P, Seedorf U, Sennblad B, Serrano-Rios M, Shuldiner AR, Sijbrands EJ, Siscovick DS, Smit JH, Small KS,

18

Smith NL, Smith AV, Stancakova A, Stirrups K, Stumvoll M, Sun YV, Swift AJ, Tonjes A, Tuomilehto J, Trompet S, Uitterlinden AG, Uusitupa M, Vikstrom M, Vitart V, Vohl MC, Voight BF, Vollenweider P, Waeber G, Waterworth DM, Watkins H, Wheeler E, Widen E, Wild SH, Willems SM, Willemsen G, Wilson JF, Witteman JC, Wright AF, Yaghootkar H, Zelenika D, Zemunik T, Zgaga L, Replication DIG, Meta-analysis C, Multiple Tissue Human Expression Resource C, Wareham NJ, McCarthy MI, Barroso I, Watanabe RM, Florez JC, Dupuis J, Meigs JB, Langenberg C. A genome-wide approach accounting for body mass index identifies genetic variants influencing fasting glycemic traits and insulin resistance. Nat Genet. 2012;44(6):659-69. doi: 10.1038/ng.2274. PubMed PMID: 22581228; PMCID: 3613127.  *I performed the GWAS analyses in the ARIC study for this paper and was part of the primary writing group.*

5.      Scott RA, Chu AY, Grarup N, Manning AK, Hivert MF, Shungin D, Tonjes A, Yesupriya A, Barnes D, Bouatia-Naji N, Glazer NL, Jackson AU, Kutalik Z, Lagou V, Marek D, **Rasmussen-Torvik** LJ, Stringham HM, Tanaka T, Aadahl M, Arking DE, Bergmann S, Boerwinkle E, Bonnycastle LL, Bornstein SR, Brunner E, Bumpstead SJ, Brage S, Carlson OD, Chen H, Chen YD, Chines PS, Collins FS, Couper DJ, Dennison EM, Dowling NF, Egan JS, Ekelund U, Erdos MR, Forouhi NG, Fox CS, Goodarzi MO, Grassler J, Gustafsson S, Hallmans G, Hansen T, Hingorani A, Holloway JW, Hu FB, Isomaa B, Jameson KA, Johansson I, Jonsson A, Jorgensen T, Kivimaki M, Kovacs P, Kumari M, Kuusisto J, Laakso M, Lecoeur C, Levy-Marchal C, Li G, Loos RJ, Lyssenko V, Marmot M, Marques-Vidal P, Morken MA, Muller G, North KE, Pankow JS, Payne F, Prokopenko I, Psaty BM, Renstrom F, Rice K, Rotter JI, Rybin D, Sandholt CH, Sayer AA, Shrader P, Schwarz PE, Siscovick DS, Stancakova A, Stumvoll M, Teslovich TM, Waeber G, Williams GH, Witte DR, Wood AR, Xie W, Boehnke M, Cooper C, Ferrucci L, Froguel P, Groop L, Kao WH, Vollenweider P, Walker M, Watanabe RM, Pedersen O, Meigs JB, Ingelsson E, Barroso I, Florez JC, Franks PW, Dupuis J, Wareham NJ, Langenberg C. No interactions between previously associated 2-hour glucose gene variants and physical activity or BMI on 2-hour glucose levels. Diabetes. 2012;61(5):1291-6. doi: 10.2337/db11-0973. PubMed PMID: 22415877; PMCID: 3331745.  *I performed the GWAS analyses in the ARIC study for this paper.*

6.      Scott RA, Lagou V, Welch RP, Wheeler E, Montasser ME, Luan J, Magi R, Strawbridge RJ, Rehnberg E, Gustafsson S, Kanoni S, **Rasmussen-Torvik** LJ, Yengo L, Lecoeur C, Shungin D, Sanna S, Sidore C, Johnson PC, Jukema JW, Johnson T, Mahajan A, Verweij N, Thorleifsson G, Hottenga JJ, Shah S, Smith AV, Sennblad B, Gieger C, Salo P, Perola M, Timpson NJ, Evans DM, Pourcain BS, Wu Y, Andrews JS, Hui J, Bielak LF, Zhao W, Horikoshi M, Navarro P, Isaacs A, O'Connell JR, Stirrups K, Vitart V, Hayward C, Esko T, Mihailov E, Fraser RM, Fall T, Voight BF, Raychaudhuri S, Chen H, Lindgren CM, Morris AP, Rayner NW, Robertson N, Rybin D, Liu CT, Beckmann JS, Willems SM, Chines PS, Jackson AU, Kang HM, Stringham HM, Song K, Tanaka T, Peden JF, Goel A, Hicks AA, An P, Muller-Nurasyid M, Franco-Cereceda A, Folkersen L, Marullo L, Jansen H, Oldehinkel AJ, Bruinenberg M, Pankow JS, North KE, Forouhi NG, Loos RJ, Edkins S, Varga TV, Hallmans G, Oksa H, Antonella M, Nagaraja R, Trompet S, Ford I, Bakker SJ, Kong A, Kumari M, Gigante B, Herder C, Munroe PB, Caulfield M, Antti J, Mangino M, Small K, Miljkovic I, Liu Y, Atalay M, Kiess W, James AL, Rivadeneira F, Uitterlinden AG, Palmer CN, Doney AS, Willemsen G, Smit JH, Campbell S, Polasek O, Bonnycastle LL, Hercberg S, Dimitriou M, Bolton JL, Fowkes GR, Kovacs P, Lindstrom J, Zemunik T, Bandinelli S, Wild SH, Basart HV, Rathmann W, Grallert H, Replication DIG, Meta-analysis C, Maerz W, Kleber ME, Boehm BO, Peters A, Pramstaller PP, Province MA, Borecki IB, Hastie ND, Rudan I, Campbell H, Watkins H, Farrall M, Stumvoll M, Ferrucci L, Waterworth DM, Bergman RN, Collins FS, Tuomilehto J, Watanabe RM, de Geus EJ, Penninx BW, Hofman A, Oostra BA, Psaty BM, Vollenweider P, Wilson JF, Wright AF, Hovingh GK, Metspalu A, Uusitupa M, Magnusson PK, Kyvik KO, Kaprio J, Price JF, Dedoussis GV, Deloukas P, Meneton P, Lind L, Boehnke M, Shuldiner AR, van Duijn CM, Morris AD, Toenjes A, Peyser PA, Beilby JP, Korner A, Kuusisto J, Laakso M, Bornstein SR, Schwarz PE, Lakka TA, Rauramaa R, Adair LS, Smith GD, Spector TD, Illig T, de Faire U, Hamsten A, Gudnason V, Kivimaki M, Hingorani A, Keinanen-Kiukaanniemi SM, Saaristo TE, Boomsma DI, Stefansson K, van der Harst P, Dupuis J, Pedersen NL, Sattar N, Harris TB, Cucca F, Ripatti S, Salomaa V, Mohlke KL, Balkau B, Froguel P, Pouta A, Jarvelin MR, Wareham NJ, Bouatia-Naji N, McCarthy MI, Franks PW, Meigs JB, Teslovich TM, Florez JC, Langenberg C, Ingelsson E, Prokopenko I, Barroso I. Large-scale association analyses identify new loci influencing glycemic traits and provide insight into the underlying biological pathways. Nat Genet. 2012;44(9):991-1005. doi: 10.1038/ng.2385. PubMed PMID: 22885924; PMCID: 3433394. *I performed the GWAS analyses in the ARIC study for this paper and was part of the primary writing group.*

7.      Chen Z, Tang H, Qayyum R, Schick UM, Nalls MA, Handsaker R, Li J, Lu Y, Yanek LR, Keating B, Meng Y, van Rooij FJ, Okada Y, Kubo M, **Rasmussen-Torvik** L, Keller MF, Lange L, Evans M, Bottinger EP, Linderman MD, Ruderfer DM, Hakonarson H, Papanicolaou G, Zonderman AB, Gottesman O, BioBank Japan P, Consortium C, Thomson C, Ziv E, Singleton AB, Loos RJ, Sleiman PM, Ganesh S, McCarroll S, Becker DM, Wilson JG, Lettre G, Reiner AP. Genome-wide association analysis of red blood cell traits in African Americans: the COGENT Network. Hum Mol Genet. 2013;22(12):2529-38. doi: 10.1093/hmg/ddt087. PubMed PMID: 23446634; PMCID: 3658166. *I was the CARDIA representative for this paper.*

8.      Liu CT, Monda KL, Taylor KC, Lange L, Demerath EW, Palmas W, Wojczynski MK, Ellis JC, Vitolins MZ, Liu S, Papanicolaou GJ, Irvin MR, Xue L, Griffin PJ, Nalls MA, Adeyemo A, Liu J, Li G, Ruiz-Narvaez EA, Chen WM, Chen F, Henderson BE, Millikan RC, Ambrosone CB, Strom SS, Guo X, Andrews JS, Sun YV, Mosley TH, Yanek LR, Shriner D, Haritunians T, Rotter JI, Speliotes EK, Smith M, Rosenberg L, Mychaleckyj J, Nayak U, Spruill I, Garvey WT, Pettaway C, Nyante S, Bandera EV, Britton AF, Zonderman AB, **Rasmussen-Torvik** LJ, Chen YD, Ding J, Lohman K, Kritchevsky SB, Zhao W, Peyser PA, Kardia SL, Kabagambe E, Broeckel U, Chen G, Zhou J, Wassertheil-Smoller S, Neuhouser ML, Rampersaud E, Psaty B, Kooperberg C, Manson JE, Kuller LH, Ochs-Balcom HM, Johnson KC, Sucheston L, Ordovas JM, Palmer JR, Haiman CA, McKnight B, Howard BV, Becker DM, Bielak LF, Liu Y, Allison MA, Grant SF, Burke G, Patel SR, Schreiner PJ, Borecki IB, Evans MK, Taylor H, Sale MM, Howard V, Carlson CS, Rotimi CN, Cushman M, Harris TB, Reiner AP, Cupples LA, North KE, Fox CS. Genome-wide association of body fat distribution in African ancestry populations suggests new loci. PLoS Genet. 2013;9(8):e1003681. doi: 10.1371/journal.pgen.1003681. PubMed PMID: 23966867; PMCID: 3744443. *\*I performed the MESA GWAS analyses for this paper.*

9.      Monda KL, Chen GK, Taylor KC, Palmer C, Edwards TL, Lange LA, Ng MC, Adeyemo AA, Allison MA, Bielak LF, Chen G, Graff M, Irvin MR, Rhie SK, Li G, Liu Y, Liu Y, Lu Y, Nalls MA, Sun YV, Wojczynski MK, Yanek LR, Aldrich MC, Ademola A, Amos CI, Bandera EV, Bock CH, Britton A, Broeckel U, Cai Q, Caporaso NE, Carlson CS, Carpten J, Casey G, Chen WM, Chen F, Chen YD, Chiang CW, Coetzee GA, Demerath E, Deming-Halverson SL, Driver RW, Dubbert P, Feitosa MF, Feng Y, Freedman BI, Gillanders EM, Gottesman O, Guo X, Haritunians T, Harris T, Harris CC, Hennis AJ, Hernandez DG, McNeill LH, Howard TD, Howard BV, Howard VJ, Johnson KC, Kang SJ, Keating BJ, Kolb S, Kuller LH, Kutlar A, Langefeld CD, Lettre G, Lohman K, Lotay V, Lyon H, Manson JE, Maixner W, Meng YA, Monroe KR, Morhason-Bello I, Murphy AB, Mychaleckyj JC, Nadukuru R, Nathanson KL, Nayak U, N'Diaye A, Nemesure B, Wu SY, Leske MC, Neslund-Dudas C, Neuhouser M, Nyante S, Ochs-Balcom H, Ogunniyi A, Ogundiran TO, Ojengbede O, Olopade OI, Palmer JR, Ruiz-Narvaez EA, Palmer ND, Press MF, Rampersaud E, **Rasmussen-Torvik** LJ, Rodriguez-Gil JL, Salako B, Schadt EE, Schwartz AG, Shriner DA, Siscovick D, Smith SB, Wassertheil-Smoller S, Speliotes EK, Spitz MR, Sucheston L, Taylor H, Tayo BO, Tucker MA, Van Den Berg DJ, Edwards DR, Wang Z, Wiencke JK, Winkler TW, Witte JS, Wrensch M, Wu X, Yang JJ, Levin AM, Young TR, Zakai NA, Cushman M, Zanetti KA, Zhao JH, Zhao W, Zheng Y, Zhou J, Ziegler RG, Zmuda JM, Fernandes JK, Gilkeson GS, Kamen DL, Hunt KJ, Spruill IJ, Ambrosone CB, Ambs S, Arnett DK, Atwood L, Becker DM, Berndt SI, Bernstein L, Blot WJ, Borecki IB, Bottinger EP, Bowden DW, Burke G, Chanock SJ, Cooper RS, Ding J, Duggan D, Evans MK, Fox C, Garvey WT, Bradfield JP, Hakonarson H, Grant SF, Hsing A, Chu L, Hu JJ, Huo D, Ingles SA, John EM, Jordan JM, Kabagambe EK, Kardia SL, Kittles RA, Goodman PJ, Klein EA, Kolonel LN, Le Marchand L, Liu S, McKnight B, Millikan RC, Mosley TH, Padhukasahasram B, Williams LK, Patel SR, Peters U, Pettaway CA, Peyser PA, Psaty BM, Redline S, Rotimi CN, Rybicki BA, Sale MM, Schreiner PJ, Signorello LB, Singleton AB, Stanford JL, Strom SS, Thun MJ, Vitolins M, Zheng W, Moore JH, Williams SM, Ketkar S, Zhu X, Zonderman AB, Consortium N, Consortium U, BioBank Japan P, Consortium A, Kooperberg C, Papanicolaou GJ, Henderson BE, Reiner AP, Hirschhorn JN, Loos RJ, North KE, Haiman CA. A meta-analysis identifies new loci associated with body mass index in individuals of African ancestry. Nat Genet. 2013;45(6):690-6. doi: 10.1038/ng.2608. PubMed PMID: 23583978; PMCID: 3694490. *\*I performed the MESA GWAS analyses for this paper.*

10.      Ng MC, Saxena R, Li J, Palmer ND, Dimitrov L, Xu J, **Rasmussen-Torvik** LJ, Zmuda JM, Siscovick DS, Patel SR, Crook ED, Sims M, Chen YD, Bertoni AG, Li M, Grant SF, Dupuis J, Meigs JB, Psaty BM, Pankow JS, Langefeld CD, Freedman BI, Rotter JI, Wilson JG, Bowden DW. Transferability and fine mapping of type 2 diabetes loci in African Americans: the Candidate Gene Association Resource Plus Study. Diabetes. 2013;62(3):965-76. doi: 10.2337/db12-0266. PubMed PMID: 23193183; PMCID: 3581206.*\*I was the CARDIA representative for this paper.*

11.    Kraja AT, Chasman DI, North KE, Reiner AP, Yanek LR, Kilpelainen TO, Smith JA, Dehghan A, Dupuis J, Johnson AD, Feitosa MF, Tekola-Ayele F, Chu AY, Nolte IM, Dastani Z, Morris A, Pendergrass SA, Sun YV, Ritchie MD, Vaez A, Lin H, Ligthart S, Marullo L, Rohde R, Shao Y, Ziegler MA, Im HK, Cross Consortia Pleiotropy G, Cohorts for Heart a, Aging Research in Genetic E, Genetic Investigation of Anthropometric Traits C, Global Lipids Genetics C, Meta-Analyses of CG, Insulin-related traits C, Global BC, Consortium AD, Women's Genome Health S, Howard University Family S, Schnabel RB, Jorgensen T, Jorgensen ME, Hansen T, Pedersen O, Stolk RP, Snieder H, Hofman A, Uitterlinden AG, Franco OH, Ikram MA, Richards JB, Rotimi C, Wilson JG, Lange L, Ganesh SK, Nalls M, **Rasmussen-Torvik** LJ, Pankow JS, Coresh J, Tang W, Linda Kao WH, Boerwinkle E, Morrison AC, Ridker PM, Becker DM, Rotter JI, Kardia SL, Loos RJ, Larson MG, Hsu YH, Province MA, Tracy R, Voight BF, Vaidya D, O'Donnell CJ, Benjamin EJ, Alizadeh BZ, Prokopenko I, Meigs JB, Borecki IB. Pleiotropic genes for metabolic syndrome and inflammation. Mol Genet Metab. 2014;112(4):317-38. doi: 10.1016/j.ymgme.2014.04.007. PubMed PMID: 24981077; PMCID: 4122618.   *I was the ARIC representative for this paper.

12.    Ng MC, Shriner D, Chen BH, Li J, Chen WM, Guo X, Liu J, Bielinski SJ, Yanek LR, Nalls MA, Comeau ME, **Rasmussen-Torvik** LJ, Jensen RA, Evans DS, Sun YV, An P, Patel SR, Lu Y, Long J, Armstrong LL, Wagenknecht L, Yang L, Snively BM, Palmer ND, Mudgal P, Langefeld CD, Keene KL, Freedman BI, Mychaleckyj JC, Nayak U, Raffel LJ, Goodarzi MO, Chen YD, Taylor HA, Jr., Correa A, Sims M, Couper D, Pankow JS, Boerwinkle E, Adeyemo A, Doumatey A, Chen G, Mathias RA, Vaidya D, Singleton AB, Zonderman AB, Igo RP, Jr., Sedor JR, Consortium F, Kabagambe EK, Siscovick DS, McKnight B, Rice K, Liu Y, Hsueh WC, Zhao W, Bielak LF, Kraja A, Province MA, Bottinger EP, Gottesman O, Cai Q, Zheng W, Blot WJ, Lowe WL, Pacheco JA, Crawford DC, e MC, Consortium D, Grundberg E, Mu TC, Rich SS, Hayes MG, Shu XO, Loos RJ, Borecki IB, Peyser PA, Cummings SR, Psaty BM, Fornage M, Iyengar SK, Evans MK, Becker DM, Kao WH, Wilson JG, Rotter JI, Sale MM, Liu S, Rotimi CN, Bowden DW, Consortium ME-aotDiAA. Meta-analysis of genome-wide association studies in African Americans provides insights into the genetic architecture of type 2 diabetes. PLoS Genet. 2014;10(8):e1004517. doi: 10.1371/journal.pgen.1004517. PubMed PMID: 25102180; PMCID: 4125087.   *I was the CARDIA representative for this paper.

13.    Palmer ND, Goodarzi MO, Langefeld CD, Wang N, Guo X, Taylor KD, Fingerlin TE, Norris JM, Buchanan TA, Xiang AH, Haritunians T, Ziegler JT, Williams AH, Stefanovski D, Cui J, Mackay AW, Henkin LF, Bergman RN, Gao X, Gauderman J, Varma R, Hanis CL, Cox NJ, Highland HM, Below JE, Williams AL, Burtt NP, Aguilar-Salinas CA, Huerta-Chagoya A, Gonzalez-Villalpando C, Orozco L, Haiman CA, Tsai MY, Johnson WC, Yao J, **Rasmussen-Torvik** L, Pankow J, Snively B, Jackson RD, Liu S, Nadler AJ, Kandeel F, Chen YD, Bowden DW, Rich SS, Raffel LJ, Rotter JI, Watanabe RM, Wagenknecht LE. Genetic Variants Associated With Quantitative Glucose Homeostasis Traits Translate to Type 2 Diabetes in Mexican Americans: The GUARDIAN (Genetics Underlying Diabetes in Hispanics) Consortium. Diabetes. 2015;64(5):1853-66. doi: 10.2337/db14-0732. PubMed PMID: 25524916; PMCID: 4407862.   *I performed MESA GWAS replication analysis for this paper.

14.    Wessel J, Chu AY, Willems SM, Wang S, Yaghootkar H, Brody JA, Dauriz M, Hivert MF, Raghavan S, Lipovich L, Hidalgo B, Fox K, Huffman JE, An P, Lu Y, **Rasmussen-Torvik** LJ, Grarup N, Ehm MG, Li L, Baldridge AS, Stancakova A, Abrol R, Besse C, Boland A, Bork-Jensen J, Fornage M, Freitag DF, Garcia ME, Guo X, Hara K, Isaacs A, Jakobsdottir J, Lange LA, Layton JC, Li M, Hua Zhao J, Meidtner K, Morrison AC, Nalls MA, Peters MJ, Sabater-Lleal M, Schurmann C, Silveira A, Smith AV, Southam L, Stoiber MH, Strawbridge RJ, Taylor KD, Varga TV, Allin KH, Amin N, Aponte JL, Aung T, Barbieri C, Bihlmeyer NA, Boehnke M, Bombieri C, Bowden DW, Burns SM, Chen Y, Chen YD, Cheng CY, Correa A, Czajkowski J, Dehghan A, Ehret GB, Eiriksdottir G, Escher SA, Farmaki AE, Franberg M, Gambaro G, Giulianini F, Goddard WA, 3rd, Goel A, Gottesman O, Grove ML, Gustafsson S, Hai Y, Hallmans G, Heo J, Hoffmann P, Ikram MK, Jensen RA, Jorgensen ME, Jorgensen T, Karalefterri M, Khor CC, Kirkpatrick A, Kraja AT, Kuusisto J, Lange EM, Lee IT, Lee WJ, Leong A, Liao J, Liu C, Liu Y, Lindgren CM, Linneberg A, Malerba G, Mamakou V, Marouli E, Maruthur NM, Matchan A, McKean-Cowdin R, McLeod O, Metcalf GA, Mohlke KL, Muzny DM, Ntalla I, Palmer ND, Pasko D, Peter A, Rayner NW, Renstrom F, Rice K, Sala CF, Sennblad B, Serafetinidis I, Smith JA, Soranzo N, Speliotes EK, Stahl EA, Stirrups K, Tentolouris N, Thanopoulou A, Torres M, Traglia M, Tsafantakis E, Javad S, Yanek LR, Zengini E, Becker DM, Bis JC, Brown JB, Cupples LA, Hansen T, Ingelsson E, Karter AJ, Lorenzo C, Mathias RA, Norris JM, Peloso GM, Sheu WH, Toniolo D, Vaidya D, Varma R, Wagenknecht LE, Boeing H, Bottinger EP, Dedoussis G, Deloukas P, Ferrannini E, Franco OH, Franks PW, Gibbs RA,

Gudnason V, Hamsten A, Harris TB, Hattersley AT, Hayward C, Hofman A, Jansson JH, Langenberg C, Launer LJ, Levy D, Oostra BA, O'Donnell CJ, O'Rahilly S, Padmanabhan S, Pankow JS, Polasek O, Province MA, Rich SS, Ridker PM, Rudan I, Schulze MB, Smith BH, Uitterlinden AG, Walker M, Watkins H, Wong TY, Zeggini E, Consortium EP-I, Laakso M, Borecki IB, Chasman DI, Pedersen O, Psaty BM, Tai ES, van Duijn CM, Wareham NJ, Waterworth DM, Boerwinkle E, Kao WH, Florez JC, Loos RJ, Wilson JG, Frayling TM, Siscovick DS, Dupuis J, Rotter JI, Meigs JB, Scott RA, Goodarzi MO. Low-frequency and rare exome chip variants associate with fasting glucose and type 2 diabetes susceptibility. Nat Commun. 2015;6:5897. doi: 10.1038/ncomms6897. PubMed PMID: 25631608; PMCID: 4311266. *I directed CARDIA rare varaint analysis for this paper and participated in the primary writing group.*

15.      Kilpelainen TO, Carli JF, Skowronski AA, Sun Q, Kriebel J, Feitosa MF, Hedman AK, Drong AW, Hayes JE, Zhao J, Pers TH, Schick U, Grarup N, Kutalik Z, Trompet S, Mangino M, Kristiansson K, Beekman M, Lyytikainen LP, Eriksson J, Henneman P, Lahti J, Tanaka T, Luan J, Del Greco MF, Pasko D, Renstrom F, Willems SM, Mahajan A, Rose LM, Guo X, Liu Y, Kleber ME, Perusse L, Gaunt T, Ahluwalia TS, Ju Sung Y, Ramos YF, Amin N, Amuzu A, Barroso I, Bellis C, Blangero J, Buckley BM, Bohringer S, YD IC, de Craen AJ, Crosslin DR, Dale CE, Dastani Z, Day FR, Deelen J, Delgado GE, Demirkan A, Finucane FM, Ford I, Garcia ME, Gieger C, Gustafsson S, Hallmans G, Hankinson SE, Havulinna AS, Herder C, Hernandez D, Hicks AA, Hunter DJ, Illig T, Ingelsson E, Ioan-Facsinay A, Jansson JO, Jenny NS, Jorgensen ME, Jorgensen T, Karlsson M, Koenig W, Kraft P, Kwekkeboom J, Laatikainen T, Ladwig KH, LeDuc CA, Lowe G, Lu Y, Marques-Vidal P, Meisinger C, Menni C, Morris AP, Myers RH, Mannisto S, Nalls MA, Paternoster L, Peters A, Pradhan AD, Rankinen T, **Rasmussen-Torvik** LJ, Rathmann W, Rice TK, Brent Richards J, Ridker PM, Sattar N, Savage DB, Soderberg S, Timpson NJ, Vandenput L, van Heemst D, Uh HW, Vohl MC, Walker M, Wichmann HE, Widen E, Wood AR, Yao J, Zeller T, Zhang Y, Meulenbelt I, Kloppenburg M, Astrup A, Sorensen TI, Sarzynski MA, Rao DC, Jousilahti P, Vartiainen E, Hofman A, Rivadeneira F, Uitterlinden AG, Kajantie E, Osmond C, Palotie A, Eriksson JG, Heliovaara M, Knekt PB, Koskinen S, Jula A, Perola M, Huupponen RK, Viikari JS, Kahonen M, Lehtimaki T, Raitakari OT, Mellstrom D, Lorentzon M, Casas JP, Bandinelli S, Marz W, Isaacs A, van Dijk KW, van Duijn CM, Harris TB, Bouchard C, Allison MA, Chasman DI, Ohlsson C, Lind L, Scott RA, Langenberg C, Wareham NJ, Ferrucci L, Frayling TM, Pramstaller PP, Borecki IB, Waterworth DM, Bergmann S, Waeber G, Vollenweider P, Vestergaard H, Hansen T, Pedersen O, Hu FB, Eline Slagboom P, Grallert H, Spector TD, Jukema JW, Klein RJ, Schadt EE, Franks PW, Lindgren CM, Leibel RL, Loos RJ. Genome-wide meta-analysis uncovers novel loci influencing circulating leptin levels. Nat Commun. 2016;7:10494. doi: 10.1038/ncomms10494. PubMed PMID: 26833098; PMCID: 4740377.  *I performed the MESA GWAS analysis for this paper.*

16.      Liu CT, Raghavan S, Maruthur N, Kabagambe EK, Hong J, Ng MC, Hivert MF, Lu Y, An P, Bentley AR, Drolet AM, Gaulton KJ, Guo X, Armstrong LL, Irvin MR, Li M, Lipovich L, Rybin DV, Taylor KD, Agyemang C, Palmer ND, Cade BE, Chen WM, Dauriz M, Delaney JA, Edwards TL, Evans DS, Evans MK, Lange LA, Leong A, Liu J, Liu Y, Nayak U, Patel SR, Porneala BC, **Rasmussen-Torvik** LJ, Snijder MB, Stallings SC, Tanaka T, Yanek LR, Zhao W, Becker DM, Bielak LF, Biggs ML, Bottinger EP, Bowden DW, Chen G, Correa A, Couper DJ, Crawford DC, Cushman M, Eicher JD, Fornage M, Franceschini N, Fu YP, Goodarzi MO, Gottesman O, Hara K, Harris TB, Jensen RA, Johnson AD, Jhun MA, Karter AJ, Keller MF, Kho AN, Kizer JR, Krauss RM, Langefeld CD, Li X, Liang J, Liu S, Lowe WL, Jr., Mosley TH, North KE, Pacheco JA, Peyser PA, Patrick AL, Rice KM, Selvin E, Sims M, Smith JA, Tajuddin SM, Vaidya D, Wren MP, Yao J, Zhu X, Ziegler JT, Zmuda JM, Zonderman AB, Zwinderman AH, Consortium A, Consortium CA, Consortium C-B, e MC, Consortium M, Adeyemo A, Boerwinkle E, Ferrucci L, Hayes MG, Kardia SL, Miljkovic I, Pankow JS, Rotimi CN, Sale MM, Wagenknecht LE, Arnett DK, Chen YD, Nalls MA, Consortium M, Province MA, Kao WH, Siscovick DS, Psaty BM, Wilson JG, Loos RJ, Dupuis J, Rich SS, Florez JC, Rotter JI, Morris AP, Meigs JB. Trans-ethnic Meta-analysis and Functional Annotation Illuminates the Genetic Architecture of Fasting Glucose and Insulin. Am J Hum Genet. 2016;99(1):56-75. doi: 10.1016/j.ajhg.2016.05.006. PubMed PMID: 27321945; PMCID: 5005440.  *I was the CARDIA representative for this paper.*

17.      van 't Hof FN, Ruigrok YM, Lee CH, Ripke S, Anderson G, de Andrade M, Baas AF, Blankensteijn JD, Bottinger EP, Bown MJ, Broderick J, Bijlenga P, Carrell DS, Crawford DC, Crosslin DR, Ebeling C, Eriksson JG, Fornage M, Foroud T, von Und Zu Fraunberg M, Friedrich CM, Gaal EI, Gottesman O, Guo DC, Harrison SC, Hernesniemi J, Hofman A, Inoue I, Jaaskelainen JE, Jones GT, Kiemeney LA, Kivisaari R, Ko N, Koskinen S, Kubo M, Kullo IJ, Kuivaniemi H, Kurki MI, Laakso A, Lai D, Leal SM, Lehto H, LeMaire SA, Low SK, Malinowski J, McCarty CA, Milewicz DM, Mosley TH, Nakamura Y, Nakaoka H, Niemela M, Pacheco J, Peissig PL, Pera J, **Rasmussen-Torvik** L, Ritchie MD, Rivadeneira F, van Rij AM, Santos-Cortez

RL, Saratzis A, Slowik A, Takahashi A, Tromp G, Uiterlinden AG, Verma SS, Vermeulen SH, Wang GT, Aneurysm C, Vascular Research Consortium of New Z, Han B, Rinkel GJ, de Bakker PI. Shared Genetic Risk Factors of Intracranial, Abdominal, and Thoracic Aneurysms. J Am Heart Assoc. 2016;5(7). doi: 10.1161/JAHA.115.002603. PubMed PMID: 27418160; PMCID: 5015357. *I was the Northwestern eMERGE representative on this paper.*

18.     Graff M, Scott RA, Justice AE, Young KL, Feitosa MF, Barata L, Winkler TW, Chu AY, Mahajan A, Hadley D, Xue L, Workalemahu T, Heard-Costa NL, den Hoed M, Ahluwalia TS, Qi Q, Ngwa JS, Renstrom F, Quaye L, Eicher JD, Hayes JE, Cornelis M, Kutalik Z, Lim E, Luan J, Huffman JE, Zhang W, Zhao W, Griffin PJ, Haller T, Ahmad S, Marques-Vidal PM, Bien S, Yengo L, Teumer A, Smith AV, Kumari M, Harder MN, Justesen JM, Kleber ME, Hollensted M, Lohman K, Rivera NV, Whitfield JB, Zhao JH, Stringham HM, Lyytikainen LP, Huppertz C, Willemsen G, Peyrot WJ, Wu Y, Kristiansson K, Demirkan A, Fornage M, Hassinen M, Bielak LF, Cadby G, Tanaka T, Magi R, van der Most PJ, Jackson AU, Bragg-Gresham JL, Vitart V, Marten J, Navarro P, Bellis C, Pasko D, Johansson A, Snitker S, Cheng YC, Eriksson J, Lim U, Aadahl M, Adair LS, Amin N, Balkau B, Auvinen J, Beilby J, Bergman RN, Bergmann S, Bertoni AG, Blangero J, Bonnefond A, Bonnycastle LL, Borja JB, Brage S, Busonero F, Buyske S, Campbell H, Chines PS, Collins FS, Corre T, Smith GD, Delgado GE, Dueker N, Dorr M, Ebeling T, Eiriksdottir G, Esko T, Faul JD, Fu M, Faerch K, Gieger C, Glaser S, Gong J, Gordon-Larsen P, Grallert H, Grammer TB, Grarup N, van Grootheest G, Harald K, Hastie ND, Havulinna AS, Hernandez D, Hindorff L, Hocking LJ, Holmens OL, Holzapfel C, Hottenga JJ, Huang J, Huang T, Hui J, Huth C, Hutri-Kahonen N, James AL, Jansson JO, Jhun MA, Juonala M, Kinnunen L, Koistinen HA, Kolcic I, Komulainen P, Kuusisto J, Kvaloy K, Kahonen M, Lakka TA, Launer LJ, Lehne B, Lindgren CM, Lorentzon M, Luben R, Marre M, Milaneschi Y, Monda KL, Montgomery GW, De Moor MHM, Mulas A, Muller-Nurasyid M, Musk AW, Mannikko R, Mannisto S, Narisu N, Nauck M, Nettleton JA, Nolte IM, Oldehinkel AJ, Olden M, Ong KK, Padmanabhan S, Paternoster L, Perez J, Perola M, Peters A, Peters U, Peyser PA, Prokopenko I, Puoljoki H, Raitakari OT, Rankinen T, **Rasmussen-Torvik** LJ, Rawal R, Ridker PM, Rose LM, Rudan I, Sarti C, Sarzynski MA, Savonen K, Scott WR, Sanna S, Shuldiner AR, Sidney S, Silbernagel G, Smith BH, Smith JA, Snieder H, Stancakova A, Sternfeld B, Swift AJ, Tammelin T, Tan ST, Thorand B, Thuillier D, Vandenput L, Vestergaard H, van Vliet-Ostaptchouk JV, Vohl MC, Volker U, Waeber G, Walker M, Wild S, Wong A, Wright AF, Zillikens MC, Zubair N, Haiman CA, Lemarchand L, Gyllensten U, Ohlsson C, Hofman A, Rivadeneira F, Uiterlinden AG, Perusse L, Wilson JF, Hayward C, Polasek O, Cucca F, Hveem K, Hartman CA, Tonjes A, Bandinelli S, Palmer LJ, Kardia SLR, Rauramaa R, Sorensen TIA, Tuomilehto J, Salomaa V, Penninx B, de Geus EJC, Boomsma DI, Lehtimaki T, Mangino M, Laakso M, Bouchard C, Martin NG, Kuh D, Liu Y, Linneberg A, Marz W, Strauch K, Kivimaki M, Harris TB, Gudnason V, Volzke H, Qi L, Jarvelin MR, Chambers JC, Kooner JS, Froguel P, Kooperberg C, Vollenweider P, Hallmans G, Hansen T, Pedersen O, Metspalu A, Wareham NJ, Langenberg C, Weir DR, Porteous DJ, Boerwinkle E, Chasman DI, Consortium C, Consortium EP-I, Consortium P, Abecasis GR, Barroso I, McCarthy MI, Frayling TM, O'Connell JR, van Duijn CM, Boehnke M, Heid IM, Mohlke KL, Strachan DP, Fox CS, Liu CT, Hirschhorn JN, Klein RJ, Johnson AD, Borecki IB, Franks PW, North KE, Cupples LA, Loos RJF, Kilpelainen TO. Genome-wide physical activity interactions in adiposity - A meta-analysis of 200,452 adults. PLoS Genet. 2017;13(4):e1006528. doi: 10.1371/journal.pgen.1006528. PubMed PMID: 28448500; PMCID: PMC5407576. *I directed MESA GWAS analysis for this paper.*

19.     Holzinger ER, Verma SS, Moore CB, Hall M, De R, Gilbert-Diamond D, Lanktree MB, Pankratz N, Amuzu A, Burt A, Dale C, Dudek S, Furlong CE, Gaunt TR, Kim DS, Riess H, Sivapalaratnam S, Tragante V, van Iperen EPA, Brautbar A, Carrell DS, Crosslin DR, Jarvik GP, Kuivaniemi H, Kullo IJ, Larson EB, **Rasmussen-Torvik LJ**, Tromp G, Baumert J, Cruickshanks KJ, Farrall M, Hingorani AD, Hovingh GK, Kleber ME, Klein BE, Klein R, Koenig W, Lange LA, Mrz W, North KE, Charlotte Onland-Moret N, Reiner AP, Talmud PJ, van der Schouw YT, Wilson JG, Kivimaki M, Kumari M, Moore JH, Drenos F, Asselbergs FW, Keating BJ, Ritchie MD. Discovery and replication of SNP-SNP interactions for quantitative lipid traits in over 60,000 individuals. BioData Min. 2017;10:25. Epub 2017/08/05. doi: 10.1186/s13040-017-0145-5. PubMed PMID: 28770004; PMCID: PMC5525436.  *I was an eMERGE representative for this paper.*

20.     Jones GT, Tromp G, Kuivaniemi H, Gretarsdottir S, Baas AF, Giusti B, Strauss E, Van't Hof FN, Webb TR, Erdman R, Ritchie MD, Elmore JR, Verma A, Pendergrass S, Kullo IJ, Ye Z, Peissig PL, Gottesman O, Verma SS, Malinowski J, **Rasmussen-Torvik** LJ, Borthwick KM, Smelser DT, Crosslin DR, de Andrade M, Ryer EJ, McCarty CA, Bottinger EP, Pacheco JA, Crawford DC, Carrell DS, Gerhard GS, Franklin DP, Carey DJ, Phillips VL, Williams MJ, Wei W, Blair R, Hill AA, Vasudevan TM, Lewis DR, Thomson IA, Krysa J, Hill GB, Roake J, Merriman TR, Oszkinis G, Galora S, Saracini C, Abbate R,

Pulli R, Pratesi C, Saratzis A, Verissimo AR, Bumpstead S, Badger SA, Clough RE, Cockerill G, Hafez H, Scott DJ, Futers TS, Romaine SP, Bridge K, Griffin KJ, Bailey MA, Smith A, Thompson MM, van Bockxmeer FM, Matthiasson SE, Thorleifsson G, Thorsteinsdottir U, Blankensteijn JD, Teijink JA, Wijmenga C, de Graaf J, Kiemeney LA, Lindholt JS, Hughes A, Bradley DT, Stirrups K, Golledge J, Norman PE, Powell JT, Humphries SE, Hamby SE, Goodall AH, Nelson CP, Sakalihasan N, Courtois A, Ferrell RE, Eriksson P, Folkersen L, Franco-Cereceda A, Eicher JD, Johnson AD, Betsholtz C, Ruusalepp A, Franzen O, Schadt EE, Bjorkegren JL, Lipovich L, Drolet AM, Verhoeven EL, Zeebregts CJ, Geelkerken RH, van Sambeek MR, van Sterkenburg SM, de Vries JP, Stefansson K, Thompson JR, de Bakker PI, Deloukas P, Sayers RD, Harrison SC, van Rij AM, Samani NJ, Bown MJ. Meta-Analysis of Genome-Wide Association Studies for Abdominal Aortic Aneurysm Identifies Four New Disease-Specific Risk Loci. Circ Res. 2017;120(2):341-53. doi: 10.1161/CIRCRESAHA.116.308765. PubMed PMID: 27899403; PMCID: 5253231. *I was the Northwestern eMERGE representative on this paper.*

21.	Justice AE, Winkler TW, Feitosa MF, Graff M, Fisher VA, Young K, Barata L, Deng X, Czajkowski J, Hadley D, Ngwa JS, Ahluwalia TS, Chu AY, Heard-Costa NL, Lim E, Perez J, Eicher JD, Kutalik Z, Xue L, Mahajan A, Renstrom F, Wu J, Qi Q, Ahmad S, Alfred T, Amin N, Bielak LF, Bonnefond A, Bragg J, Cadby G, Chittani M, Coggeshall S, Corre T, Direk N, Eriksson J, Fischer K, Gorski M, Neergaard Harder M, Horikoshi M, Huang T, Huffman JE, Jackson AU, Justesen JM, Kanoni S, Kinnunen L, Kleber ME, Komulainen P, Kumari M, Lim U, Luan J, Lyytikainen LP, Mangino M, Manichaikul A, Marten J, Middelberg RPS, Muller-Nurasyid M, Navarro P, Perusse L, Pervjakova N, Sarti C, Smith AV, Smith JA, Stancakova A, Strawbridge RJ, Stringham HM, Sung YJ, Tanaka T, Teumer A, Trompet S, van der Laan SW, van der Most PJ, Van Vliet-Ostaptchouk JV, Vedantam SL, Verweij N, Vink JM, Vitart V, Wu Y, Yengo L, Zhang W, Hua Zhao J, Zimmermann ME, Zubair N, Abecasis GR, Adair LS, Afaq S, Afzal U, Bakker SJL, Bartz TM, Beilby J, Bergman RN, Bergmann S, Biffar R, Blangero J, Boerwinkle E, Bonnycastle LL, Bottinger E, Braga D, Buckley BM, Buyske S, Campbell H, Chambers JC, Collins FS, Curran JE, de Borst GJ, de Craen AJM, de Geus EJC, Dedoussis G, Delgado GE, den Ruijter HM, Eiriksdottir G, Eriksson AL, Esko T, Faul JD, Ford I, Forrester T, Gertow K, Gigante B, Glorioso N, Gong J, Grallert H, Grammer TB, Grarup N, Haitjema S, Hallmans G, Hamsten A, Hansen T, Harris TB, Hartman CA, Hassinen M, Hastie ND, Heath AC, Hernandez D, Hindorff L, Hocking LJ, Hollensted M, Holmen OL, Homuth G, Jan Hottenga J, Huang J, Hung J, Hutri-Kahonen N, Ingelsson E, James AL, Jansson JO, Jarvelin MR, Jhun MA, Jorgensen ME, Juonala M, Kahonen M, Karlsson M, Koistinen HA, Kolcic I, Kolovou G, Kooperberg C, Kramer BK, Kuusisto J, Kvaloy K, Lakka TA, Langenberg C, Launer LJ, Leander K, Lee NR, Lind L, Lindgren CM, Linneberg A, Lobbens S, Loh M, Lorentzon M, Luben R, Lubke G, Ludolph-Donislawski A, Lupoli S, Madden PAF, Mannikko R, Marques-Vidal P, Martin NG, McKenzie CA, McKnight B, Mellstrom D, Menni C, Montgomery GW, Musk AB, Narisu N, Nauck M, Nolte IM, Oldehinkel AJ, Olden M, Ong KK, Padmanabhan S, Peyser PA, Pisinger C, Porteous DJ, Raitakari OT, Rankinen T, Rao DC, **Rasmussen-Torvik** LJ, Rawal R, Rice T, Ridker PM, Rose LM, Bien SA, Rudan I, Sanna S, Sarzynski MA, Sattar N, Savonen K, Schlessinger D, Scholtens S, Schumann C, Scott RA, Sennblad B, Siemelink MA, Silbernagel G, Slagboom PE, Snieder H, Staessen JA, Stott DJ, Swertz MA, Swift AJ, Taylor KD, Tayo BO, Thorand B, Thuillier D, Tuomilehto J, Uitterlinden AG, Vandenput L, Vohl MC, Volzke H, Vonk JM, Waeber G, Waldenberger M, Westendorp RGJ, Wild S, Willemsen G, Wolffenbuttel BHR, Wong A, Wright AF, Zhao W, Zillikens MC, Baldassarre D, Balkau B, Bandinelli S, Boger CA, Boomsma DI, Bouchard C, Bruinenberg M, Chasman DI, Chen YD, Chines PS, Cooper RS, Cucca F, Cusi D, Faire U, Ferrucci L, Franks PW, Froguel P, Gordon-Larsen P, Grabe HJ, Gudnason V, Haiman CA, Hayward C, Hveem K, Johnson AD, Wouter Jukema J, Kardia SLR, Kivimaki M, Kooner JS, Kuh D, Laakso M, Lehtimaki T, Marchand LL, Marz W, McCarthy MI, Metspalu A, Morris AP, Ohlsson C, Palmer LJ, Pasterkamp G, Pedersen O, Peters A, Peters U, Polasek O, Psaty BM, Qi L, Rauramaa R, Smith BH, Sorensen TIA, Strauch K, Tiemeier H, Tremoli E, van der Harst P, Vestergaard H, Vollenweider P, Wareham NJ, Weir DR, Whitfield JB, Wilson JF, Tyrrell J, Frayling TM, Barroso I, Boehnke M, Deloukas P, Fox CS, Hirschhorn JN, Hunter DJ, Spector TD, Strachan DP, van Duijn CM, Heid IM, Mohlke KL, Marchini J, Loos RJF, Kilpelainen TO, Liu CT, Borecki IB, North KE, Cupples LA. Genome-wide meta-analysis of 241,258 adults accounting for smoking behaviour identifies novel loci for obesity traits. Nat Commun. 2017;8:14977. doi: 10.1038/ncomms14977. PubMed PMID: 28443625; PMCID: PMC5414044. *I directed MESA GWAS analysis for this paper.*

22.	Wheeler E, Leong A, Liu CT, Hivert MF, Strawbridge RJ, Podmore C, Li M, Yao J, Sim X, Hong J, Chu AY, Zhang W, Wang X, Chen P, Maruthur NM, Porneala BC, Sharp SJ, Jia Y, Kabagambe EK, Chang LC, Chen WM, Elks CE, Evans DS, Fan Q, Giulianini F, Go MJ, Hottenga JJ, Hu Y, Jackson AU, Kanoni S, Kim YJ, Kleber ME, Ladenvall C, Lecoeur C, Lim SH, Lu Y, Mahajan A, Marzi C, Nalls MA, Navarro P, Nolte IM, Rose LM, Rybin DV, Sanna S, Shi Y, Stram DO, Takeuchi F, Tan SP, van

der Most PJ, Van Vliet-Ostaptchouk JV, Wong A, Yengo L, Zhao W, Goel A, Martinez Larrad MT, Radke D, Salo P, Tanaka T, van Iperen EPA, Abecasis G, Afaq S, Alizadeh BZ, Bertoni AG, Bonnefond A, Bottcher Y, Bottinger EP, Campbell H, Carlson OD, Chen CH, Cho YS, Garvey WT, Gieger C, Goodarzi MO, Grallert H, Hamsten A, Hartman CA, Herder C, Hsiung CA, Huang J, Igase M, Isono M, Katsuya T, Khor CC, Kiess W, Kohara K, Kovacs P, Lee J, Lee WJ, Lehne B, Li H, Liu J, Lobbens S, Luan J, Lyssenko V, Meitinger T, Miki T, Miljkovic I, Moon S, Mulas A, Muller G, Muller-Nurasyid M, Nagaraja R, Nauck M, Pankow JS, Polasek O, Prokopenko I, Ramos PS, **Rasmussen-Torvik L**, Rathmann W, Rich SS, Robertson NR, Roden M, Roussel R, Rudan I, Scott RA, Scott WR, Sennblad B, Siscovick DS, Strauch K, Sun L, Swertz M, Tajuddin SM, Taylor KD, Teo YY, Tham YC, Tonjes A, Wareham NJ, Willemsen G, Wilsgaard T, Hingorani AD, Consortium E-C, Consortium EP-I, Lifelines Cohort S, Egan J, Ferrucci L, Hovingh GK, Jula A, Kivimaki M, Kumari M, Njolstad I, Palmer CNA, Serrano Rios M, Stumvoll M, Watkins H, Aung T, Bluher M, Boehnke M, Boomsma DI, Bornstein SR, Chambers JC, Chasman DI, Chen YI, Chen YT, Cheng CY, Cucca F, de Geus EJC, Deloukas P, Evans MK, Fornage M, Friedlander Y, Froguel P, Groop L, Gross MD, Harris TB, Hayward C, Heng CK, Ingelsson E, Kato N, Kim BJ, Koh WP, Kooner JS, Korner A, Kuh D, Kuusisto J, Laakso M, Lin X, Liu Y, Loos RJF, Magnusson PKE, Marz W, McCarthy MI, Oldehinkel AJ, Ong KK, Pedersen NL, Pereira MA, Peters A, Ridker PM, Sabanayagam C, Sale M, Saleheen D, Saltevo J, Schwarz PE, Sheu WHH, Snieder H, Spector TD, Tabara Y, Tuomilehto J, van Dam RM, Wilson JG, Wilson JF, Wolffenbuttel BHR, Wong TY, Wu JY, Yuan JM, Zonderman AB, Soranzo N, Guo X, Roberts DJ, Florez JC, Sladek R, Dupuis J, Morris AP, Tai ES, Selvin E, Rotter JI, Langenberg C, Barroso I, Meigs JB. Impact of common genetic determinants of Hemoglobin A1c on type 2 diabetes risk and diagnosis in ancestrally diverse populations: A transethnic genome-wide meta-analysis. PLoS Med. 2017;14(9):e1002383. Epub 2017/09/13. doi: 10.1371/journal.pmed.1002383. PubMed PMID: 28898252; PMCID: PMC5595282. *I was the CARDIA representative for this paper*.

23. Do AN, Zhao W, Baldridge AS, Raffield LM, Wiggins KL, Shah SJ, Aslibekyan S, Tiwari HK, Limdi N, Zhi D, Sitlani CM, Taylor KD, Psaty BM, Sotoodehnia N, Brody JA, **Rasmussen-Torvik LJ**, Lloyd-Jones D, Lange LA, Wilson JG, Smith JA, Kardia SLR, Mosley TH, Vasan RS, Arnett DK, Irvin MR. Genome-wide meta-analysis of SNP and antihypertensive medication interactions on left ventricular traits in African Americans. Mol Genet Genomic Med. 2019;7(10):e00788. Epub 2019/08/14. doi: 10.1002/mgg3.788. PubMed PMID: 31407531; PMCID: PMC6785453. * *I was the CARDIA representative for this paper.*

24. Guan M, Keaton JM, Dimitrov L, Hicks PJ, Xu J, Palmer ND, Ma L, Das SK, Chen YI, Coresh J, Fornage M, Franceschini N, Kramer H, Langefeld CD, Mychaleckyj JC, Parekh RS, Post WS, Rasmussen-Torvik LJ, Rich SS, Rotter JI, Sedor JR, Thornley-Brown D, Tin A, Wilson JG, Freedman BI, Bowden DW, Ng MCY, Consortium F. Genome-wide association study identifies novel loci for type 2 diabetes-attributed end-stage kidney disease in African Americans. Hum Genomics. 2019;13(1):21. Epub 2019/05/17. doi: 10.1186/s40246-019-0205-7. PubMed PMID: 31092297; PMCID: PMC6521376. * *I was the MESA represtative for this paper.*

25. Liu CT, Merino J, Rybin D, DiCorpo D, Benke KS, Bragg-Gresham JL, Canouil M, Corre T, Grallert H, Isaacs A, Kutalik Z, Lahti J, Marullo L, Marzi C, Rasmussen-Torvik LJ, Rocheleau G, Rueedi R, Scapoli C, Verweij N, Vogelzangs N, Willems SM, Yengo L, Bakker SJL, Beilby J, Hui J, Kajantie E, Muller-Nurasyid M, Rathmann W, Balkau B, Bergmann S, Eriksson JG, Florez JC, Froguel P, Harris T, Hung J, James AL, Kavousi M, Miljkovic I, Musk AW, Palmer LJ, Peters A, Roussel R, van der Harst P, van Duijn CM, Vollenweider P, Barroso I, Prokopenko I, Dupuis J, Meigs JB, Bouatia-Naji N. Genome-wide Association Study of Change in Fasting Glucose over time in 13,807 non-diabetic European Ancestry Individuals. Sci Rep. 2019;9(1):9439. Epub 2019/07/03. doi: 10.1038/s41598-019-45823-7. PubMed PMID: 31263163; PMCID: PMC6602949. * *I performed the ARIC analyses for this paper.*

B. Invited Reviews and Commentaries

1. **Rasmussen-Torvik LJ**, Harlow BL. The association between depression and diabetes in the perinatal period. Curr Diab Rep. 2010;10(3):217-23. doi: 10.1007/s11892-010-0108-4. PubMed PMID: 20425585.

25

2.      Carnethon MR, **Rasmussen-Torvik LJ,** Palaniappan L. The obesity paradox in diabetes. Curr Cardiol Rep. 2014;16(2):446. doi: 10.1007/s11886-013-0446-3. PubMed PMID: 24408674.

3.      **Rasmussen-Torvik LJ**, Colangelo LA, Lima JAC, Jacobs DR, Jr., Rodriguez CJ, Gidding SS, Lloyd-Jones DM, Shah SJ. Rasmussen-Torvik et al. Respond to "The Perfect Measure of Diastolic Dysfunction". Am J Epidemiol. 2017:1-2. doi: 10.1093/aje/kww216. PubMed PMID: 28453663.


C.      Books and Book Chapters

1.      Katz, DH, **Rasmussen-Torvik, LJ**. Genome-Wide Association Studies. In: Shah, SJ, Arnett, DK, editors. Cardiovascular Genetics and Genomics in Clinical Practice.  New York: Demos Medical Publishing, LLC; 2015. P. 23-33.

D.      Peer-Reviewed Educational Materials

E.      Case Reports, Letters, Editorials

1.      Folsom AR, Cushman M, **Rasmussen-Torvik LJ**, Heckbert SR, Tsai MY. Prospective study of polymorphisms of the protein Z-dependent protease inhibitor and risk of venous thromboembolism. Thromb Haemost. 2007;97(3):493-4. PubMed PMID: 17334519.

F.      Practice Guidelines, Standards, and Consensus Statements

G.      Public Policy and Legislative Testimony

H.      Patents

I.      Database Deposition

J.      Software

K.      Abstracts (*denotes presenting author)

        a.      Oral Abstract Presentations

1.      **Rasmussen-Torvik** LJ*, North KE, Gu CC, Lewis CE, Wilk JB, Chakravarti A, Chang YP, Miller MB, Li N, Devereux RB, Arnett DK. A population association study of angiotensinogen polymorphisms and haplotypes with left ventricular phenotypes. American Heart Association 45th Annual Convention on Cardiovascular Disease Epidemiology and Prevention (NHLBI Trainee Presentation Session), March 2005.

2.      **Rasmussen-Torvik LJ*,** Pankow JS, Jacobs Jr. DR, Steffen LM, Moran AM, Steinberger S, Leiendecker-Foster C, Sinaiko AR. Waist is Associated Longitudinally with Adiponectin but not with Clamp-derived Insulin Sensitivity in a Cohort of Adolescents.  American Heart Association 47th Annual Convention on Cardiovascular Disease Epidemiology and Prevention (NHLBI Trainee Presentation Session), February 28-March 3, 2007.

3.      **Rasmussen-Torvik** LJ*, Li M, Kao WH, Couper D, Boerwinkle E, Bielinski SJ, Folsom AR, Pankow JS. Association of a fasting glucose genetic risk score with subclinical atherosclerosis: The Atherosclerosis Risk in Communities (ARIC) study. American Heart Association 50th Annual Convention on Cardiovascular Disease Epidemiology and Prevention March 2010.

4.      **Rasmussen-Torvik** LJ, Shay CM*, Abramson JG, Friedrich CA, Nettleton JA, Prizment AE, Folsom AR. Ideal cardiovascular health is inversely associated with incident cancer: the Atherosclerosis Risk In Communities study. American Heart Association Scientific Sessions. Orlando, FL, November 2011.

5.      **Rasmussen-Torvik LJ***, Colangelo L, Lima J, Jacobs D, Rodrigez C, Lloyd-Jones D, Shah S. Issues with echocardiographic definitions of diastolic dysfunction in the CARDIA Study. American Heart Association Scientific Sessions. Chicago, IL, November 2014.


         b.    Poster Presentations

1.      Liquori CL*, Ricker K, Jacobsen JF, **Rasmussen LJ,** Dick KA, Dalton JC, Day JW, Ranum LPW. Multiple Haplotypes in DM2 Indicate Multiple Founder Mutations.  American Society of Human Genetics 51st Annual Meeting, October 12-16, 2001.

2.      Moseley ML*, **Rasmussen LJ**, Pryor J, Roberts K, Day JW, Ranum LPW. SCA8 Repeat Contractions in the Male Germline Occur Before Meiosis.  American Society of Human Genetics 51st Annual Meeting, October 12-16, 2001.

3.      **Rasmussen-Torvik LJ***, Pankow JS, Miller MB, Evans GW, Heiss G, Sholinsky P. Familial Aggregation Analysis and Genome Scan of Carotid Artery Plaque in the NHLBI Family Heart Study. American Heart Association 44th Annual Conference on Cardiovascular Disease Epidemiology and Prevention, March 3-7, 2004.

4.      **Rasmussen-Torvik LJ***, Pankow JS, Jacobs Jr. DR, Steffen LM, Moran AM, Steinberger S, Leiendecker-Foster C, Sinaiko AR. Heritability, Genetic Correlations, and Genetic Associations of Insulin Sensitivity and Fasting Insulin Measured by the Euglycemic Hyperinsulinemic Clamp.  American Heart Association 46th Annual Convention on Cardiovascular Disease Epidemiology and Prevention, March 2-5, 2006.

5.      **Rasmussen-Torvik LJ***, Cushman M, Tsai M, Heckbert S, Rosamond W, Folsom A. Positive Association of the α-Fibrinogen Thr312Ala Polymorphism with Venous Thromboembolism in the Longitudinal Investigation of Venous Thromboembolism (LITE) Study.  Second North American Congress of Epidemiology, June 21-24, 2006.

6.      Wassel Fyr CL*, Pankow JS, **Rasmussen-Torvik LJ**, Li N, Taylor KD, Guo X, Goodarzi MO, Palmas W, Post W. Adiponectin gene (ADIPOQ) polymorphisms are associated with subclinical cardiovascular disease (CVD) phenotypes in the Multi-Ethnic Study of Atherosclerosis (MESA).  American Heart Association 48th Annual Convention on Cardiovascular Disease Epidemiology and Prevention, March 13-15, 2008.

7.      Kottgen A*, Bi M, Boerwinkle W, North K, Hoogeveen R, **Rasmussen-Torvik LJ**, Coresh J, Kao W.  rs780094 of Glucokinase Regulator Gene is Associated with Multiple Metabolic Traits:   The Atherosclerosis Risk in Communities Study.  American Heart Association 49th Annual Convention on Cardiovascular Disease Epidemiology and Prevention, March 11-14, 2009.

8.      **Rasmussen-Torvik LJ***, Pankow JS, Wassel CL, Goodarzi MO, Guo X, Shea SJ, Hsu F-C, Bowden DW.  Association of ADIPOQ, TNFA, and TNFRSF1A Single-Nucleotide Polymorphisms with Insulin Resistance; The Multi Ethnic Study of Atherosclerosis (MESA). American Heart Association 49th Annual Convention on Cardiovascular Disease Epidemiology and Prevention, March 11-14, 2009.

9.      **Rasmussen-Torvik LJ***, Alonso A, Li M, Kao W, Kottgen A, Yan Y, Couper D, Boerwinkle E, Bielinski S, Pankow J. Genome-Wide Association Study of Repeated Fasting Glucose Measures; The ARIC Study.   American Diabetes Association 69th Scientific Sessions, June 5-9, 2009.

10. Dreyfus J*, Steffen L, **Rasmussen-Torvik LJ**, Steinberger J, Moran A, Jacobs D, Hong CP, Sinaiko A. The Association of the PPARgamma Pro 12A1a Polymorphism with Cardiovascular Disease Risk Factors among Adolescents. Society for Pediatric and Perinatal Epidemiologic Research 23rd Annual Meeting, June 22-23, 2010.

11. Lutsey P*, **Rasmussen-Torvik LJ,** Pankow JS, Tang W, Coresh J, Volcik KA, Ballantyne CM, Boerwinkle E, Folsom AR. Relation of lipid gene scores to longitudinal trends in lipid levels and incidence of abnormal lipid levels among Caucasians: The Atherosclerosis Risk in Communities (ARIC). American Heart Association. 2011 Scientific Sessions. March 22 – 25, 2011.

12. **Rasmussen-Torvik LJ\***, Wassel CL, Ding J, Jenny N, Allison M. Correlations among the Leptin to Adiponectin Ratio, Adiposity, and Insulin Resistance across Ethnic Groups: The Multi-Ethnic Study of Atherosclerosis (MESA). American Heart Association. 2011 Scientific Sessions. March 22 – 25, 2011.

13. Bielinski SJ*, Pankow JS, **Rasmussen-Torvik LJ,** Bailey K, Li M, Selvin E, Couper D, Vazquez G, Brancati F. Strength of Association for Incident Diabetes Risk Factors differ by Diabetes Case Definitions: The Atherosclerosis Risk in Communities (ARIC). American Heart Association. 2011 Scientific Sessions. March 22 – 25, 2011.

14. Hivert MF*, Manning A, Scott R, Chen H, Bouatia-Naji N, Bielak L, **Rasmussen-Torvik LJ**, Florez JC, Prokopenko I, Langenberg C, Watanabe R, Dupuis J, Meigs JB. Accounting for the Interaction between Body Mass Index and Genes helps reveal new loci associated with fasting insulin: A Genome-Wide Association Study Meta-Analysis of 29 Cohorts. American Heart Association. 2011 Scientific Sessions. March 22 – 25, 2011.

15. Liu C*, Adeyemo A, Bielinski S, Boerwinkle E, Borecki I, Bowden DW, Chen YD I, Djousse L, Fornage M, Goodarzi MO, Grant S FA, Grimsby J, Guo X, Harris T, Jensen R, Kao L, Kabagambe E, Kizer J, Liu Y, Mukamal K, Nettleton J, Ng M, Pankow J, Parekh R, Patel S, Ramos E, **Rasmussen-Torvik LJ**, Redline S, Rich SS, Rotimi C, Rotter JI, Rybin D, Sarpong D, Shriner D, Sims M, Siscovick D, Wilson JG, Zmuda J, Dupuis J, Florez JC, Meigs JB. Transferability and Fine-Mapping of Fasting Glucose Quantitative Trait Loci across Populations: CARe, the Candidate Gene Association Resource. American Diabetes Association 201. San Diego, California. June 24-28, 2011.

16. **Rasmussen-Torvik LJ\***, Guo X, Bowden D, Bertoni A, Sale M, Rotter J, Bluemke D, Goodarzi M, Chen Y-D, Vaidya D, Raffel L, Pankow J. Association of GWAS Candidate SNPs with Fasting Glucose Across Ethnic Groups in MESA. American Diabetes Association conference. San Diego, CA. June 24-28, 2011.

17. Scott RA*, Manning AK, Hivert M-F, Bouatia-Naji N, Grimsby J, Liu C-T, Chen H, Bielak LF, **Rasmussen-Torvik LJ**, Wareham NJ, Watanbe RM, Florez JC, Langenberg C, Dupuis J, Meigs JB. Gernome-wide joint meta-analysis of SNP by BMI interaction on fasting insulin: A MAGIC study. 47th European Association for the Study of Diabetes Annual Meeting. Lisbon, Portugal. September 12-16, 2011.

18. Hayes MG*, Kho A, Armstrong LL, Ritchie MD, Pacheco JA, **Rasmussen-Torvik LJ**, Just EM, Denny J, Crawford DC, Peissig P, Rasmussen LV, Wei W, de Andrade M, Kullo IJ, Crosslin DR, Mirel D, Crenshaw A, Doheny KF, PughE , Wolf WA, Lowe WL, Roden DM, Chisholm RL. Use of Diverse Electronic Medical Record Systems for a Genome-wide Association Study of Type 2 Diabetes in European- and African-ancestry populations. Presented at American Society for Human Genetics. 2011. Montreal, Canada. October 11-15, 2011

19. **Rasmussen-Torvik LJ\***, Pacheco JA, Hayes MG, Kho AN, Muthalagu A, Armstrong LL, Scheftner DA, Wilkins JT, Crosslin D, Ritchie M, Wilke R, Li R, Manolio T, Chisholm R. African American LDL-C GWAS reveals a strong protective SNP Association in APOE: the eMERGE study. American Heart Association 2012 EPI NPAM Scientific Sessions. San Diego, CA. March 2012.

20. Wassel CL**\*, Rasmussen-Torvik LJ,** Callas PW, Deneberg JO, Durda JP, Reiner AP, Smith NL, Allison MA, Criqui MH, Cushman M. Genetic Risk Scores are Associated with Chronic Venous Disease Prevalence and Severity in a Multi-Ethnic Cohort: The San Diego Population Study. American Heart Association 2012 EPI NPAM Scientific Sessions. San Diego, CA. March 2012.

21.    Vassy J*, Durant NH, Kabagambe EK, Carnethon MR, **Rasmussen-Torvik LJ**, Fornage M, Lewis CE, Siscovick DS, Meigs JM. A Genotype Risk Score Predicts Type 2 Diabetes from Young Adulthood:  the CARDIA Study. American Diabetes Association. 2012 Scientific Sessions. Philadelphia, Pennsylvania. June 8-12, 2012.

22.    **LJ Rasmussen-Torvik***, J Denny, MS Williams, B Keating, A Brautbar, C Prows, S Manzi , SJ Bielinski, S Scott, J Ralston S Volpi, A Gordo, J Haines, D Roden. The PGx project: design and implementation.  IGES meeting, Chicago, IL, September 2012.

23.    Selvaraj S*, Aguilar FG, Martinez E, Kim KYA, Peng J, **Rasmussen-Torvik LJ**, Sha J, Irvin R, Arnett DK, Shah SJ. Diastolic Wall Strain:  A Simple Marker of Abnormal Cardiac Mechanics. American Heart Association 2012 Scientific Sessions. Los Angeles, CA. November 5, 2012.

24.    Shah SJ*, Aguilar FG, Selvaraj S, Martinez EE, Kim KYA, Peng J, **Rasmussen-Torvik LJ**, Sha J, Irvin R, Budinger S, Mutlu GM, Arnett DK. Adverse Effects of Obesity, Hyperglycemia, and Insulin Resistance on Cardiac Mechanics. American Heart Association 2012 Scientific Sessions. Los Angeles, CA. November 7, 2012.

25.    Vardeny O*, Gupta D, Claggett B, Burke SL, Shah A, Loehr LR, **Rasmussen-Torvik LJ**, Selvin E, Chang PP, Aguilar A, Solomon SD. The Association between Insulin Resistance and Incident Heart Failure in the Aric Study. American Heart Association 2012 Scientific Sessions. Los Angeles, CA. November 7, 2012.

26.    Aguilar FG*, Selvaraj A, Martinez EE, Kim CYA, Peng J, **Rasmussen-Torvik LJ**, Sha J, Irvin R, Arnett DK, Shah SJ. Serum Uric Acid is an Independent Risk Factor for Subclinical Cardiac Dysfunction:  A Speckle-Tracking Analysis of the HyperGE. American Heart Association 2012 Scientific Sessions. Los Angeles, CA. November 7, 2012.

27.    Allen N, **Rasmussen-Torvik L***, Arguelles LM, Hwang S, Fornage M, Morrison A, Daviglus M, Levy D, Cupples LA, Fox C, Rotter J, Palmas W, Allison M, Pankow J, Lloyd-Jones D, O'Donnell C. Genetic Loci Associated with Ideal Cardiovascular Health: A Meta-Analysis of Genome-wide Association Studies. Presented as a moderated poster (MP55) at American Heart Association Cardiovascular Epidemiology Conference, New Orleans, LA. March 20, 2013

28.    **Rasmussen-Torvik LJ***, de Chavez P, Bertoni A, Bowden D, Dyer A, Golden SH, Meigs J, Pankow J, Liu K, Vassy J, Carnethon MR. Association of SNP rs7903146 in TCF7L2 with incident type 2 diabetes in normal weight and overweight/obese individuals; a pooled analysis. New Orleans, LA. March 20, 2013.

29.    **Rasmussen-Torvik LJ***, Pacheco JA, Aufox SA, Kim KYA, Hungness E, Smith ME.  Demographic Predictors of Long-term Weight Loss After Bariatric Surgery, ACRT meeting, Washington, DC, June 2013

30.    **Rasmussen-Torvik LJ***, Denny J, Williams MS, Keating B, Brautbar A, Prows C, Manzi S, Bielinski SJ, Scott S, Ralston J, Volpi S, Gordo A, Haines J, Roden D. The PGx project: design and implementation. IGES meeting, Chicago, IL, September 2013.

31.    **Rasmussen-Torvik LJ***, Pacheco JA, Aufox SA, Kim KYA, Hungness E, Smith ME, Carnethon MR, Greenland P.  Association of a variant at 15q26.1 with long-term weight regain after bariatric surgery. Obesity Week, Atlanta GA, November 2013.

32.    Carnethon MR*, De Chavez PJD, **Rasmussen-Torvik LJ**, Womack V, Kershaw K. Trends in Diabetes by Socioeconomic Status between 1999-2010:  National Health and Nutrition Examination Surveys. American Heart Association 2014 Scientific Sessions. San Francisco, CA. 19 March 2014.

33.    Allen NB*, Hallman DM, Gooding H, **Rasmussen-Torvik LJ**, Shay C, Steffen L, Labarthe DR, MD. Heterogeneity in Blood Pressure and Lipid Trajectories throughout Childhood:  Project HeartBeat! American Heart Association 2014 Scientific Sessions. San Francisco, CA. March 2014.

34.     **Rasmussen-Torvik LJ\***, Baldridge A, Pacheco J, Aufox S, Kim K, Silverstein J, Denham E, Hungness E, Smith M, Greenland P. Demographic Predictors of Long-term Weight Loss Beginning One-Year After Bariatric Surgery at Two Medical Centers. American Heart Association 2014 Scientific Sessions. San Francisco, CA. March 2014.

35.     Van Driest SL\*, Stallings S, Bush WS, Gordon A, Crosslin DR, Jarvik GP, Carrell DS, Bielinski SJ, Olson JE, Ye Z, Kullo IJ, Abul-Husn NS, Scott SA, Castillo BA, Connolly J, Hakonarson H, **Rasmussen-Torvik LJ**, Persell S, Smith M, Kitchner T, Wallace JR, Doheny KF, Li R, Manolio TA, Callis TE, Macaya D, Ackerman MJ, Ritchie MD, Denny JC, Roden DM. Rare potentially pathogenic variants in the congenital arrhythmia syndrome disease genes SCN5A and KCNH2 are detected frequently but rarely associated with arrhythmia phenotypes in electronic health records. Peer reviewed poster presentation. American Society for Human Genetics. San Diego, CA. October 2014

36.     Kullo IJ\*, **Rasmussen-Torvik LJ** et al**.** Association of rare variants in *LDL*. Peer reviewed poster presentation. American Society for Human Genetics. San Diego, CA. October 2014.

37.      Stallings S\*, **Rasmussen-Torvik LJ**, et al. The Electronic Medical Records and Genomics Network-Pharmacogenomics (eMERGE-PGx) Project. American College of Medical Genetics and Genomics Annual Clinical Genetics Meeting. Bethesda, MD. March 2015

38.     **Rasmussen-Torvik LJ\***, Colangelo L, Lima J, Jacobs D, Rodrigez C, Lloyd-Jones D, Shah S. Overlap of echocardiographic definitions of diastolic dysfunction in the CARDIA Study. American Heart Association 2015 Epidemiology and Lifestyle Council Meeting. Baltimore, MD. March 2015.

39.     **Rasmussen-Torvik LJ\***,  de Chavez PJ , Kershaw KN, Knutson KL, Kim KY, Zee P,  Carnethon MR.  Mediation of racial differences in hypertension by sleep characteristic:  The Chicago Area Sleep Study. American Heart Association 2016 Epidemiology and Lifestyle Council Meeting. Phoenix, AZ. March 2016.

40.     Wassel Christina L\*, **Rasmussen-Torvik LJ**, Frazier-Wood Alexis, Allison Matthew A., McDermott Mary M., Folsom Aaron R., Lloyd-Jones Donald M., Allen Norrina B., Burke Gregory L., Szklo Moyses, Criqui Michael H., Cushman Mary. American Heart Association (AHA)'s Life's 2 Simple 7 and Risk of Lower Extremity Peripheral Artery Disease (PAD): The Multi Ethnic Study of Atherosclerosis (MESA).  American Heart Association 2016 Epidemiology and Lifestyle Council Meeting. Phoenix, AZ. March 2016.

41.     Safarova MS\*, Fan X, Jarvik GP, Leppig KA, **Rasmussen-Torvik LJ**, Pendergrass S, Sturm A, Namjou B, Shah A, Carroll R, Chung WK, Wei WQ, Stein M, Williams MA,  Roden DM, Denny JC, Kullo IJ.  A Phenome-wide Association Study to Assess Pleiotropic Effects of LPA.  American Heart Association Scientific Sessions 2017, Anaheim, California.

42.     Wei WQ\*, Li X, Feng Q, Kubo M,  Kullo IJ, Peissig PL,  Karlson EL, Jarvik GP, Lee MT, Shang N, Larson EA, Edwards T, Shaffer C, Mosley JD,  Maeda S, Horikoshi M, Ritchie MS, Williams MS, Larson EB, Crosslin DR,  Bland ST, Pacheco JA, **Rasmussen-Torvik LJ**, Cronkite D, Hripcsak G, Cox NJ, Wilke RA, Stein CM, Rotter JI, Momozawa Y, Roden DM, Krauss RM, Denny JC. LPA variants are associated with residual cardiovascular risk in patients receiving statins. American Heart Association Scientific Sessions 2017, Anaheim, California.

43.     Pottinger TD\*, Puckelwartz M, Dellafave-Castillo L, Pesce L, Robinson A, Pacheco J, Hoell C, Aufox S, **Rasmussen-Torvik LJ**, Smith M, Chisholm R, McNally E.  Higher genetic variability in genes linked to inherited cardiac disorders in subjects of African descent.  American Heart Association Scientific Sessions 2018, Chicago, IL.

44.     Bavishi A\*, Ning H, Glynn P, Ahmad F, Yancy Y, Shah S, **Rasmussen-Torvik LJ**, Lloyd-Jones D, Kahn S.  Validation of a heart failure risk assessment tool in a large contemporary electronic health record population.  American College of Cardiology 2019, New Orleans, LA.

**MEDIA COVERAGE AND APPEARANCES**

There article below attracted considerable popular press attention:

**Rasmussen-Torvik** LJ, Shay CM, Abramson JG, Friedrich CA, Nettleton JA, Prizment AE, Folsom AR. Ideal cardiovascular health is inversely associated with incident cancer: the Atherosclerosis Risk In Communities study. Circulation. 2013;127(12):1270-5. doi: 10.1161/CIRCULATIONAHA.112.001183. PubMed PMID: 23509058; PMCID: 3685848.

I was interviewed by CBS radio, CTV news, and the Chicago Tribune.   Some links to this coverage are pasted below.

http://www.ctvnews.ca/health/health-headlines/how-a-healthy-heart-can-keep-cancer-at-bay-1.1201616

http://www.theglobeandmail.com/life/health-and-fitness/health-navigator/being-heart-healthy-can-help-prevent-cancer-study/article9927902/

http://www.cbsnews.com/news/key-to-cancer-prevention-may-be-keeping-your-heart-healthy/

http://www.dailymail.co.uk/health/article-2295568/The-seven-point-plan-healthy-life-Simple-lifestyle-steps-help-prevent-cancer-heart-disease-new-study-finds.html

http://abcnews.go.com/blogs/health/2013/03/18/7-steps-to-cut-cancer-risk-in-half/

http://health.usnews.com/health-news/news/articles/2013/03/18/whats-good-for-the-heart-may-also-prevent-cancer