UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Anthony Mays, et al.
                      Plaintiff,

v.                                      Case No.: 1:20−cv−02134
                                               Honorable Robert W. Gettleman

Dart J Thomas
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 20, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: This order is entered by Judge Kennelly as emergency judge. The order entered previously contained an error on the part of Judge Kennelly and is corrected to read as follows. Telephonic hearing held on 4/20/2020. The court will hold a hearing on Thursday, 4/23/2020, with the starting time to be determined after getting input from counsel regarding witness availability. The hearing will also be limited in time, with the total length to be determined. At the hearing, each party will have a single witness that will testify and will have fifteen minutes for closing arguments. The parties are to identify their one testifying witness and provide opposing counsel and the court with notice of that person by today, 4/20/2020 at 8:00 p.m. Defendant has leave to file an affidavit addressing the walkthrough of the jail by the CDC and CDHD on 4/17/2020 by tomorrow, 4/21/2020. Other than this single filing, neither party has leave to file anything further. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.