## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Anthony Mays, et al.

                Plaintiff,

v.                                         Case No.: 1:20–cv–02134
                                                  Honorable Robert W. Gettleman

Dart J Thomas

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 30, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: This order is entered by Judge Kennelly, as emergency judge, on the emergency docket (20 C 1792) and on the docket of Mays v. Dart (20 C 2134). International Brotherhood of Teamsters Local 700 has filed a motion to intervene in the Mays case and has filed it not only on the docket in that case but also on the emergency docket. The motion, however, does not describe any emergency. Indeed, it says (in paragraph 6) that the movant "does not seek reconsideration of any preliminary rulings entered thus far" and instead seeks to protect the interest of the plaintiff's members "as complications arise with the implementation of those rulings" or "as the Court considers permanent relief," neither of which appear to describe emergencies. The Court therefore terminates the motion on the emergency docket. If movant considers the motion to present an emergency, then it should file an amended motion on the emergency docket. Otherwise, the motion can appropriately be dealt with by the assigned judge in the Mays case. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.