# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Anthony Mays, et al.

                        Plaintiff,

v.                                                 Case No.: 1:20–cv–02134
                                                       Honorable Robert W. Gettleman

Dart J Thomas

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 1, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion to intervene of International Brotherhood of Teamsters Local 700 [76] is denied for failure to comply with Federal Rule of Civil Procedure 24(c). Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.