IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons; and JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons | ) ) ) ) ) | |
| | ) | Case No. 20-cv-2134 |
| Plaintiffs-Petitioners, | ) ) | |
| v | ) ) | |
| THOMAS DART, Sheriff of Cook County, | ) ) | |
| Defendant-Respondent | ) ) | |

## SUPPLEMENTAL DECLARATION OF MICHAEL MILLER

I, Michael Miller, pursuant to 28 U.S.C. § 1746, declare as follows:

1. That I am currently employed by the Cook County Sheriff's Office ("CCSO") as the First Assistant Executive Director for the Cook County Department of Corrections ("CCDOC"). I have been employed in this role since 2019 and have worked in CCDOC for over thirty years.

2. I previously executed sworn Declarations concerning the CCSO's response to the Novel Coronavirus ("COVID-19") pandemic, filed on April 7, 2020 under Dkt. #31-8, and April 17, 2020 under Dkt. #62-5. Each and all paragraphs under said declaration are incorporated and re-stated herein.

3. I am familiar with the Court's order entered April 27, 2020 requiring the CCSO to report to the Court certain steps taken to combat the spread of COVID-19 in the Cook County Department of Corrections ("CCDOC").

## Background

4. CCDOC is an incredibly complex operation. On a regular day, rotating shifts of correctional officers and supervisory staff across multiple divisions transfer hundreds of detainees to court hearings, medical appointments, court-mandated and supplemental programming, and more. Detainees are provided three meals per day, essential supplies including bedding, uniforms, toothbrushes, and soap. Commissary deliveries are completed and logged. Inmate grievances and medical requests are collected and processed.

5. CCDOC is required to weigh numerous factors while operating the jail. For example, when classifying a detainee and making a housing determination, multiple factors are considered including but not limited to: criminal charge(s), criminal history and incarceration history, the safety of staff and detainees, security requirements for each detainee, correctional disciplinary history, and mental health needs.

6. As of April 30, 2020 the CCDOC detainee population is 4,099. Since March 17, 2020, the CCDOC population has decreased by 1,489. Miller Declaration Exhibit 1.

7. Between April 12, 2020 and April 30, 2020, the average number of arrestees each day was 34 and the average number of detainees processed through intake was 23. Miller Declaration Exhibit 2.

8. The CCSO has activated emergency staffing provisions of its Collective Bargaining Agreements in order to assign court services deputies to CCDOC operations. Approximately 123 deputies have been assigned to CCDOC as of April 17, 2020.

**Housing Arrangements**

9. On April 23, 2020, I testified in a hearing this matter. During that hearing I discussed the plan I had in my "back pocket" to reconfigure housing arrangements between the men's and women's tiers to use space in the tiers and dorms more efficiently. I have fully executed this plan and have made all possible housing reconfigurations.

10. Due to significant medical and mental health needs, detainees assigned to RTU and Cermak housing cannot be housed in general population tiers. RTU and Cermak are regularly monitored by medical staff.

11. Approximately 120 convicted detainees housed at CCDOC have been sentenced and should have been transferred to IDOC facilities. However, due to Executive Order 2020-13, issued by Governor Pritzker on March 26, 2020, these detainees cannot be transferred out of CCDOC.

12. CCDOC has experienced incidents since the COVID-19 pandemic began that endanger the safety of both detainees and staff. These incidents are summarized in Exhibit 3 to this declaration. In addition to the other considerations for housing arrangements, these incidents impact the available housing configurations for detainees. I continuously evaluate all housing arrangements to ensure the safety of both detainees and staff.

**Personal Protective Equipment**

13. The CCSO has continued to work diligently to obtain and distribute personal protective equipment ("PPE") across CCDOC. Deliveries of PPE and distribution to staff—and, where appropriate, detainees—are captured and preserved on stationary cameras.

14. As of April 11, 2020, all detainees on Quarantine tiers are issued a new mask each day. As of April 14, 2020, all detainees are issued a new mask each day.

15. General population detainees have neither known exposures to people with COVID-19 nor symptoms of COVID-19. Therefore, the CDC does not recommend that they use surgical masks. The CCDOC will also provide the general population of detainees with masks for their comfort and for security purposes to avoid any conflicts related to the provision of masks to other detainees, as supplies permit.

16. As of the date of this Declaration, CCDOC has inventoried 419,773 surgical masks.

I, Michael Miller, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated this 1st day of May 2020.

_____

# Miller Declaration Exhibit 1

3195\305651699.v1

**CCDOC Daily Jail Population**
*March 1, 2020 – April 30, 2020*



**Daily Jail Population:** The daily jail population is the number of detainees who are in CCSO custody and housed/confined on the jail compound or in an outside county.

## CCDOC Community Corrections Population
*March 1, 2020 – April 30, 2020*



**Community Corrections:** Detainees who are in the custody of the CCSO but are not housed on the jail compound (i.e., Electronic Monitoring) are considered part of the "Community Corrections" population.

# Miller Declaration
# Exhibit 2



The Cook County Sheriff's
**Office of Research**

Report of Daily Bookings
To: CCSO Executive Staff
Date: April 30, 2020

**Objective:**
This memo provides the trends of daily bookings from March 1, 2020 to April 29, 2020.

There were 6,053 bookings from March 1, 2020 to April 29, 2020 and the average number of daily bookings was 101.

Table 1: Summary of Daily Bookings: March 1, 2020 - April 29, 2020

| Date | Bookings | Released Day of Booking | Not Released Day of Booking | % Released Day of Booking |
|---|---|---|---|---|
| 2020-03-01 | 204 | 106 | 98 | 52 % |
| 2020-03-02 | 197 | 109 | 88 | 55 % |
| 2020-03-03 | 211 | 130 | 81 | 62 % |
| 2020-03-04 | 212 | 103 | 109 | 49 % |
| 2020-03-05 | 190 | 99 | 91 | 52 % |
| 2020-03-06 | 201 | 123 | 78 | 61 % |
| 2020-03-07 | 217 | 107 | 110 | 49 % |
| 2020-03-08 | 200 | 83 | 117 | 42 % |
| 2020-03-09 | 227 | 119 | 108 | 52 % |
| 2020-03-10 | 176 | 109 | 67 | 62 % |
| 2020-03-11 | 168 | 89 | 79 | 53 % |
| 2020-03-12 | 224 | 132 | 92 | 59 % |
| 2020-03-13 | 221 | 130 | 91 | 59 % |
| 2020-03-14 | 198 | 91 | 107 | 46 % |
| 2020-03-15 | 193 | 111 | 82 | 58 % |
| 2020-03-16 | 166 | 92 | 74 | 55 % |
| 2020-03-17 | 158 | 94 | 64 | 59 % |
| 2020-03-18 | 134 | 85 | 49 | 63 % |
| 2020-03-19 | 109 | 73 | 36 | 67 % |
| 2020-03-20 | 90 | 62 | 28 | 69 % |
| 2020-03-21 | 69 | 46 | 23 | 67 % |
| 2020-03-22 | 73 | 52 | 21 | 71 % |
| 2020-03-23 | 73 | 66 | 7 | 90 % |
| 2020-03-24 | 61 | 46 | 15 | 75 % |
| 2020-03-25 | 71 | 40 | 31 | 56 % |
| 2020-03-26 | 59 | 41 | 18 | 69 % |



| 2020-03-27 | 62 | 44 | 18 | 71 % |
|---|---|---|---|---|
| 2020-03-28 | 52 | 34 | 18 | 65 % |
| 2020-03-29 | 64 | 40 | 24 | 62 % |
| 2020-03-30 | 61 | 51 | 10 | 84 % |
| 2020-03-31 | 68 | 54 | 14 | 79 % |
| 2020-04-01 | 62 | 42 | 20 | 68 % |
| 2020-04-02 | 49 | 37 | 12 | 76 % |
| 2020-04-03 | 62 | 47 | 15 | 76 % |
| 2020-04-04 | 53 | 42 | 11 | 79 % |
| 2020-04-05 | 53 | 42 | 11 | 79 % |
| 2020-04-06 | 43 | 34 | 9 | 79 % |
| 2020-04-07 | 48 | 32 | 16 | 67 % |
| 2020-04-08 | 56 | 43 | 13 | 77 % |
| 2020-04-09 | 66 | 52 | 14 | 79 % |
| 2020-04-10 | 67 | 50 | 17 | 75 % |
| 2020-04-11 | 52 | 41 | 11 | 79 % |
| 2020-04-12 | 67 | 55 | 12 | 82 % |
| 2020-04-13 | 51 | 31 | 20 | 61 % |
| 2020-04-14 | 50 | 28 | 22 | 56 % |
| 2020-04-15 | 49 | 28 | 21 | 57 % |
| 2020-04-16 | 52 | 39 | 13 | 75 % |
| 2020-04-17 | 54 | 35 | 19 | 65 % |
| 2020-04-18 | 50 | 21 | 29 | 42 % |
| 2020-04-19 | 64 | 27 | 37 | 42 % |
| 2020-04-20 | 49 | 31 | 18 | 63 % |
| 2020-04-21 | 57 | 40 | 17 | 70 % |
| 2020-04-22 | 64 | 45 | 19 | 70 % |
| 2020-04-23 | 69 | 46 | 23 | 67 % |
| 2020-04-24 | 52 | 29 | 23 | 56 % |
| 2020-04-25 | 56 | 17 | 39 | 30 % |
| 2020-04-26 | 75 | 38 | 37 | 51 % |
| 2020-04-27 | 67 | 39 | 28 | 58 % |
| 2020-04-28 | 60 | 38 | 22 | 63 % |
| 2020-04-29 | 47 | 34 | 13 | 72 % |



*Figure 1* displays the number of bookings each day from March 1, 2020 to April 29, 2020.

Figure 1: Trends of Daily Bookings: March 1, 2020 - April 29, 2020



3



*Figure 2* displays the daily percentage of bookings released the same day from March 1, 2020 to April 29, 2020.

Figure 2: Daily Percentage of Released Day of Booking: March 1, 2020 - April 29, 2020



# Miller Declaration
# Exhibit 3

3195\305651699.v1

Recent COVID-10 Related Incidents

DIV9-2020-4778
- April 1, 2020    Div. 9 3D
- 2 detainees involved
- Stole remote from C/O's hand and ate batteries
- Possible attempt to be removed from tier

ERT-2020-5907
DIV08-2020-5887
- April 29, 2020    RTU 3G
- Multiple detainees involved in uprising against sworn staff; threatening bodily harm
- Broke medical equipment to be used as weapons
- Flooded tier with soapy water
- ERT activated

DIV08-2020-5711
- April 24, 2020    RTU 5C
- 2 detainees involved in fight
- As C/O's attempted to separate detainees, 6 other detainees approached officers, removed masks
  and began coughing on officers

DIV08-2020-5851
- April 28, 2020    RTU 4G
- At least 4 detainees involved
- Detainees refused to wear masks on quarantine tier
- Caused disturbance on tier; threatened staff and disrespected nursing staff

DIV08-2020-4977
- April 7, 2020   RTU 3H
- 4 detainees blocking door in effort to prevent distribution of food trays
- Claimed hunger strike on behalf of tier
- Openly discussed riot/protest on recorded phone calls

DIV9-2020-5276
- April 15, 2020
- 3 detainees refused to return used PPE
- Detainees disassembled masks in order to take metal bracket from upper part of mask

DIV9-2020-5240
DIV9-2020-5236
- April 14, 2020
- Multiple incidents of self-harm
- Possible attempt to be moved from housing unit

DIV9-2020-5139
- April 11, 2020
- Multiple detainee incident
- Detainee jumped from second level/self-harm
- Several detainees climbing windows

DIV08-2020-5521
- April 14, 2020
- Detainee made lewd sexual comments/requests to female staff
- Officers attempt to remove detainee from tier; detainee then throws garbage can spewing used PPE all over quarantine tier

DIV9-2020-4993
- April 8, 2020
- Temperature checks being performed
- Detainee stated "you can't keep us in these cells"
- Forcefully exited cell while nurse on deck
- Tried to evade C/O

DIV11-2020-4963
- April 7, 2020
- Inmate protest/refusal of dinner tray/hunger strike
- 34 detainees involved

 

# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID: S Wilensky

## INCIDENT REPORT

| DIVISION / UNIT: | | LIVING UNIT / LOCATION: |
|---|---|---|
| DIVISION 9 | | DAYROOM |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/1/2020 | 10:35 AM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: | |
|---|---|---|
| Battery to Staff | ☐ Injuries / Hospitalization | ☐ OPR Notified |
| Disciplinary | ☐ Restraints / Force Used | ☐ ADO Notified |
| | ☐ Weapon(s) Involved | |
| | ☐ Arrest(s) Made | |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT | PERSONNEL INVOLVED: | INVOLVEMENT |
|---|---|---|---|---|
| Maurice Harris | 731096 | Participant | M Downes02 | Victim |
| Joshua D Johnson | 767858 | Participant | | |
| Rashaad M Howard | 638297 | Participant | | |

## STATEMENT OF FACTS: (NARRATIVE)

On 01 Apr 20 R/O Downes #17617 was assigned to 3D on the 0700-1500 shift. At approximately 1035hrs R/O entered the tier to change the channel on the television. As R/O was in the process of changing the channel, detainee Johnson, Joshua #20180801033 quickly reached up and grabbed the remote from R/O. Detainee Johnson immediately ran back and removed a battery from the remote. Detainee Johnson then delivered the remote to detainee Howard, Rashaad #20191102112. Detainee Howard proceeded to remove the other battery from the remote. Both detainees put a battery in their mouths. Detainee Howard stated "See, I swallowed it". R/O immediately escorted detainee Howard off the deck and he was secured in handcuffs with the assistance of Officer Staniswewski #18426. R/O immediately called Sgt. Parker #3347 to 10-25( report in person) for battery to staff and a detainee swallowing a battery. Sgt. Parker along with additional division 9 staff arrived and detainee Howard was escorted off the floor. Detainee Johnson was handcuffed and escorted down to holding. End of report.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |
| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
| | | |

## ADMINISTRATIVE ASSESSMENT:

R/Lt. I. Sanchez #702 was informed by Sgt. A. Parker #3347 that inmate Johnson, Joshua #2018-0801033 Tier 3D (General Population) snatched the T.V. remote control from Officer M. Downes #17617 as he attempted to change the channel. Inmate Johnson took one of the two AA batteries out the remote and handed it to Howard, Rashaad #2019-1102112. Inmate Howard took the other AA battery and returned the remote control to Officer Downes. Inmate Howard subsequently ingested the battery, drank from the water fountain and stated, "See, I swallowed it." Inmate Johnson put his battery in his mouth, drank from the water fountain and retreated to the shower area. Incident captured on surveillance video DIV9-CAM 3.087 3D Dayroom Door and 3.088 3D Dayroom @ 10:35:18 hrs. Sgt. Parker reported to the tier with BWC X603993E9 activated and inmate Howard was escorted to Central Holding, Bullpen #5 by Officer A. Jordan #15856. Inmate Johnson was escorted to Bullpen #1 by Officer K. Payne #15809. Both inmates were escorted to the dispensary by Officer Payne and were referred to Cermak Urgent Care by Paramedic McNutt. Inmate Johnson informed Paramedic McNutt that he also swallowed the battery. Inter-Agency forms completed. Inmates Johnson and Howard were escorted to Cermak by Officer R. Valadez #16582. It was discovered that inmate Johnson did not swallow the battery and was returned to the division. Inmate Howard was referred Stroger Hospital by Dr. Dawaliby and was transported by Officers Kowaluk #14922 and Eden #14872, Ex-Ops Car #3232 @ 1707 hrs. Inmates Johnson and Harris were issued an infraction report. Inmate Johnson presently remains on Tier 3D. Initial Notification Report and Sworn Member Battery Report completed. Officer Downes was not injured however he wishes to press charges. Notification made to Supt. Iracheta, Investigator Haro #6154, AO #43997 @ 1225 hrs and CCSPD Operator Cummins #124, CR #30517@ 1231 hrs.

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
**(CCOMS)**

User ID: S Wilensky

## INCIDENT REPORT

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV9-2020-4778 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID: S Wilensky

# INCIDENT REPORT

| DIVISION / UNIT: | LIVING UNIT / LOCATION: |
|---|---|
| EMERGENCY RESPONSE TEAM | DAYROOM |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/29/2020 | 7:30 AM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: | |
|---|---|---|
| Disturbance/Riot | ☐ Injuries / Hospitalization | ☐ OPR Notified |
| | ☑ Restraints / Force Used | ☑ ADO Notified |
| | ☐ Weapon(s) Involved | |
| | ☐ Arrest(s) Made | |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Deandre J Thomas | 661933 | Participant | H Richard | Involved |
| | | | R Diaz | Involved |
| | | | C Tyler | Involved |
| | | | S Diaz | Involved |
| | | | R Rodriguez06 | Involved |
| | | | C Menefee | Involved |
| | | | J Garcia04 | Involved |
| | | | S Buchanan | Involved |
| | | | R Smith08 | Involved |
| | | | J Patz | Involved |
| | | | J Hernandez06 | Involved |
| | | | D Schickel | Involved |
| | | | J Perkins | Involved |
| | | | R Chavez | Involved |
| | | | M Wrzesniewski | Involved |
| | | | J Bakowski | Involved |
| | | | J Medina | Involved |

## STATEMENT OF FACTS: (NARRATIVE)

On 29 April 2020 at approximately 0750hrs, Emergency Response Team was activated by Director Howell to respond to a major incident caused by multiple detainees in RTU Tier 3G (Isolation Medical Tier). The following ERT staff responded; R/O Schickel #15115, Dir. Howell, Lt. Martiniak #634, Lt. Marmol #688, Lt. Maglaya #739, Sgt. Rodriguez #3054, Sgt. Carpenter #3210, Sgt. Squeo #3257, Sgt. Taylor #3264, Sgt. Douge #3211, Sgt. Villeda #3269, Sgt. Chew #1149, Ofc. Smith #16476, Ofc. Diaz, S #15148, Ofc. Patz #16573, Ofc. Fafrowics #17288, Ofc. Hernandez,M #17045, Ofc. Menefee #16409, Ofc. Perkins #16933, Ofc. Bakowski #17403, Ofc. Wrzesnniewki #17273, Ofc. Rodriguez #16705, Ofc. Ruiz #16414, Ofc. Medina #15588, Ofc. Hart, G #11380, Ofc. Kelly #17298, Ofc. Tyler #16296, Ofc. Hernandez #17076, Ofc. Hart, J #11498, Ofc. Diaz, R #15335, Ofc. Richard #14946, Ofc. Buchanan #17098, Ofc. Chavez #16441, Ofc. Garcia, J #16324 and Ofc. Askar #17322. Upon arrival to RTU, the following information was given to ERT; multiple detainees on Tier 3G made an uprising against sworn staff in RTU and threatened staff of causing great bodily harm if staff were to enter Tier 3G. Detainees on Tier 3G purposely broke medical crutches and wheelchairs to be used as weapons against sworn staff. Detainees purposely threw soapy water all over the dayroom floor especially near entry doors in order to make it difficult and dangerous for responding sworn staff to maintain footing when entering Tier 3G. Multiple detainees also purposely laid down on dayroom floor near entry doors in order to obstruct sworn staff from properly moving on to Tier 3G. ERT response is detailed below in administrative assessment.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID:  S Wilensky

## INCIDENT REPORT

| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
|---|---|---|
|  |  |  |

### ADMINISTRATIVE ASSESSMENT:

On 29 April 2020 at approximately 0750hrs, Emergency Response Team was activated by Director Howell to respond to a major incident caused by multiple detainees in RTU Tier 3G (Isolation Medical Tier). Above information in Incident Details were given to ERT. With this information, ERT donned protective Riot gear, Riot equipment, and PPE N95 Facemasks. At approximately 0834hrs, ERT staged themselves in the hallway outside Tier 3G. On scene prior of ERT arrival were RTU sworn staff in protective Riot gear and RTU supervisors staged in the hallway outside of Tier 3G. At this time, it was seen that multiple detainees were pacing back and forth in the dayroom with their fists clenched and yelling towards sworn staff. Also heard were detainee(s) loud pounding on Tier 3G entry door. Before detainee's actions could dangerously escalate any further, ERT made entry unto Tier 3G. Upon entry, ERT shouted verbal orders for detainees to get on the ground or remain on their bunks and not to move. Several detainees were purposely laying on the floor near entry door. Those detainees were given verbal orders by ERT staff not to move and immediately were secured in handcuffs. Verbal orders continued to be shouted for all detainees to remain still and not move. ERT began to place handcuffs on detainees on Tier 3G while maintaining dayroom security. Once detainees were secured in handcuffs, detainees were helped by ERT to stand to their feet. Each detainee was escorted off Tier 3G one at a time by two ERT officers. During escort, several detainees purposely refused to walk and became dead weight making it difficult for movement. Once this occurred, the two escorting ERT officers placed a firm grip (handshake strength) upon each of detainee's upper arms and maintained a controlled lift when escorting detainee off Tier 3G. Once detainees were escorted to the hallway outside of Tier 3G, detainees were turned over to RTU sworn staff where detainees received medical evaluations by RTU medical staff and then escorted to another location on the 3rd Floor. 39x detainees were escorted off Tier 3G and medically cleared, it was ordered that all detainees from Tier 3G were being transferred to Div. 10 Tier 1D.

Each detainee was then escorted by two ERT sworn staff members from RTU to Div. 10. While ERT Ofc. Garcia, J #16324 and ERT Ofc. Menefee #16409 approached detainee Thomas, Deandre #20180422011 for escort, detainee was sitting on the ground and without warning purposely kicked ERT Ofc. Garcia, J striking him in his right knee area. ERT Ofc. Garcia, J and ERT Ofc. Menefee immediately pinned detainee Thomas's upper torso to the ground in order to prevent any further attack. Detainee Thomas yelled out; "Fuck you all! You ain't shit!". ERT Ofc. Garcia, J and ERT Ofc. Menefee gave detainee verbal orders to stop resisting. Detainee Thomas continued to say; "Fuck you all". ERT Ofc. Garcia, J and ERT Ofc. Menefee then placed a firm grip (handshake strength) on each of detainee Thomas's upper arms and helped detainee up to his feet. Due to detainee Thomas's aggressive behavior and his PPE facemask not on him, a spit mask was utilized and placed on detainee Thomas. Detainee Thomas then was escorted and walked under his own power. ERT Ofc. Garcia, J and ERT Ofc. Menefee were escort officers. Due to detainee Thomas's behavior and being a security risk, ERT Sgt. Squeo #3257 and ERT Lt. Marmol #688 (with Transport chair) followed. During escort, detainee Thomas began to purposely slow down his walk and began to breath heavily. Detainee Thomas was then secured in the Transport Chair with no incident. Escort of detainee Thomas continued via Transport Chair. Detainee Thomas continued to purposely breath heavily and shake his body. Detainee Thomas was told to calm down. Detainee Thomas was never in any physical distress. Detainee Thomas was escorted to Div.10 Tier 1D and secured in his cell with no further incident. Disciplinary report generated for detainee Thomas. Ofc. Garcia, J requests to press charges against detainee Thomas, Deandre for assault and battery. Battery to staff report generated. All other detainees from RTU Tier 3G was escorted to Div. 10 Tier 1D and secured with no further incident. Once secured, ERT exited Tier 1D. Div. 10 Medical staff was staged on Tier 1D and once ERT exited, medical evaluations were conducted for all detainees. All detainee personal belongings on Tier 3G was searched and packed up by RTU staff and will be sent to Div.10. No visible injuries to detainees. No injuries to staff. Incident captured on ERT Axon Body Cameras listed under personnel involved. Incident also captured on stationary cameras in RTU. R\LT does not have access to RTU cameras and awaiting to be reviewed. Once all cameras will be reviewed, it will be determined if any Use of Force paperwork is necessary.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
|  | ERT-2020-5907 |  |  |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID: S Wilensky

## INCIDENT REPORT

| DIVISION / UNIT: | LIVING UNIT / LOCATION: |
|---|---|
| DIVISION 08 RTU | DAYROOM |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/29/2020 | 7:00 AM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: |
|---|---|
| | ☐ Injuries / Hospitalization ☐ OPR Notified |
| | ☐ Restraints / Force Used ☐ ADO Notified |
| | ☐ Weapon(s) Involved |
| | ☐ Arrest(s) Made |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Cornelius L Walker | 731028 | Participant | R Hopkins | Witness |
| Raamse L Morris | 790028 | Participant | | |
| Robert Norwood | 716384 | Participant | | |
| Gordon R Young | 0038836 | Participant | | |
| Shawn Neal Robinson | 642865 | Participant | | |
| Ricardo P Haymond | 645749 | Participant | | |
| Deandre J Thomas | 661933 | Participant | | |
| Jonathan T Warner | 697881 | Participant | | |
| Alexander Taylor | 0096426 | Participant | | |
| Allante N Anderson | 0503734 | Participant | | |
| Robert L Davis | 0504802 | Participant | | |
| Andrew Martin | 0533081 | Participant | | |
| Clarence L Martin | 0593666 | Participant | | |

## STATEMENT OF FACTS: (NARRATIVE)

R/D Hopkins #16678 was assigned to count Tier 3G. At 0655hrs R/D entered 3G and counted 39x detainees. As R/D was counting, detainee Haymond, Ricardo #20180727103 followed closely behind requesting to have the tier inmate telephones turned on. R/D responded, "No. The phones are turned on at 0730hrs." Sgt. Sierra entered the tier and spoke with the detainees on the tier. Ofc. Richard #15626 entered Tier 3G to assist with clearing the dayroom. Sgt. Sierra, Ofc. Richard and myself exited the tier. R/D and Ofc. Richard called for the 3rd floor supervisor to respond to 3G when the detainees began standing on the tables and yelling. R/D did not observe the detainees who deployed the OC Spray and damage the officer desk computer. Lt. Delitz #660, Lt. Soto #686, Lt. Behenna #693, Sgt. Purcell #3103, Sgt. Stubenvall #3085, Sgt. Hicks #3338 and Sgt. Gathright 33260 responded to 3G.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |

| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
|---|---|---|
| | | |

## ADMINISTRATIVE ASSESSMENT:

Run Date: 5/1/2020 12:34 PM

Page 1 of 2

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
(CCOMS)



User ID: S Wilensky

## INCIDENT REPORT

R/Lt. Delitz #660 was notified of the above incident via radio. After reviewing cameras 3.008, 3.028, 3.029, 03.030 and 3.033 R/Lt. observed the following:

At 0655hrs Ofc. Hopkins #16678 arrived on tier 3G followed by the 11-7 officer to conduct a count. After taking the count, Ofc. Hopkins leaves the tier.

At 0700hrs. Sgt. Sierra enters the tier and walks to the rear to speak with the detainees.

At 0704hrs Ofc. Richard #15626 entered the tier.

At 0705hrs Sgt. Sierra, Ofc. Hopkins and Ofc. Richard exited the tier. Inmates did not leave the dayroom and made attempts to use the tier officer's telephone.

At 0729hrs Detainee Harris, Quovotis #20190709220 put his wheelchair on the dayroom table, sat in the chair while several other inmates stood on the tables and chairs.

At 0731hrs Observed on camera 3.033 an inmate sits at the officer's desk and attempts to use the telephone. Ofc. Hopkins notified via radio that 2x inmates were removing the officer's computer from the desk.

At 0733hrs detainee Walker, Cornelius #20150920216 made an attempt to make a call on the officer's desk telephone.

At 0734hrs detainee Haymond, Ricardo #20180727103 filled the mop bucket with water and threw the garbage on the floor of the dayroom. Martin, Andrew #20200313120 rolled the mop bucket to Anderson, Allante #20180921221. Detainee Anderson then poured the water from the mop bucket on the floor and detainee Martin picked up the mop bucket and poured the remaining water on the table.

At 0738hrs The computer monitor was taken from the officer's desk by detainee Taylor, Alexander #20180921221 to the rear of the tier. Detainee Warner, Jonathan #20180721001 then took the OC. spray, deployed and sprayed detainee Haymond. All inmates in the area of the OC deployment began to duck and move away. Detainee Warner made a motion as if he was fighting but did not appear to make contact with any of the other detainees. Detainee Warner then went to the washroom and came back out.

At 0743hrs Observed on camera 3.008 multiple staff members began to assemble in the hallway outside of tier 3G: Lt. Soto, Lt. Delitz, Sgt. Sierra, Sgt. Gathright, Sgt. Stubenvoll, Sgt. Purcell and Sgt. Hicks along with medical staff.

At 0755hrs on camera 3.029, it appears detainee Robinson, Shawn Neal #20180622186 and Taylor, Alexander #20180921221 are fighting. Detainee Taylor picks up the officer computer and pushes it towards detainee Robinson. Detainee Robinson then throws the computer to the floor and detainee Taylor falls to the floor as he is walking away and back away. It appeared detainees Robinson, Shawn Neal #20180622186, Martin, Andrew #20200313120 and Morris, Raamse #20180902188 were stomping and throwing closed hand fists at the head and body of detainee Taylor. They all then began to drag detainee Taylor across the floor.

At 0756hrs AED Gavin arrived in the hallway outside of 3G.

At 0805hrs Supt Hayes arrived.

At 0834hrs ERT arrived.

At 0843hrs ERT entered the tier.

At 0845hrs The first inmate was escorted by ERT staff off of the tier.

At 0855hrs The last inmate was escorted by ERT and division officers off of the tier.

At 0916hrs The last inmate was escorted out of the building.

Multiple medical staff were present to assess each of the detainees as ERT escorted them from the tier. All detainees received medical attention prior to being transferred from the building by ERT, divisional supervisors and officers.

AO notification was taken by Inv. Hall #6153 at 1158hrs/AO #48898.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV08-2020-5887 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

 

# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
(CCOMS)

User ID: S Wilensky

## INCIDENT REPORT

| DIVISION / UNIT: | LIVING UNIT / LOCATION: |
|---|---|
| DIVISION 08 RTU | DAYROOM |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/24/2020 | 5:20 PM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: | |
|---|---|---|
| Disciplinary | ☐ Injuries / Hospitalization | ☐ OPR Notified |
| Inmate Fight | ☑ Restraints / Force Used | ☐ ADO Notified |
| Medical Involved | ☐ Weapon(s) Involved | |
| Use of Force | ☐ Arrest(s) Made | |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Adilene Pimental | 797133 | Participant | M Varela | Involved |
| Brittany Hyc | 799963 | Participant | G Gonzalez | Involved |
| Flor R Perez | 775185 | Participant | A Sanders02 | Involved |
| Emily Petronella | 781085 | Participant | D Gell | Involved |
| Marshalla Kelly | 750657 | Participant | L Berrios | Witness |
| Celeste T Christian | 791303 | Participant | L Pantoja | Witness |
| Ashauntiar Cody | 671115 | Participant | J Chaparro | Witness |
| Brittney Mitchell | 704788 | Participant | S Wulf | Witness |
| | | | C Wilds | Witness |

## STATEMENT OF FACTS: (NARRATIVE)

At 1700hrs Ofc. Gonzalez (18318) was re-assign to 5C without a partner. At 1720hrs I was conducting medication , when detainee Kelly, Marshalla (20160814109) began striking with closed hand fist in the facial area of detainee Christian, Celeste (20180926121) by the bunk area. I called over the radio "10-10 on 5C". I opened the door for back up to arrive and multiple officers stepped in to the tier. Ofc. Gell(18010), Ofc. Varela(18226) and I took a firm grip of detainee Kelly, Marshalla's t- shirt and pulled her off to create distance since she was pulling on detainee Christian's hair. I kept on giving verbal orders for both to stop fighting but detainee Kelly disobeyed orders and kept on resisting. Ofc. Berrios(17913) and Ofc. Pantoja (16791) got a firm grip of detainee Christian. While we were separating the detainees Mitchell, Brittney (20140908192), Cody, Ashauntiar (20200111054), Pimental, Adilene(20200305181), Hyc, Brtittany(20190321210),Perez, Flor(20171121098),and Petronella, Emily(20190310119) removed their masks and started to cough on the officers. Be advised tier 5C is an isolation tier that contains positive COVID-19 detainees. Both detainees were separated and handcuffed. SGT Wray was notified.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |

| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
|---|---|---|
| | | |

## ADMINISTRATIVE ASSESSMENT:

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID:   S Wilensky

## INCIDENT REPORT

R/Lt. McArdle #719 responded to tier 5C for a radio transmission of 10-10(detainees fighting).

Upon arrival detainee Kelly, Marshalla (20160814109) and detainee Christian, Celeste(20180926121) had been separated. Detainee Kelly was placed in the 5 West Bullpen. Detainee Christian was placed in the 5th floor side bullpen.

Incident was recorded on stationary camera 5-066 at camera time 1718hrs.

Both detainees were seen in dispensary by Nurse Chacko and cleared.

Detainee Kelly was given a mental health evaluation by MHS Acevez and cleared.

Both detainees issued disciplinary for fighting. Classification notified in order to find alternative housing for detainee Kelly as it will be a continuous issue if she remains on tier 5C and a danger to detainee Christian.

Both detainees interviewed by Sgt. Dellis on SD 18-51. Neither detainee had any statement to make on camera. Detainee Kelly had no injuries. Detainee Christian has a cut under her left eye and a cut above her right eyebrow.

Detainee Mitchell, Brittney #20140908192  was seen by responding officers removing her mask and coughing on the responding officers and also  getting other detainees(Cody, Ashauntiar(20200111054), Pimental, Adilene(20200305181), Hyc, Brtittany(20190321210),Perez, Flor(20171121098),and Petronella, Emily(20190310119)) to cough on the officers. All detainees involved issued disciplinary and staff wishes to press charges against all the detainees.

CCSPD Communications Center Oper 241 notified at 1747hrs and issued CR#40533.

Commander Center Ofc. Chavez #16441 notified at 1828hrs.

Supt. Jones-Hayes notified via this report and via phone. All other notifications made via this report.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV08-2020-5711 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID: S Wilensky

## INCIDENT REPORT

| DIVISION / UNIT: | | | LIVING UNIT / LOCATION: | |
|---|---|---|---|---|
| DIVISION 08 RTU | | | DAYROOM | |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/28/2020 | 10:49 AM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: |
|---|---|
| Disciplinary | ☐ Injuries / Hospitalization ☐ OPR Notified |
| Disturbance/Riot | ☑ Restraints / Force Used ☐ ADO Notified |
| Medical Involved | ☐ Weapon(s) Involved |
| Use of Force | ☐ Arrest(s) Made |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Xavier M Davis | 722452 | Participant | J Gust | Involved |
| Bruce Galimore | 713152 | Participant | T Prine | Involved |
| Derrick I Hamilin | 745839 | Participant | J Motley | Involved |
| Kendell Cole | 759665 | Participant | W Richard | Involved |
| | | | J Mendez02 | Involved |
| | | | R Rieger | Involved |
| | | | A Stubenvoll | Involved |
| | | | A Dubaka | Involved |
| | | | D Wiggins | Witness |
| | | | K Purcell | Witness |
| | | | A Dunn | Witness |
| | | | U Gathright | Witness |
| | | | R Hopkins | Witness |
| | | | S Soto | Witness |
| | | | A Hicks | Witness |

### STATEMENT OF FACTS: (NARRATIVE)

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
(CCOMS)

User ID: S Wilensky

## INCIDENT REPORT

On 28 APR 20 D/S Prine #11556 and D/S Ceballos #11568 were on duty and assigned to Div. 08/RTU Living Unit 4G at 1049 hrs. At this time detainee Davis, Xavier 20191130060 was observed sitting in the Tier Officers desk chair. I (D/S Prine) ordered detainee Davis to not sit in that chair and to not cross the yellow line around the Officers desk. Detainees Hamlin, Derrick 20181206079 and Cole, Kendall 20170906023 then began yelling loudly "You can't tell nobody what to do in this bitch! You aint run shit!" I ordered ALL detainees to wear masks and proper DOC uniform in the dayroom. Sgt.'s Stubenvoll, Purcell and Gathright were notified at this time of the detainees refusal to comply with orders. Detainee Hamlin repeatedly ignored multiple verbal commands to put clothes on in the dayroom and instead walked around in only shower shoes, boxers and long underwear pants. Inmate Cole approached me and stated that he controlled the tier and if I wanted anything from the detainees to talk to him, he would make it happen. I instructed detainee Cole that any and all orders that were necessary to be communicated to the detainees on the living unit would come from sworn personnel only. Detainee Hamlin at this time approached the dayroom in the same condition without any semblance of uniform on and stood in the dayroom. Detainee Hamlin was again refusing to comply with orders to put on a uniform or mask. Detainee Galimore, Bruce 20181221014 then stood in the dayroom, refused to put a mask on properly and repeatedly approached the tier door after being ordered to step back without his mask on properly. Detainee Hamlin then yelled loudly at the RN distributing medication asking her if she loved his body. After medication was completed, as soon as I stepped into the hallway detainee Davis sat in the officers desk chair again. I again ordered Detainee Davis to not sit in the officers chair or approach the officers desk unless ordered to do so and to remain behind the yellow line at all times. Detainee Hamlin was again ordered out of the dayroom, to put clothes on and to put on a mask. Detainee Hamlin began yelling at me saying, "You tweakin man! I swear to god I'ma knock a motherfucker out up in this bitch! On my dead daddy I'ma knock one of these pussy ass bitches out! These motherfuckers some scary ass bitches!" Supervisors were notified of detainee Hamlins threatening statements.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |

**ADMINISTRATIVE ASSESSMENT:**

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
(CCOMS)



User ID: S Wilensky

## INCIDENT REPORT

R/Lt. Soto # 686 and Lt. Behenna # 693 were briefed and notified of above incident on tier 4G with detainees Davis, Xavier # 20191130060 , Hamlin, Derrick # 20181206079, Galimore, Bruce # 20181221014, and Cole, Kendell # 20170906023 being disrespectful, unruly, defiant and threatening staff, which is captured on tier camera 4-028.    Director Gavin and Supt. notified and briefed of above situation.    Per Director Gavin all 4 detainees were to be removed from tier and transferred to different floors.  Dir Gavin, Supt. Jones-Hayes, R/Lt, Lt. Behenna and Delitz, Sgt. Stubenvoll # 3085, Sgt. Purcell # 3103 , Sgt. Dunn #3213 , Sgt. Gathright #3260, Sgt. Hicks, Sgt. Gust #3293 , Dep Prine#11556 , Ceballos, Bunescu, K Woods, Maniates, Mendez #18096,  EJ Jones and Dubaka #11584 assembled outside of tier 4G at approximately 1100 hrs. Dir Gavin ordered several officers to retrieve riot gear to be on standby, captured on tier camera 4-011.   Staff entered tier at 1108 hrs. to secure and escort detainees Galimore, Hamlin, Davis and Cole.  All 4 detainees were escorted to 4West holding without incident. Detainees Galimore and Cole were escorted to tier 4E cells 7 & 8 without incident.

*****

Detainee Hamlin : R/Lt reviewed cameras 3-079 and 3-078 between 1121-1225hrs.  Inmate Hamlin was placed in 3-West bullpen to await transfer to tier 3E per Director Gavin.  At 1111hrs he was secured to the eyelet in the bullpen with shackles to the handcuffs by Deputy Prine and Sgt. Stubenvoll. Lt. Wiggins and Supt. Jones-Hayes attempted to deescalate the inmate's behavior within the bullpen however the inmate was still irate.  At 11:47:53 inmate slammed his handcuff's multiple times into the bullpen window cracking the glass but it did not shatter. At 12:23 hand held camera SD#20-01 by Sgt. Hicks. Officer Rieger#16453, Richard #15626, Mendez#18096, Motley#16377, Deputy Dubaka11584, Deputy Prine #11556, and Sgt. Stubenvoll #3085.  Sgt. Gathright #3260, Lt. Wiggins# 716, Sgt. Hicks on camera, Ofc. Hopkins, Sgt. Gust arrive.  Lt.Soto, Sgt. Dunn, Ofc. Grooms outside bullpen.  Staff placed inmate on the wall to escort the inmate however inmate and staff fell to the ground.  Staff with a firm grip held the inmate down on the ground.  Deputy Prine held the right leg, Ofc. Motley left leg, Mendez, J. Left arm, and Reiger the right arm in an attempt to stabilize the inmate to carry him to tier 3E.  Sgt. Stubenvoll held the shackle to prevent it from becoming a weapon.   Staff was able to lift the inmate and carry him to Cell #10 on tier 3E.  (see camera 3-041 at 1225-1234hrs). Once at the door of Cell #10 staff attempted to stand the inmate on his feet and place the shackle through the cell chuckhole  The inmate kicked Ofc. Motely, Officer Motley delivered one strike to the inmates thigh area in order to get the inmate to cease kicking.  Inmate attempted to bite Sgt. Gust and kick Ofc. Richard.   Sgt. Gust redirected the inmates head with one strike.  The inmate was placed back on the ground area in front of Cell #10.  Sgt. Stubenvoll delivered a short bust of OC Spray to the inmate facial area and gave orders to stop resisting.  Inmate was then lifted to his feet and escorted/carried to the shower area and sink on tier 3E where the inmate was decontaminated at approximately 1230hrs.  Once decontaminated inmate was escorted into cell #10 and secured.  Inmate was cleared by Nurse Stanciel at approximately 1234hrs in cell #10.  See video 3-041.

*****

Detainee Davis:  R/Lt reviewed camera 4-West bullpen camera 4-078 from 1120-1126hrs and viewed Inmate Davis helped into the escort chair while in 4-West control without resistance by staff.   Inmate spoke with Director Gavin and was then escorted to the 3rd floor side bullpen by Officer Joplin, Sgt. Dunn, and Staff.  Once in front of the 3rd floor bullpen the inmate stood up and threw himself onto the floor see video 3-021 and between 1133-1151hrs. While on the floor the inmate made movements back and forth similar to seizure.  Sgt. Dunn held the inmates head to prevent injury until medical staff arrived at 1134hrs. Supt. Jones-Hayes arrived on scene at 1146hrs.  Inmate was evaluated by Medical staff Sopczak and was referred to Cermak E/R.  Inmate was helped back into the escort chair and secured without resistance.  Inmate was escorted to Cermak E/R by Ofc. Joplin and transferred to Ofc. Harper.  Inmate was seen by Dr. Khan, then referred for X-Ray but refused and then refused to see the doctor again.  He was returned to the division by Ofc. Harper and secured in 3E Cell # 3 at 1252hrs

***

All 4 detainees were written up on disciplinaries.
SP Demro #287 assigned CR# 20-41792 at 1430 hrs.
AO Inv. Diaz # 6239 assigned AO# 48864 at 1430 hrs.

****

Sgt. Gust scraped both knees during UOF with detainee Hamlin.   (Pictures taken on sd card # 20-01) refused medical attention and filled out IOD package as a precaution. ( Not claiming duty injury at this time).

***

FacilityManagment Ext 3110 notified to generate an emergency work order for shattered window.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
|  | DIV08-2020-5851 |  |  |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID: S Wilensky

## INCIDENT REPORT

| DIVISION / UNIT: | LIVING UNIT / LOCATION: |
|---|---|
| DIVISION 08 RTU | DAYROOM |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/7/2020 | 7:00 PM | Informational |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: | |
|---|---|---|
| Disturbance/Riot | ☐ Injuries / Hospitalization | ☐ OPR Notified |
| Informational | ☐ Restraints / Force Used | ☑ ADO Notified |
| | ☐ Weapon(s) Involved | |
| | ☐ Arrest(s) Made | |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Donald Conwell | 0233695 | Participant | L Quiroz | Involved |
| Anthony Jackson | 669139 | Participant | | |
| Joseph Mathis | 0157390 | Participant | | |
| Antonio D Sercye | 0563108 | Participant | | |

## STATEMENT OF FACTS: (NARRATIVE)

At approx. 1900 hrs, While assigned to 3H R/O Quiroz #18422, was attempting to feed 3H, but was stopped by Inmates Jackson, Anthony 20150115302, Mathis, Joseph 20130327222, Sercye, Antonio 20191023183, and Conwell, Donald 20200214079. They stated that they were claiming a "hunger strike!" and blocked the door passage and was unable to feed tier. R/O Moon and R/O Zaragoza were the food officers and witnessed said incident. Be advised, this protest was talked about openly on the tier and was heard by R/O Quiroz. Inmate Jackson, Anthony 2015115302 and Inmate Sercye, Antonio 20191023183 instructed the tier that they were going to refused the meals provided by Cook County, but were going to eat their commissary. Shortly after refusal of trays, multiple inmates were observed eating commissary food. Sgt. Hill-Shumpert notified.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |

| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
|---|---|---|
| | | |

## ADMINISTRATIVE ASSESSMENT:

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID:  S Wilensky

## INCIDENT REPORT

R/L Anderson #744 was notified at Approx. 1855hrs the entire tier 3-H was refusing dinner trays and standing off on the tier officer not allowing access inside the tier. Upon review of the camera 3-024-3 POD 8 NE and 3-027-3 POD 8 MED R/L observed numerous detainees surrounding the desk, windows and doorway of tier 3-H. Sergeant Shumpert #3340 who was assigned to the floor attempted to address the tier but the detainees refused to relinquish their stance. Earlier in the day on the prior shift Lt. Delitz had removed the tier microwave for disruptive behavior. At 1900hrs Supt. Jones-Hayes was notified of this standoff and refusal of trays. R/O Quiroz #18422 who was assigned to 3-H attempting to feed 3-H, when he was prohibited by detainees Jackson, Anthony 2015-0115302, Mathis, Joseph 2013-0327222, Sercye, Antonio 2019-1023183, and Conwell, Donald 2020-0214079. Detainees stated that they were on a "hunger strike!" and blocked the doorway passage Officer was unable to feed tier. R/O Moon and R/O Zaragoza were the food officers and witnessed this incident. Detainees Jackson, Anthony 2015-115302 and Sercye, Antonio 2019-1023183 stated to the tier that they were going to refused the meals provided by the D.O.C. but were going to eat their commissary. After refusing the trays, multiple detainees were observed eating commissary food. Sgt. Hill-Shumpert notified. At 2100hrs Lt. Martinak, Sgt. Carpenter ERT and Dir. Williams entered the building. ERT command staff entered the tier and address detainees concerns upon exiting the tier and conferring with Dir. Williams it was decided for ERT team to be deployed in the tier from awaiting area and conduct a tier search. At 2040hrs Search of the tier was conducted in an orderly fashion nothing left in disarray and there was no contraband discovered. Canine Specialist were assisting as well with presence. At 2105hrs Detainees returned to tier from outside patio. Second attempt at serving dinner trays was made while Supt. Jones-Hayes and Dir. Williams was there detainees again refused stating that now the trays were cold. R/L notified Central Kitchen at 2125hrs Lt. Thompson and requested 38 trays to replace the missed trays that was now cold due to the tier refusal unfortunately the kitchen had closed but Lt. Thompson stated that he would do his best to ascertain something to replace the trays. At 2147hrs Lt. Thompson from Central Kitchen entered RTU personally and brought 38 Breakfast trays for replacement to tier 3-H. A.O. line contacted @2213hrs Inv. Rodriguez #6245 A.O. #44175. The four detainees that instigated this standoff from the tier will received disciplinary infractions pending hearing board review. All assure-sign has been completed.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV08-2020-4977 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID: S Wilensky

## INCIDENT REPORT

| DIVISION / UNIT: | LIVING UNIT / LOCATION: |
|---|---|
| DIVISION 9 | In cell |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/15/2020 | 10:30 AM | Security |

**INCIDENT CATEGORIES:**
Contraband Confiscated (From Detainee)
Contraband Involved
Disciplinary

**INCIDENT DETAILS:**
☐ Injuries / Hospitalization  ☐ OPR Notified
☐ Restraints / Force Used  ☐ ADO Notified
☐ Weapon(s) Involved
☐ Arrest(s) Made

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| No | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Arthur D Mendez | 785141 | Participant | M Squires | Witness |
| Brian K Cruz | 606603 | Participant | | |
| Anthony F Mayer | 646760 | Participant | | |

### STATEMENT OF FACTS: (NARRATIVE)

On 15APR2020 R/S Squires #3323 was assigned to DIV9-SMT as the floor sergeant. At approximately 1030hrs, OFC Ward #17956 informed me of inmates missing their used protective masks during the new mask distribution. Inmates Cruz, Brian #20181202139 (Cell #1090) and Mendez, Arthur #20180605010 (cell#1083) were both missing their masks. Inmate Mayer. Anthony #20180626112 (cell#1285) returned a mask that was missing the metal bracket on the top part of the mask. I informed LT Atsaves #692 of the issue and assembled a team consisting of OFC Ward, OFC Bianco #17915 and OFC Perez #17261 to search the cells. Upon removing and searching inmate Mayer, he offered the location of the metal bracket and it was recovered by SMT staff. No other contraband was found in cell #1285. Upon searching inmate Cruz, he stated that he had thrown his mask away. Leaving him with no means of protecting himself or others from the potential spread of the virus and defying orders to not dispose of the mask. No contraband or mask were found in cell#1090. Upon searching inmate Mendez, he stated that he had thrown out the mask. Leaving him with no means of protecting himself or others from the potential spread of the virus and defying orders to not dispose of the mask. Gang paraphernalia, a small bottle with black ink, and a needle were located in cell#1083, however, no mask was located. All three inmates were returned to their cells without incident, informed that they will be receiving disciplinary tickets, and that their dayroom time had been forfeited. BE ADVISED: All inmates are housed in cells alone. All recovered contraband was turned over to LT Atsaves. All three cell searches were captured on my BWC#X60399333.-NOTHING FOLLOWS-

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |

| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
|---|---|---|
| | | |

### ADMINISTRATIVE ASSESSMENT:

R/Lt D. Atsaves #692 ordered cell searches to be conducted by Sgt Squires #3323 after having been briefed that during the daily surgical exchange (COVID-19 related) the above narrated detainee's either could not provide the day's prior masks for an even exchange. R/Lt was further was told of the metal nose clip to one of the masks exchanged was intentionally removed. The cell searches were conducted as ordered by assigned staff which did not produce the 2 missing masks. The metal clip was voluntarily offered to staff. Additional items of contraband were recovered (captured on Sgt Squires's BWC #X60399333), presented to R/Lt and properly disposed of. All detainee written up on CCDOC Disciplinary Charges and will remain on assigned living unit pending Hearing Board decision. Supt Iracheta notified via CCOMS report. Inv. Aguirre #6211 notified at 1217hrs issuing AO #44415.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV9-2020-5276 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

A



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID:  S Wilensky

## INCIDENT REPORT

| DIVISION / UNIT: | | LIVING UNIT / LOCATION: | |
|---|---|---|---|
| DIVISION 9 | | In cell | |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/14/2020 | 3:23 PM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: |
|---|---|
| Disciplinary | ☐ Injuries / Hospitalization  ☐ OPR Notified<br>☐ Restraints / Force Used  ☐ ADO Notified<br>☐ Weapon(s) Involved<br>☐ Arrest(s) Made |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Mark A Burnett-Akins | 663712 | Participant | J Sanchez02 | Involved |
| Patrick Calvin | 676706 | Participant | | |

## STATEMENT OF FACTS: (NARRATIVE)

On 14Apr20 R/O Sanchez #17193 was assigned to 1D in Division 9 for the 1500-2300 HR shift. At 1523 hrs. R/O was conducting a security check and passing out mail. R/O arrived to cell 1187 which houses detainees Calvin, Patrick #20130731095 and  Burnett-Akins, Mark #20190612040 and it had a commissary sheet blocking my view in the cell. R/O gave multiple orders to remove the obstruction so R/O could complete my check. Both detainees refused to remove the obstruction. R/O unsecured the cell door and observed both detainees alive and alert with a bed sheet tide loosely around their neck. Detainee Calvin stated get me a white shirt. R/O called Sgt. Koch #3295 via to 10-25(report in person) to 1D. R/O removed both sheets from around their neck and secured them in hand cuffs. Both detainees were escorted to dispensary for evaluation. end of report.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | | DATE: | TIME: |
|---|---|---|---|
| | | | |

| SIGNATURE & STAR # OF SUPERVISOR: | | DATE: | TIME: |
|---|---|---|---|
| | | | |

## ADMINISTRATIVE ASSESSMENT:

I, Lt. Ludwig #710, was notified of the above incident when Ofc. Sanchez #17193 made the radio call of an attempted self-harm on tier 1D. I accessed the stationary camera for tier 1D (1.101) and observed Ofc. Sanchez placing an inmate now identified as Calvin, Patrick 2013-0731095 in handcuffs. Other Division 9 staff responded to 1D and assisted in securing the other inmate in cell #1187, Burnett-Akins, Mark 2019-0612040. Both inmates were taken to Division 9 Holding to await medical and psychological evaluation. I asked Ofc. Sanchez what had happened, and he related the same as is narrated above. Both inmates were seen and cleared by ERT Rivera and MHS Masi. Both inmates were written on disciplinary charges for their actions and will remain on 1D pending Hearing Board decision. Supt Iracheta was notified in person while on duty. AO Line Inv. Diaz #6239 was notified at 1742 hours and issued tracking #44387. All other parties will be notified via this report.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV9-2020-5240 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID:  S Wilensky

## INCIDENT REPORT

| DIVISION / UNIT: | | LIVING UNIT / LOCATION: | |
|---|---|---|---|
| DIVISION 9 | | In cell | |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/14/2020 | 12:30 PM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: |
|---|---|
| Disciplinary | ☐ Injuries / Hospitalization    ☐ OPR Notified |
| Self Harm | ☒ Restraints / Force Used    ☒ ADO Notified |
| Use of Force | ☐ Weapon(s) Involved |
| | ☐ Arrest(s) Made |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Isaiah M White | 799693 | Participant | A Gonzalez03 | Involved |
| Damerjian A Baldwin | 808379 | Participant | J Hernandez07 | Involved |
| | | | J Parisi | Involved |
| | | | A Perez06 | Involved |
| | | | R Valadez | Involved |
| | | | A Bianco | Involved |
| | | | G Muskat | Involved |
| | | | T Staniszewski | Witness |
| | | | J Judkins | Witness |
| | | | A Parker | Witness |
| | | | F Amato | Witness |
| | | | D Tamos | Witness |
| | | | L Hovel | Witness |
| | | | M Herrera | Witness |

## STATEMENT OF FACTS: (NARRATIVE)

On 14 Apr 20 At approximately 1230 hrs Officer Flores #17414 assigned to Div. 9 Tier 1D was in the process of passing out lunch trays. R\O approached cell #1188 housed by detainee White Isaiah #20190317076 and observed that detainee had a sheet secured to his cell door and the other end of the sheet tied loosely around his neck. R\O then opened the door to remove the sheet. At this point, detainee White began to push with his legs and upper body towards the door as an attempt to push out to the dayroom. R/O then notified Sgt. Christie #3335 via radio of a detainee pushing out on tier 1D. Sgt. Christie arrived with other staff members to enter the cell and secure detainees and escort them off of the tier.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |

| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
|---|---|---|
| | | |

## ADMINISTRATIVE ASSESSMENT:

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



**COOK COUNTY SHERIFF'S OFFICE**
**BUREAU OF INFORMATION AND TECHNOLOGY**
**COOK COUNTY OFFENDER MANAGEMENT SYSTEM**
**(CCOMS)**



User ID:  S Wilensky

## INCIDENT REPORT

I R/LT Koedyker #703 (BWC #603994MM) was alerted of a radio call of two inmates pushing-out (of cell) on 1D. I responded from 1 South (Division 9 RU) along with Sgt Tamos #3326 (BWC #603992ZC), Sgt Judkins #3274 (BWC #6039908T), Ofc Muskat #17017, Ofc Bianco #17915, Ofc Perez #17261, Ofc Hernandez #17728, Ofc Vargas #16976, Ofc Valdez #17563, and Ofc Hovel #15506. Sgt Christie #3335 (BWC #6039949Z) , Sgt Parker #3347 (BWC #603993E9) and additional division 9 staff responded as well. Upon arrival I observed two inmates later to be identified as inmate White, Isaiah #20190317 and inmate Baldwin, Damerjian #20190821220 in the dayroom on 1D. Inmate Baldwin was taken to the ground and secured in handcuffs by Ofc Valadez #16582, and Ofc Gonzalez #15827. Inmate White was being held against the wall by Ofc Bianco, Ofc Muskat and additional SMT staff. Inmate White then attempted to push-off the wall to prevent control. Inmate White was taken to the ground and secured in handcuffs by Ofc Bianco, Ofc Muskat, Ofc Perez, and Ofc Parisi #16734. This use of force incident was witnessed by Ofc Amato #16142, Ofc Herrera #15981, and Ofc Staniszewski #18426. Inmate White was escorted by Sgt Judkins, Ofc Vargas, and Ofc Valdez to division 9 holding pending medical and mental health evaluations. Inmate Baldwin was Sgt Christie, Ofc Valadez, and Ofc Gonzalez  to division 9 holding pending medical and mental health evaluations. Inmates White and Baldwin were evaluated by paramedic Rivera and MHS Massi. Both inmates will receive disciplinary infraction reports and were returned to 1D cell #1188 without further incident. A post incident interview was conducted by Sgt Parker captured on his body worn camera (BWC). Neither inmate had visible injuries, and no staff alleged injury at this time. Inmate White stated that he was self-harming because he wanted medical attention and to speak to a supervisor. Inmate Baldwin stated he was grabbed and taken out of his cell, he didn't know why. This incident was captured on the fixed cameras on 1D (DIV9-CAM 1.101 & 1.102 beginning at 1234 hours) and the BWC assigned to Sgt Tamos, Sgt Judkins, Sgt Christie, Sgt Parker, and myself which I reviewed.
Notifications were made as follows:
Supt Iracheta 1304 hours
Cook County Communications Center operator Cummings #124 issuing CR #36593 at 1318 hours
AO line Inv Ford #16151 at 1309 hours issuing tracking #44377
UFRU, Disciplinary unit, and all other notifications made via this report

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV9-2020-5236 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID: S Wilensky

## INCIDENT REPORT

| DIVISION / UNIT: | | LIVING UNIT / LOCATION: | |
|---|---|---|---|
| DIVISION 9 | | DAYROOM | |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/11/2020 | 2:38 PM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: |
|---|---|
| Destruction of Property | ☐ Injuries / Hospitalization ☐ OPR Notified |
| Disciplinary | ☐ Restraints / Force Used ☐ ADO Notified |
| Informational | ☐ Weapon(s) Involved |
| Refusal to Lock Up | ☐ Arrest(s) Made |
| Self Harm | |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Maurice Harris | 731096 | Participant | T Christie | Involved |
| Joshua D Johnson | 767858 | Participant | | |
| Jalen Hibbler | 755440 | Participant | | |
| Rashaad M Howard | 638297 | Participant | | |

### STATEMENT OF FACTS: (NARRATIVE)

On 11APR20 at 1438HRS I, Reporting Sergeant Christie T. #3335 assigned to Division 9 (0700-1500 shift) responded to tier 3D for multiple detainees climbing. As I entered I observed detainee Hibbler, Jalen #20161112051 squat down on the upper level of the tier and jump to the table below landing on his feet first. I also looked to my left and observed detainee Harris, Maurice #20170405213 had climbed up the interlock window to the exit sign above the door leading to the outside patio area. I notified medical staff via radio that they were needed on tier 3D. I proceeded to detainee Hibbler and had him secured with handcuffs and sat up for questioning. Detainee Hibbler refused to talk to me or sit up on his own, so I had him placed back down on the floor for his safety. I stepped off the tier briefly to update the Command Center via telephone. I was then notified over the radio that medical staff was in route from the dispensary. I entered the tier and had detainee Hibbler unhandcuffed so that medical staff could evaluate him. While I was keeping a constant visual on detainee Hibbler, Officer Pavlik #18092 notified me verbally that there was 2X detainees in cell #3182 with sheets tied loosely around their necks. The 2X detainees housed in cell #3182 were identified as detainee Johnson, Joshua #20180801033 and detainee Howard, Rashaad #20191102112. Sergeant Rudnick #3254, Officer Rociola #17605, Officer Pavlik #18092, and Officer Wilson #18342 entered the cell and secured the 2X detainees in handcuffs and sat them outside of their cell. Both detainees were escorted to the bullpens awaiting medical and mental health evaluation. Be advised the cut down tool was not utilized. Medical staff arrived on scene and treated detainee Hibbler. Detainee Hibbler was cleared medically on the tier. Detainee Hibbler was then secured in handcuffs and given verbal orders to stand up and return to his cell. Detainee Hibbler did not comply with verbal orders. I authorized staff members who were on scene to utilize a carry escort hold to assist him to his cell. Once in the cell, I spoke with detainee Hibbler and told him I would be escorting him for a mental health evaluation and that he would have to walk on his own. Detainee Hibbler complied and walked on his own to receive a mental health evaluation. At 1537HRS I returned back to tier 3D and detainee Harris climbed down from the wall at 1540HRS. He was secured in handcuffs and escorted to bullpen #2. During the incident I was notified by staff members that detainee Hibbler was taking an unknown liquid and rubbing it on the dayroom telephones. Upon reviewing the cameras, it was verified that detainee was in fact infecting 4X telephones with an unknown liquid (suspect feces) at 1429HRS.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | | DATE: | TIME: |
|---|---|---|---|
| | | | |

| SIGNATURE & STAR # OF SUPERVISOR: | | DATE: | TIME: |
|---|---|---|---|
| | | | |

### ADMINISTRATIVE ASSESSMENT:

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



**COOK COUNTY SHERIFF'S OFFICE**
**BUREAU OF INFORMATION AND TECHNOLOGY**
**COOK COUNTY OFFENDER MANAGEMENT SYSTEM**
**(CCOMS)**



User ID:  S Wilensky

# INCIDENT REPORT

R/Lt. Latham #726 was informed by Sgt. Christie #3335 about the above incident. Sgt. Christie #3335 and Sgt. Rudnick #3254 responded to the incident with their BWC activated along with additional Division IX staff. R/Lt. reviewed video footage on camera (DIV9-CAM 3.087 3D DAYROOM @ 2:34:00 PM) ) which supports the incident. Upon reviewing the video footage inmate Hibbler, Jalen #2016-1112051 was captured standing over the top deck railing while inmate Harris, Maurice #2017-0405213 climbed the wall above the patio exit. Inmate Hibbler squatted down, jumped landing his feet on the dayroom table rolled on his back then threw himself laying flat to the floor. Inmate Howard, Rashaad #2019-1102112 was secured by Ofc. Rociola #17605 and Ofc. Wilson #18342. Inmate Johnson, Joshua #2018-0801033 was secured by Sgt. Rudnick Ofc. Wilson and Ofc. Pavlik. Medical Staff Nurse Vercher Nurse Sarah and Paramedic McBride arrived in 3D @ 1451 hrs. Inmate Hibbler was cleared on scene by Nurse Vercher. Inmate Johnson was escorted by Ofc. Carabes #18240 to Division IX Holding Bullpen #5. Inmate Howard was escorted by Ofc. Leist #18143 to Division IX Holding Bullpen #3. Inmate Hibbler was assisted up and escorted by Sgt. Christie and Sgt. Hein #3280 to Division IX Holding Bullpen #1. R\Lt arrived in 3D @ 1513 hrs. gave inmate Harris orders to climb down. Inmate Harris stated, "why they send you, they trying to trick me." Inmate Harris refused all orders given. At 1537 hrs. Inmate Harris became fatigue and climbed down. Inmate Harris was secured and escorted by Sgt. Christie, Sgt. Rudnick and staff to Division IX Holding Bullpen #2. Supt Iracheta and Director Brogan were notified. Inmates Johnson, Howard and Harris were separately escorted by Ofc. Mayo #15898 to the Dispensary seen and cleared for medical by Paramedic Ortiz. Inmates Hibbler, Johnson, Howard and Harris were seen and cleared by Mental Health Specialist Kirkendall and given a new bed assignment in R.U. Housing per Director Brogan. Inmates Hibbler, Johnson, Howard and Harris were written up on a disciplinary pending hearing board decision. Classification was notified. A.O. Line Inv. Jones #6260 was notified @ 1704 hrs. Tracking #44301.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV9-2020-5139 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID: S Wilensky

# INCIDENT REPORT

| DIVISION / UNIT: | LIVING UNIT / LOCATION: |
|---|---|
| DIVISION 08 RTU | In cell |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/14/2020 | 5:27 AM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: | |
|---|---|---|
| Disciplinary | ☐ Injuries / Hospitalization | ☐ OPR Notified |
| Use of Force | ☒ Restraints / Force Used | ☐ ADO Notified |
| | ☐ Weapon(s) Involved | |
| | ☐ Arrest(s) Made | |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Justyn L Ewing-Brown | 637124 | Participant | D Miranda | Involved |
| | | | A Sierra | Involved |
| | | | D Dodovich | Involved |
| | | | J Garcia09 | Involved |
| | | | J Reyes06 | Witness |

## STATEMENT OF FACTS: (NARRATIVE)

On 14APR20 R/O Reyes #18332 assigned to Div. 08 tier 4C (min/med/psych) from 1800 - 0600 hour shift without a partner. At approximately 0415 hrs., detainee Ewing-Brown, Justyn #20181211010 was escorted off the tier due to the disrespect towards medical staff and female officers on the tier (tending to a medical emergency) by saying "Take your top off!" I approached detainee Ewing-Brown to escort him back to the tier but he was not responsive to my presence. Sgt. Dodovich informed me that the detainee was wearing Sgt. Sierra's handcuffs and if he was ready to return to the tier. Since he was not responding to me in regards to going back to the tier Sgt. Dodovich said he would 10-25 (report in person) to assist. Detainee Ewing-Brown was escorted back onto tier at approximately 0527 hrs. by Sgt. Sierra #3256, Sgt. Garcia #3310, Sgt. Dodovich #3308 and Ofc. Miranda #17844, he became stiff and unresponsive to verbal commands when Sgt. Sierra attempted to remove his handcuffs. Due to detainee not responding to lift his arms to remove the handcuffs, Ofc. Miranda slightly bent detainee over to prevent an incident and remove the handcuffs which was successful. Upon entering the tier, detainee Ewing-Brown grabbed the garbage can and threw it across the dayroom tables causing garbage to clutter the dayroom (be advised we have gloves and masks being disposed of do the global pandemic-COVID-19-which can protentional endanger health of other DOC detainees); detainee was given verbal orders to stop so that he can be handcuffed and removed from the tier to prevent future potential incidents. Sgt. Dodovich reached for detainee to handcuff him, detainee pulled away and began resisting by stiffening his body, becoming dead weight and kicking his legs out. At this time detainee was handcuffed and carried out by present staff. No further incidents. End of report.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |

| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
|---|---|---|
| | | |

## ADMINISTRATIVE ASSESSMENT:

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



**COOK COUNTY SHERIFF'S OFFICE**
**BUREAU OF INFORMATION AND TECHNOLOGY**
**COOK COUNTY OFFENDER MANAGEMENT SYSTEM**
**(CCOMS)**



User ID:  S Wilensky

## INCIDENT REPORT

On 14 April 2020 I, Lt. Moore #742 was notified of the above incident by Sgt. Garcia #3310.  At 0415hrs Ofc. Reyes #18332 who was assigned to RTU tier 4C removed detainee Ewing-Brown, Justyn #20181211010 off tier and placed him in 4west holding because he was being verbally disrespectful to staff. While nursing staff was on the tier responding to a medical emergency detainee Ewing was yelling sexual statements " Take your top off." Once the nursing staff left the tier Ofc. Reyes went to 4west holding to place detainee Ewing back on the tier but he sat their unresponsive refusing to go back on the tier. Ofc. Reyes called for back via radio Sgt. Dodovich #3308, Sgt. Garcia #3310, Sgt. Sierra #3256, and Ofc. Miranda #17844 responded to the 4th Floor.  At 0527hrs detainee Ewing was given orders by Sgt. Sierra to leave the bullpen and return to the tier and he complied.  Upon entering the tier detainee Ewing grabbed the garbage can and threw it across the dayroom.  Sgt. Dodovich gave detainees orders to turn around to be handcuffed to prevent further incident but he did not comply.  Sgt. Dodovich attempted to handcuff detainee Ewing at which time he became aggressive pulling away stiffening his body attempting to kick resisting to be handcuffed.  To avoid injury to staff detainee Ewing was taken down to the floor, Sgt. Dodovich gained control of his left leg, Sgt. Sierra gained control of his right leg, Sgt. Garcia gained control of his left arm, and Ofc. Miranda gained control of his right arm allowing Sgt. Sierra to be able to handcuff Ewing and escort him off the tier with no further incident.  At 0547hrs detainee Ewing was medically cleared by Nurse Uwah in the 4west bullpen with no injuries to report.  Detainee Ewing will be written and disciplinary and will be moved to RU housing.  The detainee was interviewed by Sgt. Anderson on SD 19-26, he refused to give a statement.  The incident was captured on stationary camera 4-065 and 4-066 at 0527hrs.  Communication Center notified Operator Suchocki at 0644hrs CR#36268.  AO line Inv. Aguirre #6201 notified at 0639hrs AO #44367.  Supt. Jones-Hayes, CIID, Classification, Disciplinary Unit, and Use of Force unit notified via report.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV08-2020-5221 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID: S Wilensky

## INCIDENT REPORT

| DIVISION / UNIT: | LIVING UNIT / LOCATION: |
|---|---|
| DIVISION 9 | In cell |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT DETAILS: |
|---|---|---|
| 4/8/2020 | 8:24 AM | Security |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: | |
|---|---|---|
| Use of Force | ☐ Injuries / Hospitalization | ☐ OPR Notified |
| | ☑ Restraints / Force Used | ☐ ADO Notified |
| | ☐ Weapon(s) Involved | |
| | ☐ Arrest(s) Made | |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| Yes | |

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| Trevante Reed | 774585 | Participant | K Payne | Involved |
| | | | T Staniszewski | Involved |

### STATEMENT OF FACTS: (NARRATIVE)

On 8 APR 20 at approximately 0824 hours, nurse Llorens was performing COVID19 temperature checks for detainees housed on tier 3D cell 3387. Detainee Reed, Trevante ( 20171109162) expressed his desire to exit the cell. R/D Payne #15809 informed Detainee Reed not to exit the cell unless given an exit order. Detainee Reed then said, "Man y'all can't keep us in these cells." Detainee Reed proceeded to push his cellmate aside and forcefully exit his cell. As detainee Reed was pushing his way out of the cell putting nurse Llorens in danger, R\D Payne # 15807 interceded pushing detainee Reed against the wall with the assistance of Ofc. Staniszewski #18426. Detainee Reed was handcuffed by R/D Payne. In an effort to conclude temperature checks without further incident, R/D Payne ordered detainee Reed to get down on the ground. As R/D Payne and Ofc. Staniszewski turned detainee Reed around to give him an area to proceed to the ground, detainee Reed then stated, "You can't make me get down there." Detainee Reed tried to escape the grasp of both officers by tensing and quickly shaking his arms at which time said officers took detainee Reed to the ground. Ofc. Staniszewski held detainee Reed subdued to the ground while R/D Payne escorted nurse Llorens away from detainee Reed. Sgt. Christie #3335 was notified via radio transmission. Nurse Llorens continued and concluded COVID19 temperature checks for the rest of the tier. Upon the conclusion of temperature checks, nurse Llorens evaluated detainee Reed for injuries. Nurse Llorens asked detainee Reed if he had any injuries to which Detainee Reed replied, " No I'm good, I don't have any injuries." Detainee Reed returned to his cell with no further incident.

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
| | | |

| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
|---|---|---|
| | | |

### ADMINISTRATIVE ASSESSMENT:

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID:  S Wilensky

## INCIDENT REPORT

R/Lt. I. Sanchez #702 was informed by Sgt. T. Christie #3335 that during COVID-19 temperature checks on Tier 3D (General Population), inmate Reed, Trevante #2017-1109162 in cell #3387 pushed his cellmate aside and forcefully exited the cell. Officers K. Payne #15809 and T. Staniszewski #18426 pushed inmate Reed against the wall and secured him in handcuffs. Officers Payne ordered inmate Reed to the ground to continue the temperature checks without further incident.  Inmate Reed refused verbally and began tensing his body and shaking his arms.  Officers Payne and Staniszewski took inmate Reed to the ground and Officer Staniszewski secured inmate Reed to the ground with a knee to the back.  Sgt. Christie, Sgt. A. Parker #3477 and additional Officers reported to the tier and inmate Reed was secured in the cell.  Inmate Reed subsequently received a medical assessment on scene and was cleared by Nurse Llorens.  Inter-Agency form completed.  Inmate Reed stated his toilet is inoperable and he has no cold water.  Incident captured on surveillance video DIV9-CAM 3.088 3D Dayroom @ 08:24:59 hrs.  Post incident captured on BWCs X603993E9 and X6039949Z.  Interview was conducted by Sgt. Parker on BWC X603993E9 in which inmate Reed declined commenting.  Inmate Reed was issued an infraction report and presently remains on Tier 3D.  The plumber was apprised of the broken toilet and cold water in cell #3387 and the necessary repairs were completed.  Notification made to Supt. Iracheta, UFRU, CCSPD Operator Jones #278, CR #33871 @ 0916 hrs and Investigator Jefferson #6168, AO #44187 @ 0930 hrs.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
| | DIV9-2020-4993 | | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov



# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)



User ID:   S Wilensky

# INCIDENT REPORT

| DIVISION / UNIT: | | LIVING UNIT / LOCATION: |
|---|---|---|
| DIVISION 11 | | DAYROOM |

| INCIDENT DATE: | INCIDENT TIME: | INCIDENT TYPE: |
|---|---|---|
| 4/7/2020 | 12:30 PM | Informational |

| INCIDENT CATEGORIES: | INCIDENT DETAILS: |
|---|---|
| Informational | ☐ Injuries / Hospitalization    ☐ OPR Notified<br>☐ Restraints / Force Used    ☑ ADO Notified<br>☐ Weapon(s) Involved<br>☐ Arrest(s) Made |

| INCIDENT VIDEOTAPED: | VIDEOTAPE NO.: |
|---|---|
| No | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID: S Wilensky

# INCIDENT REPORT

| INMATE(S) INVOLVED: | INMATE ID #: | INVOLVEMENT: | PERSONNEL INVOLVED: | INVOLVEMENT: |
|---|---|---|---|---|
| TREMON HILL | 804744 | Participant | A Rodriguez03 | Witness |
| Paris Walker | 730418 | Participant | | |
| Ariel Mena | 775625 | Participant | | |
| Lavell K Chapman | 776673 | Participant | | |
| Julius Thomas | 777713 | Participant | | |
| Dantrell J Hines | 788345 | Participant | | |
| Cayetano Mancilla | 817947 | Participant | | |
| Tyreece Tyson | 794006 | Participant | | |
| Dion M Marshall | 732962 | Participant | | |
| Bruce E Ross | 790280 | Participant | | |
| Malik M Perry | 800736 | Participant | | |
| Julian Upshaw | 779224 | Participant | | |
| Samuel Knox | 760080 | Participant | | |
| DOMINGO S RODRIGUEZ | 763845 | Participant | | |
| Tyree Cooper | 757775 | Participant | | |
| Jaquan Reedy | 714612 | Participant | | |
| Parta Huff | 605720 | Participant | | |
| Luis Torres | 0223203 | Participant | | |
| Joshua R Jackson | 624152 | Participant | | |
| Jovanny Martinez | 627666 | Participant | | |
| Dorian R Cresswell | 632713 | Participant | | |
| Oscar Ruacho | 635243 | Participant | | |
| Toureese McCollough | 637871 | Participant | | |
| Delton Bates | 0037340 | Participant | | |
| Gene Johnson | 0452641 | Participant | | |
| Absalom Coakley | 670993 | Participant | | |
| Joseph L Hill | 687808 | Participant | | |
| Christopher Cage | 0490360 | Participant | | |
| Christopher M Mosley | 0090207 | Participant | | |
| Rapheal D Young | 0519374 | Participant | | |
| Glenn A Miles | 0364308 | Participant | | |
| William Johnson | 0377448 | Participant | | |
| Deangelo T Campbell | 0585063 | Participant | | |
| Corey Lee Cowan | 706848 | Participant | | |

## STATEMENT OF FACTS: (NARRATIVE)

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
(CCOMS)

User ID: S Wilensky

## INCIDENT REPORT

On 07APR20 at 1230 hrs inmates on tier CG in Division XI requested to speak to a supervisor. Upon arrival R/S Rodriguez #3195 was informed by various inmates on the tier that people in the world were doing their part and they (inmates on the tier) needed to protest too. They sated that they would refused their trays until they were released form jail. Not all inmates participated in the alleged hunger strike. Those who were participating are listed below. LT. McGee was notified.
Walker, Paris 2015-0911287, Ross, Bruce 2018-1016048, Mosley, Christopher (2018-1121099), Ruacho, Oscar (2019-0313219), Cage, Christopher (2015-0131086), Martinez, Jovanny (2018-1221166), Hines, Dantrell (20180803076), Rodriguez, Domingo (2017-0424233), Chapman, Lavell (2019-0610146), Knox, Samuel(2018-0719006), Thomas, Julius (2020-0305026), Marshall, Dion (2018-0929123), Johnson, Gene (2019-1017035), Mancilla, Cayetano (2020-0305049), Cooper, Tyree (2018-0701086), Miles, Glenn (2019-1019037), Torres, Luis (20200211063), Young, Raphael (2017-1028072), Johnson, William (2018-1215114), Bates, Delton (2017-0919180), Upshaw, Julian(2018-0211121), Perry, Malik (2019-0406004), Reedy, Jaquan (2015-0129301), Hill, Tremon (2019-617236), Mena, Ariel (2017-1129176), Coakley, Absalom (2016-0120042), Hill, Joseph (2015-0410174), Tyson, Tyreece (2018-1119196), Campbell, Deangelo (2019-1018164), Jackson, Joshua (2017-1022053), Cresswell,Dorian (20200226001), McCollough, Toureese (2019-0826198), Cowan, Corey (2015-0903193), Huff, Parta (2016-1007042)

| SIGNATURE & STAR # OF REPORTING PERSONNEL: | DATE: | TIME: |
|---|---|---|
|  |  |  |
| SIGNATURE & STAR # OF SUPERVISOR: | DATE: | TIME: |
|  |  |  |

### ADMINISTRATIVE ASSESSMENT:

R/Lt Galan #673 was notified by Sgt. Rodriguez #3195 at approx. 1330 hrs that 34 Inmates out of 48 from living unit CG (max classification) are going to stop eating in protest of being incarcerated in jail during the current COVID Virus and that they should be freed. Officer Beaman from the Critical Incident Command Cntr was notified of the situation at 1345 hrs. Supt. Martinez and Lt. McGee arrived on CG at approx. 1340 hrs, to address the inmates concerns where the primary complaint was that they are requesting a representative from the courts to come and speak to them regarding their cases and inability to attend court. 34 luch trays remained in their crates at the Officers work station and available if requested. AO Line Inv. Jeras #6242 Notified at 1404 hrs issuing tracking #44154 . Supt. Martinez on site, command center, and CIID notified via CCOMS and Email.

| SIGNATURE & STAR # OF SUPERVISOR: | INCIDENT TRACKING NO.: | DATE: | TIME: |
|---|---|---|---|
|  | DIV11-2020-4963 |  |  |

Run Date: 5/1/2020 12:44 PM

Page 3 of 3

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.  For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov