IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MAYS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS J. DART, Sheriff of Cook County, <br><br> Defendant. | Case No. 20-CV-2134 <br><br> Hon. Matthew F. Kennelly, in his capacity as Emergency Judge <br><br> Hon. Robert W. Gettleman, District Court Judge <br><br> Hon. M. David Weisman, Magistrate Judge |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, Thomas J. Dart, Sheriff of Cook County, in his official capacity, hereby appeals to the United States Court of Appeals, Seventh Circuit, from the conditional certification of plaintiffs' class on April 27, 2020 (Dkt. 73); corresponding preliminary injunction entered on April 27, 2020 (Dkt. 73; Dkt. 74); and all related orders.

By: */s/ Gretchen Harris Sperry*
One of the attorneys for Defendant
Thomas J. Dart, Sheriff of Cook County

Gretchen Harris Sperry*
Robert T. Shannon
James M. Lydon
Adam R. Vaught
Lari Dierks
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60601
Tel. 312-704-3521
gsperry@hinshawlaw.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on May 11, 2020, I electronically filed the forgoing **DEFENDANT'S NOTICE OF APPEAL** with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will accomplish service electronically on all counsel of record.

<u>*/s/ Gretchen Harris Sperry*</u>