

COVID-19 Infection Daily Report
To: CCSO Executive Staff
Date: May 19, 2020

**Objective:**
This memo provides a daily summary of the detainees in the Cook County Department of Corrections (CCDOC) who are positive or were previously positive for COVID-19 from March 15, 2020 to May 18, 2020. Data is provided by CCSO's Critical Incident Command Center (CICC).

*Figures 1 - 3* and *Table 1* show the daily number of positive detainees who are in isolation, in convalescent housing, and formerly in convalescent housing and now fully recovered and back in regular housing in CCDOC from March 15, 2020 to May 18, 2020. *Figures 1 - 3* also show a 7-day moving average, respectively. Note that the first group of detainees moved to convalescent housing on April 6, 2020 and asymptomatic testing began on April 16, 2020.

Figure 1: Number of Positive Detainees in Isolation in CCDOC: March 15, 2020 - May 18, 2020



1



Figure 2: Number of Detainees in Convalescent Housing in CCDOC: March 15, 2020 - May 18, 2020





Figure 3: Number of Post-Convalescence Detainees in CCDOC: March 15, 2020 - May 18, 2020





Table 1: Daily Number of Detainees in Isolation, in Convalescence, and in Post-Convalescence Status in CCDOC: March 15, 2020 - May 18, 2020

| Date | Positives in Isolation | Convalescent Detainees | Post-Convalescent Detainees |
|---|---|---|---|
| 2020-03-15 | 0 | 0 | 0 |
| 2020-03-16 | 0 | 0 | 0 |
| 2020-03-17 | 0 | 0 | 0 |
| 2020-03-18 | 0 | 0 | 0 |
| 2020-03-19 | 0 | 0 | 0 |
| 2020-03-20 | 0 | 0 | 0 |
| 2020-03-21 | 0 | 0 | 0 |
| 2020-03-22 | 0 | 0 | 0 |
| 2020-03-23 | 2 | 0 | 0 |
| 2020-03-24 | 3 | 0 | 0 |
| 2020-03-25 | 17 | 0 | 0 |
| 2020-03-26 | 24 | 0 | 0 |
| 2020-03-27 | 38 | 0 | 0 |
| 2020-03-28 | 89 | 0 | 0 |
| 2020-03-29 | 101 | 0 | 0 |
| 2020-03-30 | 134 | 0 | 0 |
| 2020-03-31 | 159 | 0 | 0 |
| 2020-04-01 | 167 | 0 | 0 |
| 2020-04-02 | 167 | 0 | 0 |
| 2020-04-03 | 210 | 0 | 0 |
| 2020-04-04 | 220 | 0 | 0 |
| 2020-04-05 | 234 | 0 | 0 |
| 2020-04-06 | 230 | 33 | 0 |
| 2020-04-07 | 249 | 34 | 0 |
| 2020-04-08 | 251 | 31 | 0 |
| 2020-04-09 | 276 | 36 | 0 |
| 2020-04-10 | 289 | 36 | 0 |
| 2020-04-11 | 265 | 39 | 0 |
| 2020-04-12 | 274 | 32 | 0 |
| 2020-04-13 | 185 | 129 | 0 |
| 2020-04-14 | 179 | 144 | 0 |
| 2020-04-15 | 181 | 156 | 0 |
| 2020-04-16 | 174 | 168 | 0 |
| 2020-04-17 | 180 | 170 | 0 |
| 2020-04-18 | 171 | 176 | 0 |
| 2020-04-19 | 215 | 180 | 0 |



| Date | Positives in Isolation | Convalescent Detainees | Post-Convalescent Detainees |
|---|---|---|---|
| 2020-04-20 | 215 | 183 | 0 |
| 2020-04-21 | 235 | 192 | 0 |
| 2020-04-22 | 217 | 211 | 0 |
| 2020-04-23 | 223 | 231 | 0 |
| 2020-04-24 | 232 | 231 | 0 |
| 2020-04-25 | 229 | 232 | 0 |
| 2020-04-26 | 229 | 232 | 19 |
| 2020-04-27 | 261 | 230 | 21 |
| 2020-04-28 | 261 | 225 | 21 |
| 2020-04-29 | 261 | 225 | 22 |
| 2020-04-30 | 268 | 221 | 23 |
| 2020-05-01 | 270 | 233 | 23 |
| 2020-05-02 | 274 | 232 | 22 |
| 2020-05-03 | 274 | 232 | 22 |
| 2020-05-04 | 285 | 231 | 22 |
| 2020-05-05 | 276 | 241 | 25 |
| 2020-05-06 | 264 | 255 | 23 |
| 2020-05-07 | 239 | 283 | 25 |
| 2020-05-08 | 243 | 287 | 179 |
| 2020-05-09 | 240 | 288 | 180 |
| 2020-05-10 | 236 | 291 | 181 |
| 2020-05-11 | 190 | 344 | 182 |
| 2020-05-12 | 161 | 372 | 246 |
| 2020-05-13 | 150 | 381 | 246 |
| 2020-05-14 | 133 | 396 | 254 |
| 2020-05-15 | 115 | 414 | 255 |
| 2020-05-16 | 123 | 414 | 256 |
| 2020-05-17 | 106 | 430 | 261 |
| 2020-05-18 | 107 | 428 | 269 |



*Figure 4* displays the percentage of the total CCDOC daily jail population by the proportion that is positive and in isolation, formerly positive and in convalescent housing, and formerly in convalescent housing and now fully recovered and back in regular housing in CCDOC from March 15, 2020 to May 18, 2020. It also shows the percentage of detainees in custody on the given date who never tested positive for COVID-19. Note that the first group of detainees moved to convalescent housing on April 6, 2020 and asymptomatic testing began on April 16, 2020. Data is provided by the CICC.

Figure 4: Percentage of CCDOC Daily Jail Population by Positive Detainees in Isolation, in Convalescence, in Post-Convalescence Status, and Detainees Never Testing Positive: March 15, 2020 - May 18, 2020

