# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Anthony Mays, et al.
                             Plaintiff,

v.                                           Case No.: 1:20–cv–02134
                                                 Honorable Robert W. Gettleman

Dart J Thomas
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2020:

      MINUTE entry before the Honorable M. David Weisman: The Court grants in part plaintiffs' motion for expedited discovery [115] and orders defendant to permit plaintiffs to inspect the areas of the Jail identified in their request for inspection within fourteen days of the date of this order. Enter Order. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.