Case: 20-1792     Document: 22     Filed: 06/19/2020     Pages: 1

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 19, 2020

Before

DIANE S. SYKES, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 20-1792 | ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>THOMAS J. DART, Sheriff, Cook County, Illinois,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:20-cv-02134<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The following are before the Court:

1. **MOTION FOR STAY PENDING APPEAL**, filed on June 5, 2020, by counsel for the appellant.

2. **CITATION OF ADDITIONAL AUTHORITY**, filed on June 12, 2020, by counsel for the appellant.

3. **PLAINTIFFS-APPELLEES' RESPONSE TO DEFENDANT-APPELLANT'S MOTION FOR STAY**, filed on June 12, 2020, by counsel for the appellees.

**IT IS ORDERED** that the motion to stay the preliminary injunction pending appeal is **GRANTED** in part. The injunction is **STAYED** to the extent that it requires the appellants to establish and put into effect a policy "precluding group housing or double celling of detained persons." In all other respects, the motion is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)