IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons; and JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons, | ) ) ) ) ) ) | |
| Plaintiffs-Petitioners, | ) ) | |
| v. | ) ) | Case No. 20 C 2134 |
| THOMAS J. DART, Sheriff of Cook County, | ) ) ) | Hon. Robert W. Gettleman, J. |
| Defendant-Respondent. | ) ) | Hon. M. David Weisman, M.J. |

## JOINT STATUS REPORT

Plaintiffs, ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons, and Plaintiff JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons (collectively, "Plaintiffs"), by and through their attorneys, and Defendant THOMAS J. DART ("Defendant"), by and through his attorneys, hereby submit the following joint status report:

1.  On January 15, 2021, the Sheriff filed a petition for a writ of certiorari in the United States Supreme Court in this case. *See Dart v. Mays*, No. 20-990. On February 25, Plaintiffs timely filed a waiver of right to respond. On March 16, after the parties submitted their last joint status report, the Supreme Court requested that Plaintiffs file a response to the petition on April 15, 2021.

2.  On March 16, at the parties' request, this Court directed the parties to file a status report by close of business on March 30 to report what, if any action, the Supreme Court took on

1

the Sheriff's petition. Dkt. 170. The Court further scheduled a status hearing in this case for April 2, 2021. *Id.*

3. Given the Supreme Court's request for Plaintiffs to respond to the Sheriff's petition, the parties hereby respectfully request that the Court strike the April 2, 2021 status hearing and direct the parties to submit a joint status report within 7 days of the Supreme Court's decision regarding the Sheriff's petition.

4. This Court entered an Order extending the April 27, 2020 preliminary injunction and staying discovery until the Supreme Court decides the Sheriff's petition, under terms agreed upon by the parties. Dkt. 167. Accordingly, the parties agree that no further action on the case before this Court is necessary until the Supreme Court resolves the Sheriff's petition for a writ of certiorari in this case.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted:

| **PLAINTIFFS' COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| /s/ Sarah Grady <br> Sarah C. Grady <br> Stephen H. Weil <br> LOEVY & LOEVY <br> 311 N. Aberdeen Street, #3 <br> Chicago, IL 60607 <br> Tel: 312-243-5900 <br> Fax:312-243-5902 <br> sarah@loevy.com | /s/ James Lydon <br> James Matthias Lydon <br> Hinshaw & Culbertson LLP <br> 151 N. Franklin Street <br> Suite 2500 <br> Chicago, IL 60606 <br> (312) 704-3000 |
| Locke E. Bowman <br> Alexa A. Van Brunt <br> MacArthur Justice Center <br> Northwestern Pritzker School of Law <br> 375 E. Chicago Avenue, Chicago, IL 60611 <br> Tel: 312-503-0884 | Robert Thomas Shannon <br> Hinshaw & Culbertson LLP <br> 151 N. Franklin Street <br> Suite 2500 <br> Chicago, IL 60606 <br> (312) 704-3901 |
| Alec Karakatsanis <br> Civil Rights Corps <br> 1601 Connecticut Ave NW, Suite 800 <br> Washington, DC 20009 | Adam Robert Vaught <br> Hinshaw & Culbertson LLP <br> 151 N. Franklin Street <br> Suite 2500 <br> Chicago, IL 60606 <br> (312) 704-3584 |
| Steve Grimes <br> Thomas F. McAndrew <br> Winston & Strawn LLP <br> 35 W. Wacker Drive <br> Chicago, IL 60601-9703 <br> Tel: (312) 558-8317 | Gretchen Harris Sperry <br> Hinshaw & Culbertson LLP <br> 151 N. Franklin Street <br> Suite 2500 <br> Chicago, IL 60606 <br> (312)704-3521 |

**CERTIFICATE OF SERVICE**

    I, Sarah Grady, an attorney, hereby certify that on March 24, 2021, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                                /s/ Sarah Grady
                                                Sarah Grady
                                                Attorney for Plaintiffs