IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons; and JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons, | ) ) ) ) ) ) | |
| Plaintiffs-Petitioners, | ) ) | |
| v. | ) ) | Case No. 20 C 2134 |
| THOMAS J. DART, Sheriff of Cook County, | ) ) ) | Hon. Robert W. Gettleman, J. |
| Defendant-Respondent. | ) ) | Hon. M. David Weisman, M.J. |

## JOINT STATUS REPORT

Plaintiffs, ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons, and Plaintiff JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons (collectively, "Plaintiffs"), by and through their attorneys, and Defendant THOMAS J. DART ("Defendant"), by and through his attorneys, hereby submit the following joint status report:

1.  On January 15, 2021, the Sheriff filed a petition for a writ of certiorari in the United States Supreme Court in this case. *See Dart v. Mays*, No. 20-990. On June 11, upon request of the Supreme Court, Plaintiffs filed a brief in opposition to the petition.

2.  On March 25, this Court directed the parties to file a status report on June 30 to advise the Court if the Supreme Court had not yet ruled on the petition. Dkt. 173. The Court further scheduled a status hearing in this case for July 9, 2021. *Id.*

3.  Today, the parties were advised that the petition will be heard by the Supreme Court at its September 27, 2021 conference. In light of that, the parties hereby respectfully

request that the Court strike the July 9, 2021 status hearing and direct the parties to submit a joint status report within 7 days of the Supreme Court's decision regarding the Sheriff's petition.

4. This Court entered an Order extending the April 27, 2020 preliminary injunction and staying discovery until the Supreme Court decides the Sheriff's petition, under terms agreed upon by the parties. Dkt. 167. Accordingly, the parties agree that no further action on the case before this Court is necessary until the Supreme Court resolves the Sheriff's petition for a writ of certiorari in this case.

Respectfully submitted:

| PLAINTIFFS' COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| /s/ Sarah Grady | /s/ Gretchen Harris Sperry |
| Sarah C. Grady | Robert Thomas Shannon |
| Stephen H. Weil | James Matthias Lydon |
| LOEVY & LOEVY | Gretchen Harris Sperry |
| 311 N. Aberdeen Street, #3 | Hinshaw & Culbertson LLP |
| Chicago, IL 60607 | 151 N. Franklin Street |
| Tel: 312-243-5900 | Suite 2500 |
| Fax:312-243-5902 | Chicago, IL 60606 |
| sarah@loevy.com | (312) 704-3000 |

Locke E. Bowman
Alexa A. Van Brunt
MacArthur Justice Center
Northwestern Pritzker School of Law
375 E. Chicago Avenue, Chicago, IL 60611
Tel: 312-503-0884

Alec Karakatsanis
Civil Rights Corps
1601 Connecticut Ave NW, Suite 800
Washington, DC 20009

Steve Grimes
Thomas F. McAndrew
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-8317

## **CERTIFICATE OF SERVICE**

  I, Sarah Grady, an attorney, hereby certify that on June 30, 2021, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                /s/ Gretchen Harris Sperry
                Gretchen Harris Sperry
                Attorney for Sheriff Thomas J. Dart