FILED
FEB 16 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To: Whom It May Concern,

Sidney. L. Peterson # 2023051004 5
Cook County Jail.
P.O. Box. 089002.
Chgo. Ill. 60608
DIV-8-RTU-3F.

I, would like to know Am I In the CLASS ACTION SETTLEMENT CASE? WHICH Is.

Mays vs. Dart,
No: 20-cv-2134 (N.D.Ill) which concerns COVID-19 In the Cook County Jail.

P.S. Waiting on a Response From the Court. A.S.A.P..

Thank You Very Much!

Sidney L. Peterson # 2023051004 5
P.O. Box. 089002
Chgo. ICC. 60608.
DIV-8-RTU-3F.

Sidney. L. Peterson #20230500045
P.O. Box 089002
DIV-8-RTU.
Cook County Jail
2700. South. California Ave

Legal
Mail

Attn: Mr. Hon. M. David Weisman.
United States District Court.
Northern District of Illinois
219. South. Dearborn Ave, Room 1318.

