# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Anthony Mays, et al.

                        Plaintiff,

v.                                                Case No.: 1:20−cv−02134
                                               Honorable M. David Weisman

Dart J Thomas

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 19, 2024:

      MINUTE entry before the Honorable M. David Weisman: In Court hearing held. Fairness hearing held on joint motion for approval of settlement [298]. No objectors appeared. Plaintiff's counsel directed to submit to defense counsel and the Court a proposed letter to class members who have sent letters to this Court regarding the scope of the settlement by COB on 3/21/24. Defendant to file a brief statement regarding any comments or objections regarding the letter by 10:00 a.m. on 3/25/24, with the Court acknowledging that defendant does not believe such letters are necessary. Plaintiff shall notify the Court when Plaintiff has sent the letters regarding the scope of the settlement to class members. Plaintiff shall attach updated COVID policies by Cermak and the Cook County Sheriff's Office to its next filing. Status hearing set for 4/3/24 at 9:15 a.m. for docket management purposes. The Court intends on issuing a written order as to fairness findings in advance of the next status hearing. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.