# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY MAYS, Individually and on behalf of a class of similarly situated persons; and JUDIA JACKSON, as next friend of KENNETH FOSTER, Individually and on behalf of a class of similarly situated persons, | Case No. 20 C 2134 |
| Plaintiffs-Petitioners, | Hon. Robert W. Gettleman, J. |
| v. | Hon. M. David Weisman, M.J. |
| THOMAS J. DART, Sheriff of Cook County, | |
| Defendant-Respondent. | |

## PLAINTIFFS' STATUS REPORT

Plaintiffs, individually and on behalf of a class of similarly situated persons, by and through their undersigned attorneys, hereby submit the following status report:

1. On March 19, the Court held a fairness hearing on the proposed settlement agreement in this matter. ECF No. 322.

2. As ordered by the Court, Plaintiffs drafted and filed a letter to be sent to the detainees who provided input about the proposed settlement. ECF No. 323-3. The Court approved the letter and directed Plaintiffs' counsel to mail it out no later than March 25, 2024.

3. Plaintiffs confirm that they mailed the letters as ordered before 2 p.m. on March 25, 2024.


Respectfully submitted,


/s/ Alexa A. Van Brunt
Alexa A. Van Brunt

Alexa A. Van Brunt
MacArthur Justice Center
Northwestern Pritzker School of Law
375 E. Chicago Avenue, Chicago, IL 60611
Tel: 312-503-0884


Locke E. Bowman
Stephen H. Weil
LOEVY & LOEVY
311 N. Aberdeen Street, #3
Chicago, IL 60607
Tel: 312-243-5900
Fax:312-243-5902

**PLAINTIFFS' COUNSEL**