MR

Tyrone Dawkins
20240181042
Div 8 RTU Ben 37

1:20-CV-02134

Covid 19

FILED
3/27/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JXM

To
Re: Mays V Dart

That I was in Cook County Jail for the year of the Covid 19 I want to sign up for the settlement form for lawsuit I was in in the Cook Jail that year I am back again here in Div 8 RTU my court days is April 8 I wait on the form from you to fill out sir. Thk you for let me write to you why I ask because I saw the paper here on the jail wall about the Covid 19 settlement

Thanks

Re: Mays V Dart
No. 20-CV-2134
N.D Ill Covid 19
Att: Hon. David Weisman

Your truly
Tyrone Dawkins

Name: Tyrone Dawkins 5D
ID: 20240131042
Div. 85D Tier: RTU BED 37
2700 S. California Ave.
Chicago, IL 60608



S SUBURBAN IL 604
22 MAR 2024 PM

quadient
FIRST-CLASS MAIL
IMI
$000.64
03/21/2024 ZIP 60608
043M31244814
US POSTAGE





03/27/2024-2

UNITED STATE DISTRICT COURT
NORTH DISTRICT OF ILLINOIS
219 SOUTH DEARBORN AVE ROOM 1318
CHICAGO ILLINOIS 60604

60604-204243